| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
96 Wythe Acquisition LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
45-5412160

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 679 Driggs Ave<br>Brooklyn, NY 11211<br>Number, Street, City, State & ZIP Code | 679 Driggs Ave<br>Brooklyn, NY 11211<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Kings<br>County | Location of principal assets, if different from principal place of business<br>96 Wythe Ave Brooklyn, NY 11249<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **96 Wythe Acquisition LLC**                                                            Case number (*if known*)
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__72__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**                      Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **96 Wythe Acquisition LLC**_____    Case number (*if known*)_____
　　　　　Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?_____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other_____

**Where is the property?** _____
　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **96 Wythe Acquisition LLC** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 23, 2021**
MM / DD / YYYY

**X /s/ David Goldwasser**     **David Goldwasser**
Signature of authorized representative of debtor     Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Mark Frankel**     Date **February 23, 2021**
Signature of attorney for debtor     MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Third Avenue**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 593-1100**     Email address **mfrankel@bfklaw.com**

**8417 NY**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

Debtor **96 Wythe Acquisition LLC**    Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **232 Seigel Acquisition LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **7/14/20** | Case number, if known | **20-22845** |
| Debtor | **232 Seigel Development LLC** | | | Relationship to you | **Affilliate** |
| District | **Southern District of New York** | When | **7/14/20** | Case number, if known | **20-22844** |
| Debtor | **MY2011 Grand LLC** | | | Relationship to you | **Affiliate** |
| District | **SOUTHERN DISTRICT OF NEW YORK** | When | **11/06/19** | Case number, if known | **19-23957** |
| Debtor | **S & B Monsey LLC** | | | Relationship to you | **Affiliate** |
| District | **Souther Disctrict of New York** | When | **11/06/19** | Case number, if known | **19-23959** |

**Fill in this information to identify the case:**

Debtor name: **96 Wythe Acquisition LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 23, 2021**       X **/s/ David Goldwasser**
                                            Signature of individual signing on behalf of debtor

                                            **David Goldwasser**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **96 Wythe Acquisition LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| B In Power Inc. 199 Lee Ave Suite 214 Brooklyn, NY 11211 | | | Disputed | | | $231,558.37 |
| Benefit Street Partners Realty Operating Partnership L.P. 142 W. 57th Street Suite 1201 New York, NY 10019 | | 96 Wythe Avenue Brooklyn, NY 11249 | Disputed | $68,000,000.00 | $0.00 | $68,000,000.00 |
| Decorative Home NY Inc 944 McDonald Ave Brooklyn, NY 11218 | | | Disputed | | | $20,000.00 |
| Dynamic Electric 1046 Winthrop Street Brooklyn, NY 11212 | | | Disputed | | | $30,000.00 |
| FIA HERITAGE HOLDINGS, LLC 7280 West Palmetto Park Road Boca Raton, FL 33433 | | | | | | $3,085,773.21 |
| International Tile 703 Myrtle Ave Brooklyn, NY 11205 | | | Disputed | | | $10,000.00 |
| KJ Artistic Inc 105 Sanford St Suite 101 Brooklyn, NY 11205 | | | Disputed | | | $20,000.00 |
| NYC Dept. of Finance P.O. Box 680 Newark, NJ 07101-0680 | | | Disputed | $3,092,874.62 | $0.00 | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **96 Wythe Acquisition LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OES - Williamsburg Hotel LLC**<br>**160 Water Street**<br>**Brooklyn, NY 11201** | | | **Disputed** | | | **$4,000,000.00** |
| **Velocity Framers**<br>**5014 16th Ave**<br>**Suite 468**<br>**Brooklyn, NY 11204** | | | **Disputed** | | | **$1,500,000.00** |

**Fill in this information to identify the case:**

Debtor name: **96 Wythe Acquisition LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................  $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $       0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................  $       0.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    71,092,874.62

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $       0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$    8,897,331.58

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b                                                                                   $    79,990,206.20

# United States Bankruptcy Court
## Southern District of New York

In re: **96 Wythe Acquisition LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **96 Wythe Borrower DE LLC**<br>679 Driggs Ave<br>Brooklyn, NY 11211 | | .5% | Membership |
| **96 Wythe Mezz DE LLC**<br>679 Driggs Ave<br>Brooklyn, NY 11211 | | 99.5% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 23, 2021**

Signature **/s/ David Goldwasser**
**David Goldwasser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **96 Wythe Acquisition LLC**  Case No.
Debtor(s)  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 23, 2021**   **/s/ David Goldwasser**
 **David Goldwasser**/**Chief Restructuring Officer**
 Signer/Title

Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


City of New York
NYC Law Department
100 Church St
New York, NY 10007


NYC Department of Finance
66 John Street
New York, NY 10038


Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022


NYC Dept. of Environmental Protection
59-17 Junction Blvd
13th Floor
Elmhurst, NY 11373

```
B In Power Inc.
199 Lee Ave
Suite 214
Brooklyn, NY 11211


Benefit Street Partners Realty Operating
Partnership L.P.
142 W. 57th Street
Suite 1201
New York, NY 10019


Decorative Home NY Inc
944 McDonald Ave
Brooklyn, NY 11218


Dynamic Electric
1046 Winthrop Street
Brooklyn, NY 11212


FIA HERITAGE HOLDINGS, LLC
7280 West Palmetto Park Road
Boca Raton, FL 33433


International Tile
703 Myrtle Ave
Brooklyn, NY 11205


KJ Artistic Inc
105 Sanford St Suite 101
Brooklyn, NY 11205


NYC Dept. of Finance
P.O. Box 680
Newark, NJ 07101-0680


OES - Williamsburg Hotel LLC
160 Water Street
Brooklyn, NY 11201


Velocity Framers
5014 16th Ave
Suite 468
Brooklyn, NY 11204
```

# United States Bankruptcy Court
## Southern District of New York

In re: **96 Wythe Acquisition LLC**, Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **96 Wythe Acquisition LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**96 Wythe Mezz DE LLC**
**679 Driggs Ave**
**Brooklyn, NY 11211**

☐ None [*Check if applicable*]

**February 23, 2021**
Date

/s/ Mark Frankel
**Mark Frankel**
Signature of Attorney or Litigant
Counsel for **96 Wythe Acquisition LLC**
**Backenroth Frankel & Krinsky, LLP**
**800 Third Avenue**
**New York, NY 10022**
**(212) 593-1100 Fax:(212) 644-0544**
**mfrankel@bfklaw.com**

# United States Bankruptcy Court
## Southern District of New York

In re    **96 Wythe Acquisition LLC**      Debtor(s)      Case No. _____    Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Goldwasser**, declare under penalty of perjury that I am the **Chief Restructuring Officer** of **96 Wythe Acquisition LLC**, and that the following is a true and correct copy of the resolutions adopted at a special meeting duly called and held on the 22nd day of February, 2021. 96 Wythe Mezz DE LLC and 96 Wythe Borrower DE LLC, the Debtor's members, by Toby Moskovits and Michael Lichtenstein, agreed:

"Whereas, it is in the best interest of the LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goldwasser**, as **Chief Restructuring Officer**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that **David Goldwasser**, **Chief Restructuring Officer**, is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goldwasser**, **Chief Restructuring Officer** is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** in such bankruptcy case."

Date   2.22.2021      Signed   s/David Goldwasser
                                                       **David Goldwasser**

Resolution of Board of Directors
of
**96 Wythe Acquisition LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goldwasser**, **Chief Restructuring Officer**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that **David Goldwasser**, **Chief Restructuring Officer** is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goldwasser**, **Chief Restructuring Officer**, is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky**, **LLP** in such bankruptcy case.