Douglas A. Kellner, Esq.
KELLNER HERLIHY GETTY & FRIEDMAN, LLP
470 Park Avenue South, 7th Floor
New York, New York 10016-6819
Tel. No. (212) 889-2121
dak@khgflaw.com
*Attorneys for Temporary Receiver Constantino Sagonas*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Case No. 21-22108 (RDD) |
|---|---|
| 96 Wythe Acquisition LLC, | Chapter 11 |
| Debtor | |

# NOTICE OF APPEARANCE

The undersigned hereby appears as attorney for Constantino Sagonas, who was appointed Temporary Receiver of the rents and profits of the Williamsburg Hotel, 96 Wythe Avenue, Brooklyn, New York 12249, by order of the Supreme Court of the State of New York, County of New York, Index No. 653396/2019.

I certify that I am admitted to practice in this Court.

Dated: March 1, 2021

               KELLNER HERLIHY GETTY & FRIEDMAN, LLP

               */s/ Douglas A. Kellner*

               Douglas A. Kellner
               470 Park Avenue South—7th Floor
               New York, NY 10016-6819
               Telephone: (212) 889-2121
               Email: dak@khgflaw.com
               *Attorneys for Temporary Receiver Constantino Sagonas*