KRAMER LEVIN NAFTALIS & FRANKEL LLP
Adam C. Rogoff
P. Bradley O'Neill
David Braun
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 96 WYTHE ACQUISITION LLC, | Case No. 21-22108 (RDD) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") hereby appears as counsel in the above-captioned proceeding on behalf of Benefit Street Partners Realty Operating Partnership, L.P.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Kramer Levin requests that copies of all notices and pleadings in this case be given and served upon Kramer Levin at the office, address, telephone number, and e-mail addresses set forth below:

> Adam C. Rogoff
> P. Bradley O'Neill
> David Braun
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas

New York, New York 10036
Telephone: (212) 715-9100
Facsimile:   (212) 715-8000
Email: arogoff@kramerlevin.com
boneill@kramerlevin.com
dbraun@kramerlevin.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Southern District of New York, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the case and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 1, 2021
 New York, New York

                KRAMER LEVIN NAFTALIS &FRANKEL LLP

                <u>/s/ *Adam C. Rogoff*</u>
                Adam C. Rogoff
                P. Bradley O'Neill
                David Braun
                Kramer Levin Naftalis & Frankel LLP
                1177 Avenue of the Americas
                New York, New York 10036
                Telephone: (212) 715-9100
                Facsimile:  (212) 715-8000
                Email: arogoff@kramerlevin.com
                        boneill@kramerlevin.com
                        dbraun@kramerlevin.com

                *Attorneys for Benefit Street Partners Realty*
                *Operating Partnership, L.P.*