**Law Office of Barry D. Haberman**
Barry D. Haberman, Esq.
254 South Main Street, #404
New City, New York 10956
845-638-4294
*Attorney for Grandfield Realty Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

| | |
|---|---|
| In re: | **NOTICE OF APPEARANCE** |
| | Chapter 11 |
| 96 Wythe Acquisition LLC | Case No. 21-22108(RDD) |
| Debtor. | |

---------------------------------------------------------X

    **PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Grandfield Realty Corp. Request is made that the documents filed in this Case and identified below be served on the undersigned at the following address:

    Barry D. Haberman, Esq.
    254 South Main Street, #404
    New City, New York 10956
    845-638-4294
    Email - bdhlaw@aol.com

Documents:

All notices entered pursuant to Fed. R. Bankr. P. 2002; and

All documents and pleadings of any nature.

Dated: New City, New York
        May 13, 2021

                                           /s/ Barry D. Haberman
                                           BARRY D. HABERMAN, ESQ.
                                           Attorney for Grandfield Realty Corp.
                                           254 South Main Street, #404
                                           New City, New York 10956
                                           845-638-4294
                                           bdhlaw@aol.com