**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X
: 
In re: :
: Chapter 11
96 WYTHE ACQUISITION LLC, :
: Case No. 21-22108 (RDD)
Debtor. :
:
--------------------------------------------------------------X

## NOTICE OF CONFERENCE

**PLEASE TAKE NOTICE** that a telephonic conference will be held on **July 20, 2021 at 10:00 AM (EDT)** (the "Conference") in the above-captioned case before the Honorable Robert D. Drain of the United States Bankruptcy Court of the Southern District of New York, with respect to the matters raised in the letter submitted by Benefit Street Partners Realty Operating Partnership, L.P.[1] [ECF No. 63].

**PLEASE TAKE FURTHER NOTICE** that the Conference will be held via Zoom for Government only. *See* ECF No. 67. Those requiring participant access must register their appearances in advance on the Court calendar webpage. *Id.*

---

[1] Benefit Street is a wholly owned subsidiary of Franklin Resources, Inc. that, together with various subsidiaries, operates as Franklin Templeton.

Dated: July 15, 2021
      New York, New York

                                          KRAMER LEVIN NAFTALIS &FRANKEL LLP

                                          /s/ P. Bradley O'Neill
                                          Adam C. Rogoff
                                          P. Bradley O'Neill
                                          Kramer Levin Naftalis & Frankel LLP
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Telephone: (212) 715-9100
                                          Facsimile: (212) 715-8000
                                          Email: arogoff@kramerlevin.com
                                                      boneill@kramerlevin.com

                                          *Attorneys for Benefit Street Partners Realty*
                                          *Operating Partnership, L.P.*