UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| 96 WYTHE ACQUISITION LLC, | Case No. 21-22108 (RDD) |
| Debtor. | |

# ORDER (A) EXTENDING THE TIME TO FILE NOTICES
# OF REMOVAL OF CIVIL ACTIONS AND (B) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of 96 Wythe Acquisition LLC, the debtor and debtor in possession herein (the "**Debtor**") for entry of an order granting the Debtor an extension of time to file notices of removal of the Actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027, and granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and venue in this district being proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and the opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and upon all pleadings filed in connection with the Motion; and upon the record of the hearing held by the Court on the Motion on June 28, 2021; and there being no opposition to the relief granted herein; and, after due deliberation, the Court having determined

---

[1] Capitalized terms used in this Order and not immediately defined have the meanings given to such terms in the Motion.

that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time by which the Debtor may file notices of removal with respect to the Actions pursuant to Bankruptcy Rule 9027(a)(2) is extended through and including the later of (a) July 23, 2021, and (b) the first business day that is 30 days after entry of an order terminating the automatic stay provided by section 362 of the Bankruptcy Code with respect to the particular Action sought to be removed.

3. This Order is without prejudice to the Debtor's right to request a further extension of time to file notices of removal of any or all of the Actions.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: White Plains, New York
       July 16, 2021

                                        */s/Robert D. Drain*
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE