UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                          Chapter 11

    96 Wythe Acquisition LLC                              Case no. 21-22108 (RDD)

                       Debtor.
----------------------------------------------------------x

## AMENDED NOTICE OF HEARING

      PLEASE TAKE NOTICE, that a telephonic or video hearing will be held on September 10, 2021 at 10:00 a.m. (the "Hearing") before the Honorable Robert D. Drain, through www.court-solutions.com or zoom.gov to consider the annexed application ("Application") of the above captioned debtor (the "Debtor") for the entry of an order under sections 105(a), 345, and 363(c)(1), of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing, but not directing, the Debtor perform intercompany transactions postpetition.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned proposed Debtor's counsel, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to the Honorable Robert D. Drain's chambers, so as to be received at least seven (7) days before the Hearing date.

Dated: New York, New York
       August 12, 2021

                                                  BACKENROTH FRANKEL & KRINSKY, LLP
                        By:    s/ Mark Frankel
                                800 Third Avenue
                                New York, New York 10022
                                (212) 593-1100