| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE:  October 6, 2021<br>HEARING TIME:   10:00 a.m. |

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 21-22108 (RDD)
96 WYTHE ACQUISITION LLC, :
:
                     Debtor. :
---------------------------------------------------------- x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** the Court will hold a hearing on (a) the United States Trustee's motion for an order converting the case of Wythe Acquisition LLC (the "Debtor") to one under Chapter 7 of the Bankruptcy Code or dismissing the case (Dkt. No. 87) and (b) the Debtor's Motion to Authorize Cash Management System (Dkt. No. 83) before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, on October 6, 2021 at 10:00 a.m.

Dated: New York, New York
       September 3, 2021

                                                        WILLIAM K. HARRINGTON
                                                        UNITED STATES TRUSTEE

                         By:    /s/ Greg M. Zipes_____
                                Greg M. Zipes
                                Trial Attorney
                                201 Varick Street, Room 1006
                                New York, New York 10014
                                Tel. No. (212) 510-0500
                                Fax. No. (212) 668-2255