DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for The Williamsburg Hotel BK LLC*
120 Bloomingdale Road
White Plains, New York 10601
(914) 381-7400
JAMES B. GLUCKSMAN, ESQ.
jbg@dhclegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

96 WYTHE ACQUISITION LLC,                     Chapter 11
                                              Case No. 21-22108 (RDD)
                    Debtor.
-----------------------------------------------------------------X

# NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF WILLIAMSBURG HOTEL BK LLC TO QUASH DEPOSITION AND DOCUMENT SUPOENAS

**PLEASE TAKE NOTICE**, that the hearing on the Motion of Williamsburg Hotel Bk LLC To Quash Deposition And Document Subpoenas in the above matter has been adjourned from September 10, 2021 at 10:00 a.m. to October 6, 2021 at 10:00 a.m. before the Honorable Robert D. Drain, Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10004 via Zoom for Government.

Dated: White Plains, New York
       September 3, 2021

                                DAVIDOFF HUTCHER & CITRON, LLP
                                *Attorneys for* Williamsburg Hotel Bk LLC

                                By: */s/ James B. Glucksman*
                                    James B. Glucksman.
                                    120 Bloomingdale Road
                                    White Plains, New York 10605
                                    (914) 381-7400
                                    JBG@dhclegal.com