Hearing Date and Time:  September 10, 2021 at 10:00 a.m. (prevailing Eastern)

**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Jason I. Kirschner
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 506-2500
Facsimile:  (212) 506-1910

*Proposed Co-Counsel to the Debtor*
*and Debtor in Possession*

**BACKENROTH FRANKEL &**
**KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a telephonic or video hearing will be held on September 10, 2021 at 10:00 a.m. (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601, to consider on an interim basis the application  (the "Application") filed by the above captioned debtor and debtor-in-possession (the "Debtor") *for an Order Pursuant to Sections 327(a) and 328 of the Bankruptcy*

743673374

*Code Authorizing the Employment and Retention of Mayer Brown LLP as Co-counsel to the Debtor and Debtor In Possession, Nunc Pro Tunc to August 9, 2021* [ECF No. 89] ("Application") originally submitted with a presentment date of September 2, 2021 with the no objection of the United States Trustee, and on August 26, 2021, a limited objection to the Application was filed herein by Benefit Street Partners Realty Operating Partnership, L.P. [ECF No. 92];

**PLEASE TAKE FURTHER NOTICE** that reply papers by the Debtor shall be filed and served so as to ensure actual receipt not later than 4:00 p.m. three (3) days before the Hearing date;

**PLEASE TAKE FURTHER NOTICE,** that a final hearing on the Application will be held on October 6, 2021, at 10:00 a.m. before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601, to consider on a final basis the Application; and

**PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Court will be conducted via videoconference (ZoomGov). Participants are required to register their appearance by 4:00 p.m. the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

Dated: New York, New York
      September 3, 2021                    **MAYER BROWN LLP**

By:    */s/ Douglas Spelfogel*
Douglas Spelfogel
Leah Eisenberg
Jason I. Kirschner
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 506-1910

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor
and Debtor in Possession*

743673374