UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                        Chapter 11

      96 Wythe Acquisition LLC,                        Case no.  21-22108 (RDD)

               Debtor.

-----------------------------------------------------------x

## <u>NOTICE OF AGENDA FOR SEPTEMBER 10, 2021 HEARING</u>

**This hearing will be Zoom.gov only.  Parties must register in advance with the Bankruptcy Court.**

A.  Motion to Use Cash Collateral dated February 26, 2021, docket no. 5

   <u>Responses filed</u>:  Objections dated March 1, 2021, docket no. 11, 24, and 37 by Benefit Street Partners Realty Operating Partnership, L.P

   <u>Status</u>:  This matter is going forward.

B.  Motion to Lift Automatic Stay dated June 7, 2021, docket no. 45 filed by Juan Ramirez.

   <u>Response Filed</u>:  Response dated September 3, 2021, docket no. 99 filed by Debtor.

   <u>Status</u>:  This matter is going forward

C.  Motion to Quash Subpoena dated August 22, 2021, docket no. 90 filed by Williamsburg Hotel BK LLC.

   <u>Response Filed</u>:  Objection dated September 3, 2021, docket no. 100 filed by ER Benefit Street Partners Realty Operating Partnership, L.P.

   Reply dated September 6, 2021, docket no. 101, filed by Williamsburg Hotel BK LLC.

   Reply dated September 7, 2021, docket no. 102, filed by Williamsburg Hotel BK LLC.

   Status:  This matter is going forward..

D.  Motion to Further Extend Time to Filed Notices of Removal.

   <u>Response Filed</u>:  None

   Status:  This matter is going forward.

E.  Motion to Employ Mayer Brown dated August 19, 2021, docket no. 89.

<u>Response Filed</u>:  Objection dated August 26, 2021, docket no. 92, filed by Benefit Street Partners Realty Operating Partnership, L.P.

Reply dated September 7, 2021, docket no. 103, filed by Debtor.

Status:  This matter is going forward on request interim order.

Dated:  New York, New York
        September 9, 2021

                            BACKENROTH FRANKEL & KRINSKY, LLP
                            Attorneys for the Debtor

                            By: <u>s/Mark A. Frankel</u>
                                800 Third Avenue
                                New York, New York 10022
                                (212) 593-1100

2