# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

STATE OF NEW YORK　　)
　　　　　　　　　　　) SS:
COUNTY OF NEW YORK　)

　　My name is David Goldwasser. Through my company G.C. Realty Advisors, L.L.C., I am the Chief Restructuring Officer of the above-captioned debtor, 96 Wythe Acquisition LLC (the "Debtor"), and I am authorized to make this declaration on behalf of the Debtor.

　　I have read the Debtor's Objection to the United States Trustee's Motion for an Order to Convert this Chapter 11 Case to a Chapter 7 Case or, Alternatively, to Dismiss this Chapter 11 Case (the "Objection"). The factual statements contained in the Objection are true and correct to the best of my knowledge based on my personal knowledge and investigation on behalf of the Debtor into matters asserted therein.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on the 27th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *David Goldwasser*
　　　　　　　　　　　　　　　　　　　　　　　　David Goldwasser