UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :       Chapter 11
                                                        :
96 WYTHE ACQUISITION LLC                                :       Case No. 21-22108 (RDD)
                                                        :
                                    Debtor              :
                                                        :
------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF EXAMINER

To:   Eric M. Huebscher
      630 3rd Avenue – 21st Floor
      New York, NY 10017
      Phone (646) 584-3141

      You are hereby notified of your appointment as Examiner for the estate of 96 Wythe

Acquisition LLC, the above-captioned Chapter 11 Debtor, subject to Court approval.

Dated: November 16, 2021
       New York, New York

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE, Region 2

                                    By:   /s/ Greg Zipes
                                          Greg Zipes
                                          Annie Wells
                                          Trial Attorneys
                                          Office of the United States Trustee
                                          201 Varick Street, Rm 1006
                                          New York, New York 10014
                                          Tel. No. (212) 510-0500