UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
96 WYTHE ACQUISITION LLC                                      :    Case No. 21-22108 (RDD)
                                                              :
                                    Debtor                    :
                                                              :
------------------------------------------------------------- x

## ORDER APPROVING APPOINTMENT OF EXAMINER

The Court having previously entered an order (the "Examiner Order") directing the appointment of an examiner in this case under 11 U.S.C. § 1104(c) to perform the tasks set forth in such Order; and upon the Application of the United States Trustee for an Order Approving Appointment of Examiner (the "Appointment Motion"), dated November 16, 2021 and the accompanying declaration of Eric M. Huebscher; and it appearing that Eric M. Huebscher, a disinterested person within the meaning of 11 U.S.C. § 101(14), has been appointed by the United States Trustee as examiner in this chapter 11 case to perform the tasks set forth in the Examiner Order; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED, that the appointment of Eric M. Huebscher as examiner in this chapter 11 case, is approved pursuant to 11 U.S.C. § 1104(d).

Dated: November 16, 2021
       White Plains, New York

                                                    /s/ Robert D. Drain
                                                    The Honorable Robert D. Drain
                                                    United States Bankruptcy Judge