**LOCKE LORD LLP**
Stephanie Wickouski
Chelsey Rosenbloom
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone:   (212) 912-2824
Facsimile:   (212) 812-8394
*Attorneys for Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 21-22108 (RDD)<br><br>**Related to: Dkt. No. 293, 294** |

### NOTICE OF ADJOURNMENT OF HEARING ON FIRST INTERIM FEE APPLICATIONS FOR EXAMINER AND EXAMINER'S COUNSEL

**PLEASE TAKE NOTICE** that the hearing to consider (i) the *First Interim Application of Eric M. Huebscher and Huebscher & Co., as Examiner, for Allowance of Compensation and for Reimbursement of Expenses for the Period from November 16, 2021 through December 31, 2021* [ECF # 293] and (ii) *the First Interim Application of Locke Lord LLP, as Examiner's Counsel, for Allowance of Compensation and for Reimbursement of Expenses for the Period from November 16, 2021 through December 31, 2021* [ECF # 294] has been adjourned from February 4, 2022 at 10:00 A.M. (Eastern Time) to **March 8, 2022 at 10:00 A.M.** (Eastern Time).

Dated:   New York, New York             **LOCKE LORD LLP**
          January 27, 2022

By:  */s/ Stephanie Wickouski*
Stephanie Wickouski
Chelsey Rosenbloom
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
*Attorneys for Examiner*