**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**ORDER GRANTING THE DEBTOR'S (I) OBJECTION**
**TO CLAIM NO. 12 FILED BY JUAN RAMIREZ AND**
**(II) MOTION FOR TO ESTIMATE CLAIM OF JUAN RAMIREZ**
**PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE**

Upon the objection [Docket No. 258] (the "Objection")[1] of 96 Wythe Acquisition LLC (the "Debtor") for entry of an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging proof of claim no. 12 (the "Claim") filed in this case by Juan Ramirez (the "Claimant"); and upon that certain Stipulation and Order for Limited Relief from Automatic Stay, so ordered and entered by the Court on September 21, 2021 [Docket No. 120] (the "Stipulation"), pursuant to which, among other things, the Claimant waived all claims against the Debtor and its estate and agreed not to file a proof of claim in this case; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), as a core proceeding pursuant to 28 U.S.C. § 157(b), and that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor provided appropriate notice of the Objection as represented by that certain Affidavit of Service, dated January 18, 2022 [Docket No. 311]; and there being no opposition to the Objection; and upon the record of the hearing held by the Court on the Objection on January 267, 2022; and, after due deliberation, this Court having determined that the legal and factual bases set forth in the

---

[1] Capitalized terms used but not defined in this Order shall have the meanings given to such terms in the Objection.

Objection establish just cause for the relief granted herein, based upon the Claimant's agreement in the Stipulation; and good and sufficient cause appearing, it is HEREBY ORDERED THAT:

1. The Objection is granted.

2. Under section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged in its entirety.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 31, 2022
       White Plains, New York

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE