**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Jason L. Kirschner
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Co-Counsel to the Debtor*
*and Debtor in Possession*

**BACKENROTH FRANKEL &**
**KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

### NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN
### OF THE DEBTOR'S PENDING OBJECTIONS TO PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the hearings to consider the following objections to proofs of claim (the "Objections"), previously scheduled to be heard February 15, 2022 at 10:00 a.m. (prevailing Eastern Time), are hereby adjourned to March 8, 2022 at 10:00 a.m. (prevailing Eastern Time), with the Debtor's deadline to file a reply (if any) to any responses to the Objections to be March 3, 2022:

746134045

    (i)    *Debtor's (I) Objection to Claim No. 14 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 14 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 302];

    (ii)    *Debtor's Objection to Claim No. 15 Filed by Consolidated Edison Company of New York Inc. Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 303].

    (iii)    *Debtor's Objection to Claim No. 16 Filed by National Grid Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 304]; and

    (iv)    *Debtor's Objection to Claim No. 17 Filed by Fair Harbor Capital, LLC, as Assignee of Top Shelf Staffing* [ECF No. 305]

Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

The hearings may be rescheduled further by the Debtor on notice to the affected claimant(s).

Dated:  February 7, 2022                       Respectfully submitted,
        New York, New York

                                                By: /s/ *Douglas Spelfogel*
                                                Douglas Spelfogel
                                                Leah Eisenberg
                                                Jason I. Kirschner
                                                Dabin Chung
                                                Mayer Brown LLP
                                                1221 Avenue of the Americas
                                                New York, New York 10020
                                                Telephone:  (212) 506-2500
                                                Facsimile:  (212) 262-1910
                                                Email: dspelfogel@mayerbrown.com
                                                                 leisenberg@mayerbrown.com
                                                                 jkirschner@mayerbrown.com
                                                                 dchung@mayerbrown.com

                                                *Co-Counsel to the Debtor*
                                                *and Debtor in Possession*

Mark Frankel
**BACKENROTH FRANKEL & KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544
Email: mfrankel@bfklaw.com

*Co-Counsel to the Debtor and Debtor in Possession*