**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Jason L. Kirschner
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Co-Counsel to the Debtor
and Debtor in Possession*

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

### NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN
### OF THE DEBTOR'S PENDING OBJECTIONS TO PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the hearings to consider the following objections to proofs of claim (the "Objections"), previously scheduled to be heard February 15, 2022 at 10:00 a.m. (prevailing Eastern Time), are hereby adjourned to March 8, 2022 at 10:00 a.m. (prevailing Eastern Time), with the Debtor's deadline to file a reply (if any) to any responses to the Objections to be March 3, 2022:

746159249

    (i)    *Debtor's (I) Objection to Claim No. 18 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 18 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 306];

Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

The hearings may be rescheduled further by the Debtor on notice to the affected claimant(s).

Dated: February 8, 2022  
       New York, New York

Respectfully submitted,

By: /s/ *Douglas Spelfogel*  
Douglas Spelfogel  
Leah Eisenberg  
Jason I. Kirschner  
Dabin Chung  
Mayer Brown LLP  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 506-2500  
Facsimile: (212) 262-1910  
Email: dspelfogel@mayerbrown.com  
       leisenberg@mayerbrown.com  
       jkirschner@mayerbrown.com  
       dchung@mayerbrown.com

*Co-Counsel to the Debtor*  
*and Debtor in Possession*

Mark Frankel  
**BACKENROTH FRANKEL & KRINSKY, LLP**  
800 Third Avenue  
New York, New York 10022  
Telephone: (212) 593-1100  
Facsimile: (212) 644-0544  
Email: mfrankel@bfklaw.com

*Co-Counsel to the Debtor and Debtor in Possession*