Attorneys for Secured Creditor NBE
Peretz Bronstein [PB8628]
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re

                                                    **Chapter 11**

**96 Wythe Acquisition LLC,**

                        Debtor.              **Case No. 21-22108**
-----------------------------------------------------------X

**CERTIFICATE OF SERVICE FOR MOTION OF NBE PLUMBING CORP FOR AN ORDER FOR THE TEMPORARY ALLOWANCE OF ITS CLAIM FOR VOTING PURPOSES PURSUANT TO FED. R. BANKR. P. 3018(A).**

      I, Yitzhak Greenberg, hereby certify that I am not less than 18 years of age and not a party to the instant action. I further certify that on February 10, 2022, I caused to be served a copy of the above referenced MOTION OF NBE PLUMBING CORP FOR an ORDER FOR the TEMPORARY ALLOWANCE OF ITS CLAIM FOR VOTING PURPOSES PURSUANT TO FED. R. BANKR. P. 3018(a), via electronic mail and ECF to the parties on the attached exhibit.

DATED: February 10, 2022
Brooklyn, New York

      *By:/s/ Yitzhak Greenberg*
      Yitzhak Greenberg
      60 East 42nd Street, Suite 4600
      New York, New York 10165
      Tel. No.: (212) 697-6484
      Fax. No.: (212) 697-7296

**Exhibit**

Mark A. Frankel
Backenroth Frankel & Krinsky, LLP
 mfrankel@bfklaw.com mark_
Attorneys for Debtor
.

Shara Cornell
Office of the United States Trustee
shara.cornell@usdoj.gov

Douglas Spelfogel
Leah Eisenberg
Dabin Chung
MAYER BROWN LLP
DSpelfogel@mayerbrown.com
DChung@mayerbrown.com>
leisenberg@mayerbrown.com
   Attorneys for Debtor