KORNFELD & ASSOCIATES, P.C.
240 Madison Avenue, 8th Flr.
New York, New York 10016
(212) 759-6767
Randy M. Kornfeld, Esq. (RK-9908)
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

   96 WYTHE ACQUISITION LLC,

                               Chapter 11

                               Case No. 21-22108(RDD)

                Debtor.

-------------------------------------------------------X

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that Gerson Mencia, by his undersigned counsel, hereby confirms that his motion pursuant to Bankruptcy Rule 3018(a) to be held remotely before the Honorable Robert D. Drain, scheduled for February 15, 2022, has been adjourned to March 8, 2022 at 10 am.

Dated: New York, NY
         February 10, 2022

                                                  KORNFELD & ASSOCIATES, P.C

                                                  By: /s/ Randy M. Kornfeld, Esq.
                                                  Randy M. Kornfeld, Esq.
                                                  240 Madison Avenue, 8th Flr.
                                                  New York, NY 10016
                                                  Attorneys for Gerson Mencia
                                                  (212)759-6767