**LOCKE LORD LLP**
Stephanie Wickouski
Chelsey Rosenbloom
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone:    (212) 912-2824
Facsimile:    (212) 812-8394
*Attorneys for Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-22108 (RDD) |

## NOTICE OF ADJOURNMENT OF DEADLINE TO FILE EXAMINER REPORT

**PLEASE TAKE NOTICE** that on February 8, 2022, during a telephonic Court conference, the Court adjourned the deadline for the Examiner to file his report from February 11, 2022 *sine die*.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing of the Examiner's report will be set by further order of the Court.

Dated:  New York, New York
        February 11, 2022

**LOCKE LORD LLP**

By:  */s/ Stephanie Wickouski*
Stephanie Wickouski
Chelsey Rosenbloom
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
*Attorneys for Examiner*