**Hearing Date and Time: March 8, 2022 at 10:00 a.m. (ET)**
**Objection Deadline: March 1, 2022 at 4:00 p.m. (ET)**

**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Jason I. Kirschner
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*-and-*

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**NOTICE OF HEARING TO CONSIDER INTERIM APPLICATIONS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
<u>ACTUAL AND NECESSARY EXPENSES INCURRED</u>**

**PLEASE TAKE NOTICE** that a hearing to consider the applications of professionals retained in the above-captioned case seeking interim allowance of compensation for services rendered and for reimbursement of actual and necessary expenses incurred (the "<u>Application</u>") shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of

New York (the "Bankruptcy Court"), on March 8, 2022 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

In accordance with General Order M-543, dated March 20, 2020, the Hearing will be held via Zoom®. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

**PLEASE TAKE FURTHER NOTICE** that the following Applications will be considered at the Hearing:

| Applicant | Interim Fee Period | First Interim Fees | First Interim Expenses | Aggregate First Interim Fees and Expenses |
|---|---|---|---|---|
| Mayer Brown LLP<br><br>*Co-counsel to Debtor and Debtor in Possession* | Aug 4, 2021 through and including Dec 31, 2022 | $2,250,239.90/ $1,800,191.92 net after 20% voluntary holdback | $13,178.99 | $2,263,418.89/ $1,813,370.91 net after 20% voluntary holdback |
| Backenroth Frankel & Krinsky, LLP<br><br>*Co-counsel to Debtor and Debtor in Possession* | February 23, 2021 through February 2, 2022 | $179,404.00 | $473.00 | $179,877.00 |
| David Goldwasser CRO | February 23, 2021 through February 1, 2022 | $205,000.00 | $0 | $205,000.00 |

The Applications have been electronically filed with the Clerk of the Bankruptcy Court pursuant to Rule 5005-2 of the Local Bankruptcy Rules for the Southern District of New York and are available for examination and inspection by interested parties on the Bankruptcy Court's website for a fee by visiting www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to any of the Applications shall be in writing, shall conform to the Federal Rules of the Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court, with courtesy copies delivered directly to the Chambers of Judge Robert D. Drain, so as to

be received at least seven (7) days before the Hearing date and served upon: (i) the undersigned Debtor's Counsel; (ii) the Office of the U.S. Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, NY 10022 (Attn: Greg Zipes, Esq.) email: greg.zipes@usdoj.gov; and (iii) any party that requests service pursuant to Bankruptcy Rule 2002; and (iii) all parties entitled to notice pursuant to Local Bankruptcy Rule 9013-1(b) ((a) through (e) collectively, the "<u>Notice Parties</u>").  The Debtor respectfully submits that no other or further notice need be provided.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Applications may be adjourned from time to time, without further written notice to creditors or parties-in-interest.

Dated:  February 11, 2022
         New York, New York

Respectfully submitted,

By: */s/ Douglas Spelfogel*
Douglas Spelfogel
Leah Eisenberg
Jason I. Kirschner
Dabin Chung
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910
Email: dspelfogel@mayerbrown.com
       leisenberg@mayerbrown.com
       jkirschner@mayerbrown.com
       dchung@mayerbrown.com

*Co-Counsel to the Debtor
and Debtor in* Possession

        Mark Frankel
        **BACKENROTH FRANKEL & KRINSKY, LLP**
        800 Third Avenue
        New York, New York  10022
        Telephone: (212) 593-1100
        Facsimile: (212) 644-0544
        Email: mfrankel@bfklaw.com

        *Co-Counsel to the Debtor and Debtor in possession*