# Exhibit D

## Letter to Chase Bank re Chase Subpoena

**SAUL EWING ARNSTEIN & LEHR LLP**

Stephen B. Ravin
Phone: (973) 286-6714
Fax: (973) 286-6800
Stephen.Ravin@saul.com
www.saul.com

February 11, 2022

*Via Fax to (866)859-8592.*
JPMorgan Chase
C/O Legal Department
700 Kansas Lane
Monroe, LA 71203

**RE:    Miriam Gross – Acct Ending 3556 – JPMorgan Chase File No. SB1296776**

To Whom It May Concern:

We represent Miriam Gross ("**Ms. Gross**") in connection with a subpoena (the "**Subpoena**") issued by the United States Bankruptcy Court for the Southern District of New York (the "**Court**") in *In re 96 Wythe Acquisition LLC*, case no. 21-22108 (RDD) (the "**Bankruptcy Case**").  The Subpoena directs JPMorgan Chase to produce documents and information related to Ms. Gross' personal JPMorgan Chase account ending in 3556 or any of her accounts.

Our client has been made aware that several parties have received notice that JPMorgan Chase intends to produce documents responsive to the Subpoena.  A JPMorgan Chase customer service representative confirmed that such letter was issued to Ms. Gross on February 3, 2022, but this letter was never received.

Because producing such personal information imposes an undue burden upon Ms. Gross, we intend to file a motion to quash and/or modify the Subpoena as soon as practicable.

Thank you for your help in this matter.  If you have any questions, please do not hesitate to contact us.

Very truly yours,

*/s/ Stephen B. Ravin*

Stephen B. Ravin
SBR:jhg