|  | The Williamsburg Hotel<br>Income Statement Summary<br>April 2021 | |
|---|---:|---:|
|  | **Actual** | **%** |
| **Paid Occupied Rooms** | 2,716 |  |
| **Occupied Rooms** | 2,741 |  |
| **Available Rooms** | 4,410 |  |
|  |  |  |
| **Paid Occupancy %** | 61.6% |  |
| **Total Occupancy %** | 62.2% |  |
| **Paid ADR** | $ 243.21 |  |
| **Total ADR** | $ 240.99 |  |
| **RevPAR** | $ 149.78 |  |
|  |  |  |
| **Revenue** |  |  |
| Rooms | $ 660,547.77 | 73.1% |
| Food & Beverage | $ 235,073.67 | 26.0% |
| Miscellaneous Revenue | $ 7,400.00 | 0.8% |
| **Total Revenue** | $ 903,021.44 | 100.0% |
|  |  |  |
| **Departmental Expenses** |  |  |
| Rooms | $ 245,543.43 | 37.2% |
| Food & Beverage | $ 205,767.14 | 87.5% |
| **Total Departmental Expenses** | $ 451,310.57 | 50.0% |
|  |  |  |
| **Total Departmental Profit** | $ 451,710.87 | 50.0% |
|  |  |  |
| **Undistributed Operating Expenses** |  |  |
| Admin & General | $ 197,409.80 | 21.9% |
| Info & Telecomm Systems | $ 18,032.35 | 2.0% |
| Sales & Marketing | $ 52,787.81 | 5.8% |
| Property Operations & Maintenance | $ 82,258.94 | 9.1% |
| Utilities | $ 37,194.75 | 4.1% |
| **Total Undistributed Expenses** | $ 387,683.65 | 42.9% |
|  |  |  |
| **Gross Operating Profit** | $ 64,027.22 | 7.1% |
|  |  |  |
| Property & Liability Insurance | $ 16,179.58 | 1.8% |
|  |  |  |
| **Net Operating Profit** | $ 47,847.64 | 5.3% |

**The Williamsburg Hotel**
**Income Statement Summary**
**May 2021**

|  | Actual | % |
|---|---:|---:|
| **Paid Occupied Rooms** | 2,733 | |
| **Occupied Rooms** | 2,779 | |
| **Available Rooms** | 4,557 | |
| | | |
| **Paid Occupancy %** | 60.0% | |
| **Total Occupancy %** | 61.0% | |
| **Paid ADR** | $ 301.73 | |
| **Total ADR** | $ 296.74 | |
| **RevPAR** | $ 180.96 | |
| | | |
| **Revenue** | | |
| Rooms | $ 824,627.45 | 63.8% |
| Food & Beverage | $ 422,898.57 | 32.7% |
| Miscellaneous Revenue | $ 44,010.05 | 3.4% |
| **Total Revenue** | $ 1,291,536.08 | 100.0% |
| | | |
| **Departmental Expenses** | | |
| Rooms | $ 305,638.50 | 37.1% |
| Food & Beverage | $ 348,621.48 | 82.4% |
| **Total Departmental Expenses** | $ 654,259.98 | 50.7% |
| | | |
| **Total Departmental Profit** | $ 637,276.10 | 49.3% |
| | | |
| **Undistributed Operating Expenses** | | |
| Admin & General | $ 216,606.41 | 16.8% |
| Info & Telecomm Systems | $ 23,373.36 | 1.8% |
| Sales & Marketing | $ 67,519.90 | 5.2% |
| Property Operations & Maintenance | $ 118,883.75 | 9.2% |
| Utilities | $ 42,374.52 | 3.3% |
| **Total Undistributed Expenses** | $ 468,757.94 | 36.3% |
| | | |
| **Gross Operating Profit** | $ 168,518.16 | 13.0% |
| | | |
| Property & Liability Insurance | $ 16,179.58 | 1.3% |
| | | |
| **Net Operating Profit** | $ 152,338.58 | 11.8% |

