| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **96 Wythe Acquisition LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 21-22108 |

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.
*Column B* **Value of collateral that supports this claim**

---

**2.1  B In Power Mechanical Inc.**
Creditor's Name

199 Lee Avenue, Suite 214
Brooklyn, NY 11211
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/4/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. NYC Dept. of Finance
2. NYC Water Board
3. Benefit Street Partners Realty Operating
4. NBE Plumbing
5. Sunbelt Rentals Inc
6. B In Power Mechanical Inc.
7. Centenial Elevator Industries

**Describe debtor's property that is subject to a lien**
**96 Wythe Avenue
Brooklyn, NY 11249**

**Upon information and belief, value is less than $104,000,000 August 2017 appraised value**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$231,558.00**
Value of collateral: **$104,000,000.00**

---

**2.2  Benefit Street Partners Realty Operating**

**Describe debtor's property that is subject to a lien**

Amount of claim: **$68,000,000.00**
Value of collateral: **$104,000,000.00**

---

| Debtor | **96 Wythe Acquisition LLC** | Case number (if known) | **21-22108** |
|---|---|---|---|
| | Name | | |

| | Creditor's Name | | | |
|---|---|---|---|---|
| | | **96 Wythe Avenue** <br> **Brooklyn, NY 11249** | | |
| | **Partnership L.P.** <br> **142 W. 57th Street** <br> **Suite 1201** <br> **New York, NY 10019** | **Upon information and belief, value is less than $104,000,000 August 2017 appraised value** | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** <br> **Mortgage** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | **Specified on line 2.1** | | | |

| 2.3 | **Centenial Elevator Industries** | **Describe debtor's property that is subject to a lien** | **$8,856.00** | **$104,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **96 Wythe Avenue** <br> **Brooklyn, NY 11249** | | |
| | **24-35 47th Street** <br> **Astoria, NY 11103** | **Upon information and belief, value is less than $104,000,000 August 2017 appraised value** | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** <br> **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** <br> **7/1/2020** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Specified on line 2.1** | | | |

| 2.4 | **NBE Plumbing** | **Describe debtor's property that is subject to a lien** | **$89,801.06** | **$104,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **96 Wythe Avenue** <br> **Brooklyn, NY 11249** | | |
| | **5 Kosnitz Dr** <br> **Monroe, NY 10950** | **Upon information and belief, value is less than $104,000,000 August 2017 appraised value** | | |
| | Creditor's mailing address | **Describe the lien** | | |

| Debtor | **96 Wythe Acquisition LLC** | | Case number (if known) | **21-22108** |
|---|---|---|---|---|
| | Name | | | |

|  | | | | |
|---|---|---|---|---|
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/3/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | **Specified on line 2.1** | ☐ Disputed | | |

| 2.5 | **NYC Dept. of Finance** | **Describe debtor's property that is subject to a lien** | $3,092,874.62 | $104,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **96 Wythe Avenue** **Brooklyn, NY 11249** | | |
| | **P.O. Box 680** **Newark, NJ 07101-0680** | **Upon information and belief, value is less than $104,000,000 August 2017 appraised value** | | |
| | Creditor's mailing address | **Describe the lien** **Tax Water and Sewer** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | **Specified on line 2.1** | ☐ Disputed | | |

| 2.6 | **NYC Water Board** | **Describe debtor's property that is subject to a lien** | $101,874.17 | $104,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **96 Wythe Avenue** **Brooklyn, NY 11249** | | |
| | **PO Box 11863** **Newark, NJ 07101-8163** | **Upon information and belief, value is less than $104,000,000 August 2017 appraised value** | | |
| | Creditor's mailing address | **Describe the lien** **Tax Water and Sewer** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | **96 Wythe Acquisition LLC** | Case number (if known) | **21-22108** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| 2.7 | **Sunbelt Rentals Inc** | **Describe debtor's property that is subject to a lien** | $10,000.00 | $104,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **96 Wythe Avenue** **Brooklyn, NY 11249** | | |

**522 Grand Blvd.**
**Westbury, NY 11590**
Creditor's mailing address

**Upon information and belief, value is less than $104,000,000 August 2017 appraised value**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/28/2020**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$71,534,963.85** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|