UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

96 WYTHE ACQUISITION LLC,

              Debtor.

Chapter 11
Case No. 21-22108 (RDD)

## DECLARATION OF STEPHANIE WICKOUSKI REGARDING RATE INCREASE OF LOCKE LORD LLP

I, Stephanie Wickouski, being duly sworn, declare the following under penalty of perjury:

1. I am a partner at Locke Lord LLP ("Locke Lord"), which maintains offices at Brookfield Place, 200 Vesey Street, 20th Floor, New York, New York 10281.

2. I submit this declaration to provide notice of Lock Lord's rate increases pursuant to the *Order Authorizing the Employment and Retention of Locke Lord LLP as Counsel to the Examiner, as of November 16, 2021* [ECF # 210] (the "Locke Lord Retention Order"), entered December 6, 2021. Locke Lord Retention Order, ¶ 7.

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. As disclosed in the *Examiner's Application for an Order Authorizing the Employment and Retention of Locke Lord LLP as Counsel to the Examiner, Nunc Pro Tunc to November 16, 2021 and Related Relief* [ECF # 194] ("Locke Lord Retention Application"), "Locke Lord's hourly rates are subject to periodic increase in the normal course of Locke Lord's business." Locke Lord Retention Application, ¶ 27, n.2.

5. Attached hereto as **Exhibit A** is a summary of the Hourly Rate Schedule effective as of January 1, 2022 with respect to attorneys and professionals who have performed work in connection with this engagement.

6.      The increased rates are reasonable under section 330 of the Bankruptcy Code, and the increase occurred in the normal course of Locke Lord's business.

7.      As indicated in the Locke Lord Retention Application, as an accommodation, Locke Lord has agreed to a ten percent (10%) reduction of the hourly rates of Locke Lord attorneys and professionals working on this case. Locke Lord will continue to honor the ten percent (10%) reduction of hourly rates, and will apply this reduction to the increased rates for 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated:  New York, New York
        February 28, 2022

/s/ Stephanie Wickouski
Stephanie Wickouski

**Exhibit A**

## Locke Lord LLP

**Hourly Billing Rates**
**Effective in this matter January 1, 2022**

|  | 2022 Hourly Rate | 2022 Hourly Rate at 10% Discount |
|---|---|---|
| Stephanie Wickouski | $1200 | $1080 |
| Jonathan Young | $1035 | $931.50 |
| Chelsey Rosenbloom List | $700 | $630 |
| Hanna Ciechanowski | $495 | $445.50 |
| Donald Hom | $530 | $477 |