# Exhibit A: Organizational Structure

# ORGANIZATION CHART[1]
(as of December 13, 2017)



---

[1] Except as shown on this chart, no person or entity, individually or together with affiliates, owns directly or indirectly 20% or more interests in 96 Wythe Acquisition LLC or controls 96 Wythe Acquisition LLC.

1640006.2