# Exhibit B: Loan Closing Document



# First Nationwide Title
An AmTrust Financial Company

220 East 42nd Street, Suite 3105
New York, NY 10017
Phone: (212) 499-0100   Fax: (212) 499-0600

## DISBURSEMENT STATEMENT

| File # | FN-13625-NY | | | |
|---|---|---|---|---|
| Borrower(s) | 96 Wythe Acquisition LLC | | | |
| Premises | 96 Wythe Avenue, Brooklyn NY | | | |
| Closing Date | December 13, 2017 | | | |

| | DESCRIPTION | | Amount | Notes | Fed Reference Numbers |
|---|---|---|---|---|---|
| 1 | FUNDS WIRED INTO ESCROW | | | | |
| 2 | Net Loan Proceeds from Lender | | $ 67,364,412.71 | | |
| 3 | Equity - 564 St. Johns Partners LLC | | $ 425,000.00 | received | |
| 4 | Equity | | $ 11,658,613.08 | | |
| 5 | | Total Funds Wired Into Escrow | $ 79,448,025.79 | | |
| 6 | | | | | |
| 7 | Settlement Fees | First Nationwide Title Agency LLC | $ 3,000.00 | check | |
| 8 | Share of Premium | First Nationwide Title Agency LLC | $ 65,970.27 | $ 68,970.27 | |
| 9 | Title Insurance Fees to | Riverside Abstract | $ 1,579,581.56 | wire | |
| 10 | Property Specific Escrow | Situs Asset Management | $ 3,936,874.04 | wire | |
| 11 | Appraisal Fee to | LW Hospitality Advisors | $ 9,550.00 | wire | |
| 12 | Property Condition/Environmental Reports to | CBRE, Inc. | $ 4,100.00 | wire | |
| 13 | Credit Search Fees to | Financial Risk Mitigation | $ 3,900.00 | wire | |
| 14 | Insurance Consultant Fee to | Harbor Group Consulting LLC | $ 5,575.00 | wire | |
| 15 | Zoning Report Fee to | Zoning-Info, Inc. | $ 800.00 | wire | |
| 16 | Lender's Legal Fees to | Stroock & Stroock & Lavan LLP | $ 135,000.00 | wire | |
| 17 | Environmental Counsel Fees to | Schulte Zabel & Roth | $ 1,691.00 | wire | |
| 18 | Construction Review Fees to | CBRE, Inc. | $ 4,445.00 | wire | |
| 19 | Search Fees to | United Corporate Services | $ 5,916.25 | check | |
| 20 | Account Setup Fee to | Wells Fargo | $ 2,500.00 | wire | |
| 21 | Borrower's Legal Fees to | Cohen & Gresser | $ 100,000.00 | wire | |
| 22 | Rate Cap Fee to | SMBC Capital Markets, Inc. | $ 142,000.00 | wire | |
| 23 | Transaction Management Services | Chatham Hedging Advisors | $ 11,220.00 | wire | |
| 24 | Due Diligence Fee to | Sterling Project Development Group LLC | $ 12,500.00 | wire | |
| 25 | Independent Manager Services to | Stewart Management Company | $ 2,430.00 | wire | |
| 26 | Legal Fees | Richard Layton & Finger | $ 7,500.00 | wire | |
| 27 | Legal Fees | Mavrides Moyal Packman & Sadkin LLP | $ 15,000.00 | | |
| 28 | Fees to | JIS Contract Furniture Inc. | $ 120,478.58 | check | |
| 29 | Escrow for JIS Contract Furniture Inc. | Riverside Abstract | $ 53,945.74 | hold | |
| 30 | Fees to | Steelways Inc. | $ 150,000.00 | check | |
| 31 | Existing Payoff to | Hutton Ventures LLC | $ 10,419,616.67 | wire | |
| 32 | Existing Payoff to | G4 Capital Bridge, LLC | $ 62,467,971.97 | wire | |
| 33 | Cost Reimbursement | SRF Ventures | $ 875.00 | wire | |
| 34 | Consulting Services | Angelo Riemma, CPA | $ 1,000.00 | check | |
| 35 | Professional Fees | Caldwalader Wickersham & Taft LLP | $ 30,000.00 | wire | |
| 36 | Underwriting Fees to | Apicii LLC | $ 17,000.00 | wire | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | SUB-TOTAL DEBITS & CREDITS | | $ 79,310,441.08 | | |
| 49 | FUNDS DUE TO/(FROM) 96 Wythe Acquisition LLC | | $ 137,584.71 | | |
| 50 | | | | | |
| 51 | TOTALS | | $ 79,448,025.79 | | |

This statement was prepared using information provided by the parties named above. First Nationwide Title Agency LLC makes no representation as to the accuracy of this information.

96 Wythe Acquisition LLC Refinance 13625   12/13/2017   1:40 PM

## First Nationwide Title
An Amtrust Financial Company

220 East 42nd Street, Suite 3105
New York, New York 10017
Phone: (212) 499-0100   Fax: (212) 499-0600

### SIGNATURE PAGE

| BORROWER | FILE/ESCROW NO.: | FN-13615-NY |
|---|---|---|
| 96 Wythe Acquisition LLC | CLOSING OFFICER: | Timothy Bolles |
| | CLOSING DATE: | December 13, 2017 |
| LENDER: | | |
| Benefit Street Partners | PROPERTY DESCRIPTION: | 96 Wythe Avenue, Brooklyn NY |

The undersigned hereby authorizes First Nationwide Title Agency LLC to receive funds and disburse them in accordance with the attached settlement and disbursement statements.

Agreed and Signed to by:
Borrower(s):
96 Wythe Acquisition LLC

By: _____
Name: Toby Meskowits
Title: Authorized Signatory

Escrow Agent:
First Nationwide Title Agency LLC

By: _____
Name:
Title: **Timothy A. Bolles**
     **Vice President & Senior Underwriter**

96 Wythe Acquisition LLC Refinance 13828   12/13/2017   11:06 AM