# Exhibit E: November 21, 2021 Document and Information Requests

# 96 Wythe Acquisition, LLC
# Case No. 21-22108
# Examiner Document/Information/Interview Request
*(Debtor and affiliated Hotel Management Company – Hereinafter referred to as the "Debtor")*

**Interview days/times for (NLT 12/1/21):**
Ms. Toby Moskovits
Mr. Michael Lichtenstein
Mr. Jeremy Rauch
Mr. David Goldwasser
Mr. Mark Kirschner
Mr. Moshe Schepansky
Ms. Miriam Gross
Ms. Daniella Lisker
Mr Evan Cohen
Mr. Jonathan Tsirlin

**Information request (For the period November 2017 to Present):**
1. Where are the books and records of the Debtor held? The exact address/location.
2. Does the Debtor maintain the books and records on a cloud or other operating system?
    a. Name of system
    b. Who has access to the system?
        i. Name
        ii. Title
        iii. Access rights
3. Who is responsible for the financial matters of the Debtor?
    a. Is there a Controller – What is their exact name and physical work address
    b. Is there a Chief Financial Officer – What is their exact name and physical work address
    c. Exact name and physical address of any person or persons with knowledge, oversight and/or control of the books and records of the Debtor
4. Who has check signing authority over the Debtor? Exact name and physical address
5. Name, address of any outside accountant that assisted in or prepared any external financial documents e.g., Tax returns
6. Other than the Debtor and affiliated Hotel Management Company, are there any other corporate or other entities that have any direct or indirect control and/or oversight of the Debtor
    a. Name
    b. Physical address
    c. Nature of business
7. Name, address, % ownership of the Debtor and affiliated management company
8. Listing of all bank account names, account numbers, bank physical addresses held in the name of or related to the Debtor and affiliated management company or any

1

    affiliate of the Debtor or management company that either received and/or disbursed funds directly or indirectly for and on behalf of the Debtor.
9. Location of any safe deposit boxes
    a. Physical address
    b. Name of those with access
10. Identification of any banking and/or financial relationships outside the United States
    a. Institution name
    b. Account number
    c. Authorized signors


**<u>Document Request (For the period November 2017 to Present</u>**
1. Copies of all bank statements and cancelled checks for all banking and/or financial institution transactions
2. Copies of all credit card statements, showing detailed transactions
    a. For the Debtor
    b. For any principle and/or employee of the Debtor or affiliated management company
3. Copies of all Federal and State tax returns, filed with Federal and Statue taxing authorities
4. Ensure access to and availability to all invoices and such other documents related to any transactions contained in the bank and/or financial institution statements noted in 1 above
    a. Exact physical address
    b. Name of custodian of records
    c. Hours available for access

2