**The Williamsburg Hotel**
**Income Statement Summary**
**June 2021**

|  | | Actual | % |
|---|---|---:|---:|
| **Paid Occupied Rooms** | | 3,688 | |
| **Occupied Rooms** | | 3,742 | |
| **Available Rooms** | | 4,410 | |
| | | | |
| **Paid Occupancy %** | | 83.6% | |
| **Total Occupancy %** | | 84.9% | |
| **Paid ADR** | $ | 315.38 | |
| **Total ADR** | $ | 310.82 | |
| **RevPAR** | $ | 263.74 | |
| | | | |
| **Revenue** | | | |
| Rooms | $ | 1,163,103.04 | 55.7% |
| Food & Beverage | $ | 866,150.05 | 41.4% |
| Miscellaneous Revenue | $ | 60,624.27 | 2.9% |
| **Total Revenue** | $ | **2,089,877.36** | **100.0%** |
| | | | |
| **Departmental Expenses** | | | |
| Rooms | $ | 404,690.90 | 34.8% |
| Food & Beverage | $ | 554,227.98 | 64.0% |
| **Total Departmental Expenses** | $ | **958,918.88** | **45.9%** |
| | | | |
| **Total Departmental Profit** | $ | **1,130,958.48** | **54.1%** |
| | | | |
| **Undistributed Operating Expenses** | | | |
| Admin & General | $ | 279,776.22 | 13.4% |
| Info & Telecomm Systems | $ | 20,860.00 | 1.0% |
| Sales & Marketing | $ | 85,046.05 | 4.1% |
| Property Operations & Maintenance | $ | 133,999.06 | 6.4% |
| Utilities | $ | 48,234.21 | 2.3% |
| **Total Undistributed Expenses** | $ | **567,915.54** | **27.2%** |
| | | | |
| **Gross Operating Profit** | $ | **563,042.94** | **26.9%** |
| | | | |
| Property & Liability Insurance | $ | 16,179.58 | 0.8% |
| | | | |
| **Net Operating Profit** | $ | **546,863.35** | **26.2%** |

**The Williamsburg Hotel**
**Income Statement Summary**
**July 2021**

|  | Actual | % |
|---|---:|---:|
| **Paid Occupied Rooms** | 3,604 | |
| **Occupied Rooms** | 3,634 | |
| **Available Rooms** | 4,557 | |
| | | |
| **Paid Occupancy %** | 79.1% | |
| **Total Occupancy %** | 79.7% | |
| **Paid ADR** | $ 357.09 | |
| **Total ADR** | $ 354.14 | |
| **RevPAR** | $ 282.41 | |
| | | |
| **Revenue** | | |
| Rooms | $ 1,286,959.32 | 50.6% |
| Food & Beverage | $ 1,194,385.49 | 47.0% |
| Miscellaneous Revenue | $ 62,202.48 | 2.4% |
| **Total Revenue** | $ 2,543,547.29 | 100.0% |
| | | |
| **Departmental Expenses** | | |
| Rooms | $ 380,438.54 | 29.6% |
| Food & Beverage | $ 744,054.26 | 62.3% |
| **Total Departmental Expenses** | $ 1,124,492.81 | 44.2% |
| | | |
| **Total Departmental Profit** | $ 1,419,054.48 | 55.8% |
| | | |
| **Undistributed Operating Expenses** | | |
| Admin & General | $ 314,464.86 | 12.4% |
| Info & Telecomm Systems | $ 25,982.67 | 1.0% |
| Sales & Marketing | $ 95,797.38 | 3.8% |
| Property Operations & Maintenance | $ 148,633.40 | 5.8% |
| Utilities | $ 46,757.95 | 1.8% |
| **Total Undistributed Expenses** | $ 631,636.26 | 24.8% |
| | | |
| **Gross Operating Profit** | $ 787,418.22 | 31.0% |
| | | |
| Property & Liability Insurance | $ 16,179.58 | 0.6% |
| Property Taxes | $ 100,050.33 | 3.9% |
| | | |
| **Net Operating Profit** | $ 671,188.31 | 26.4% |

**The Williamsburg Hotel**
**Income Statement Summary**
**August 2021**

|  | | Actual | % |
|---|---|---:|---:|
| **Paid Occupied Rooms** | | 3,808 | |
| **Occupied Rooms** | | 3,865 | |
| **Available Rooms** | | 4,557 | |
| | | | |
| **Paid Occupancy %** | | 83.6% | |
| **Total Occupancy %** | | 84.8% | |
| **Paid ADR** | $ | 330.80 | |
| **Total ADR** | $ | 325.92 | |
| **RevPAR** | $ | 276.43 | |
| | | | |
| **Revenue** | | | |
| Rooms | $ | 1,259,686.85 | 57.7% |
| Food & Beverage | $ | 849,806.58 | 38.9% |
| Miscellaneous Revenue | $ | 75,564.70 | 3.5% |
| **Total Revenue** | $ | 2,185,058.13 | 100.0% |
| | | | |
| **Departmental Expenses** | | | |
| Rooms | $ | 388,131.07 | 30.8% |
| Food & Beverage | $ | 608,222.17 | 71.6% |
| **Total Departmental Expenses** | $ | 996,353.24 | 45.6% |
| | | | |
| **Total Departmental Profit** | $ | 1,188,704.89 | 54.4% |
| | | | |
| **Undistributed Operating Expenses** | | | |
| Admin & General | $ | 305,620.08 | 14.0% |
| Info & Telecomm Systems | $ | 21,117.43 | 1.0% |
| Sales & Marketing | $ | 101,279.28 | 4.6% |
| Property Operations & Maintenance | $ | 135,526.26 | 6.2% |
| Utilities | $ | 42,658.67 | 2.0% |
| **Total Undistributed Expenses** | $ | 606,201.72 | 27.7% |
| | | | |
| **Gross Operating Profit** | $ | 582,503.17 | 26.7% |
| | | | |
| Property & Liability Insurance | $ | 16,179.58 | 0.7% |
| Property Taxes | $ | 100,050.33 | 4.6% |
| | | | |
| **Net Operating Profit** | $ | 466,273.26 | 21.3% |

**The Williamsburg Hotel**
**Income Statement Summary**
**September 2021**

|  | Actual | % |
|---|---:|---:|
| **Paid Occupied Rooms** | 3,759 | |
| **Occupied Rooms** | 3,797 | |
| **Available Rooms** | 4,410 | |
| | | |
| **Paid Occupancy %** | 85.2% | |
| **Total Occupancy %** | 86.1% | |
| **Paid ADR** | $ 355.88 | |
| **Total ADR** | $ 352.32 | |
| **RevPAR** | $ 303.35 | |
| | | |
| **Revenue** | | |
| Rooms | $ 1,337,767.08 | 57.2% |
| Food & Beverage | $ 943,606.08 | 40.4% |
| Miscellaneous Revenue | $ 56,743.58 | 2.4% |
| **Total Revenue** | $ 2,338,116.74 | 100.0% |
| | | |
| **Departmental Expenses** | | |
| Rooms | $ 401,884.82 | 30.0% |
| Food & Beverage | $ 633,276.34 | 67.1% |
| **Total Departmental Expenses** | $ 1,035,161.16 | 44.3% |
| | | |
| **Total Departmental Profit** | $ 1,302,955.58 | 55.7% |
| | | |
| **Undistributed Operating Expenses** | | |
| Admin & General | $ 301,664.36 | 12.9% |
| Info & Telecomm Systems | $ 14,872.80 | 0.6% |
| Sales & Marketing | $ 106,360.20 | 4.5% |
| Property Operations & Maintenance | $ 127,419.72 | 5.4% |
| Utilities | $ 43,977.02 | 1.9% |
| **Total Undistributed Expenses** | $ 594,294.10 | 25.4% |
| | | |
| **Gross Operating Profit** | $ 708,661.49 | 30.3% |
| | | |
| Property & Liability Insurance | $ 16,179.58 | 0.7% |
| Property Taxes | $ 100,050.33 | 4.3% |
| | | |
| **Net Operating Profit** | $ 592,431.58 | 25.3% |

| | The Williamsburg Hotel<br>Income Statement Summary<br>October 2021 | |
|---|---|---|
| | **Actual** | **%** |
| **Paid Occupied Rooms** | 3,749 | |
| **Occupied Rooms** | 3,824 | |
| **Available Rooms** | 4,557 | |
| | | |
| **Paid Occupancy %** | 82.3% | |
| **Total Occupancy %** | 83.9% | |
| **Paid ADR** | $ 344.71 | |
| **Total ADR** | $ 337.95 | |
| **RevPAR** | $ 283.59 | |
| | | |
| **Revenue** | | |
| Rooms | $ 1,292,306.79 | 59.3% |
| Food & Beverage | $ 832,550.39 | 38.2% |
| Miscellaneous Revenue | $ 55,664.21 | 2.6% |
| **Total Revenue** | $ 2,180,521.39 | 100.0% |
| | | |
| **Departmental Expenses** | | |
| Rooms | $ 417,881.78 | 32.3% |
| Food & Beverage | $ 569,333.58 | 68.4% |
| **Total Departmental Expenses** | $ 987,215.36 | 45.3% |
| | | |
| **Total Departmental Profit** | $ 1,193,306.03 | 54.7% |
| | | |
| **Undistributed Operating Expenses** | | |
| Admin & General | $ 301,135.07 | 13.8% |
| Info & Telecomm Systems | $ 18,229.15 | 0.8% |
| Sales & Marketing | $ 104,665.42 | 4.8% |
| Property Operations & Maintenance | $ 163,961.65 | 7.5% |
| Utilities | $ 37,668.86 | 1.7% |
| **Total Undistributed Expenses** | $ 625,660.15 | 28.7% |
| | | |
| **Gross Operating Profit** | $ 567,645.88 | 26.0% |
| | | |
| Property & Liability Insurance | $ 16,179.58 | 0.7% |
| Property Taxes | $ 100,050.33 | 4.6% |
| | | |
| **Net Operating Profit** | $ 451,415.97 | 20.7% |

|  | The Williamsburg Hotel |
|---|---|
|  | Income Statement Summary |
|  | November 2021 |

|  | Actual | % |
|---|---:|---:|
| **Paid Occupied Rooms** | 3,712 |  |
| **Occupied Rooms** | 3,778 |  |
| **Available Rooms** | 4,410 |  |
|  |  |  |
| **Paid Occupancy %** | 84.2% |  |
| **Total Occupancy %** | 85.7% |  |
| **Paid ADR** | $ 292.89 |  |
| **Total ADR** | $ 287.77 |  |
| **RevPAR** | $ 246.53 |  |
|  |  |  |
| **Revenue** |  |  |
| Rooms | $ 1,087,194.86 | 63.5% |
| Food & Beverage | $ 490,805.78 | 28.7% |
| Miscellaneous Revenue | $ 134,526.32 | 7.9% |
| **Total Revenue** | $ 1,712,526.96 | 100.0% |
|  |  |  |
| **Departmental Expenses** |  |  |
| Rooms | $ 401,372.35 | 36.9% |
| Food & Beverage | $ 456,411.66 | 93.0% |
| **Total Departmental Expenses** | $ 857,784.01 | 50.1% |
|  |  |  |
| **Total Departmental Profit** | $ 854,742.96 | 49.9% |
|  |  |  |
| **Undistributed Operating Expenses** |  |  |
| Admin & General | $ 298,470.41 | 17.4% |
| Info & Telecomm Systems | $ 19,181.19 | 1.1% |
| Sales & Marketing | $ 111,070.68 | 6.5% |
| Property Operations & Maintenance | $ 155,200.77 | 9.1% |
| Utilities | $ 42,447.90 | 2.5% |
| **Total Undistributed Expenses** | $ 626,370.94 | 36.6% |
|  |  |  |
| **Gross Operating Profit** | $ 228,372.01 | 13.3% |
|  |  |  |
| Property & Liability Insurance | $ 16,179.58 | 0.9% |
| Property Taxes | $ 100,050.33 | 5.8% |
|  |  |  |
| **Net Operating Profit** | $ 112,142.10 | 6.5% |

**The Williamsburg Hotel**
**Income Statement Summary**
**December 2021**

|  | Actual | % |
|---|---:|---:|
| **Paid Occupied Rooms** | 3,692 | |
| **Occupied Rooms** | 3,752 | |
| **Available Rooms** | 4,557 | |
| | | |
| **Paid Occupancy %** | 81.0% | |
| **Total Occupancy %** | 82.3% | |
| **Paid ADR** | $ 320.75 | |
| **Total ADR** | $ 315.62 | |
| **RevPAR** | $ 259.86 | |
| | | |
| **Revenue** | | |
| Rooms | $ 1,184,201.45 | 60.8% |
| Food & Beverage | $ 652,062.51 | 33.5% |
| Miscellaneous Revenue | $ 111,708.45 | 5.7% |
| **Total Revenue** | $ 1,947,972.41 | 100.0% |
| | | |
| **Departmental Expenses** | | |
| Rooms | $ 407,677.64 | 34.4% |
| Food & Beverage | $ 509,569.16 | 78.1% |
| **Total Departmental Expenses** | $ 917,246.80 | 47.1% |
| | | |
| **Total Departmental Profit** | $ 1,030,725.61 | 52.9% |
| | | |
| **Undistributed Operating Expenses** | | |
| Admin & General | $ 297,285.62 | 15.3% |
| Info & Telecomm Systems | $ 28,349.50 | 1.5% |
| Sales & Marketing | $ 131,707.17 | 6.8% |
| Property Operations & Maintenance | $ 147,028.58 | 7.5% |
| Utilities | $ 52,914.10 | 2.7% |
| **Total Undistributed Expenses** | $ 657,284.97 | 33.7% |
| | | |
| **Gross Operating Profit** | $ 373,440.64 | 19.2% |
| | | |
| Property & Liability Insurance | $ 16,179.58 | 0.8% |
| Property Taxes | $ 100,050.33 | 5.1% |
| | | |
| **Net Operating Profit** | $ 257,210.74 | 13.2% |

In re 96 Wythe Acquisition LLC   Case No. 21-22108-rdd
Debtor   Reporting Period: 03/01/2021 - 03/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|---|
| | Oper 9206** | Oper 7358** | Oper 2703 | Oper 2855 | DIP 0935 | DIP 0927 | |
| CASH BEGINNING OF MONTH | $26,010.31 | $1.32 | $12,365.11 | $244,355.81 | $0.00 | $0.00 | $282,732.55 |
| RECEIPTS | | | | | | | |
| CASH SALES | | | | $852,520.39 | | | $852,520.39 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | | | |
| LOANS AND ADVANCES | | | | | | | $0.00 |
| SALE OF ASSETS | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | $0.00 |
| TRANSFERS (FROM DIP ACCTS) | | $1.32 | $341,210.83 | | $25,971.63 | $1.00 | $367,184.78 |
| TOTAL RECEIPTS | $1.32 | $0.00 | $353,575.94 | $852,520.39 | $25,971.63 | $1.00 | $1,232,070.28 |
| DISBURSEMENTS | | | | | | | |
| NET PAYROLL | | | | | | | $0.00 |
| PAYROLL TAXES | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | |
| INVENTORY PURCHASES | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | |
| INSURANCE | | | | | | | $0.00 |
| ADMINISTRATIVE | $40.00 | | | | | | $40.00 |
| SELLING | | | | | | | |
| OTHER (ATTACH LIST) | | | $343,218.85 | $373,877.66 | | | $717,096.51 |
| OWNER DRAW * | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | $25,971.63 | $1.32 | | $341,210.83 | $1.00 | | $367,184.78 |
| PROFESSIONAL FEES | | | | | | | $0.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | |
| COURT COSTS | | | | | | | |
| TOTAL DISBURSEMENTS | $26,011.63 | $1.32 | $343,218.85 | $715,088.49 | $1.00 | $0.00 | $1,084,321.29 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -$26,010.31 | -$1.32 | $10,357.09 | $137,431.90 | $25,970.63 | $1.00 | $147,748.99 |
| CASH – END OF MONTH | $0.00 | $0.00 | $10,357.09 | $381,787.71 | $25,970.63 | $1.00 | $418,116.43 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

** Account closed during current period

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 1,084,321 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (367,185) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 717,137 |