# Exhibit F: Examiner's Identification of Outstanding Requests

96 Wythe Acquistion, LLC
Bank Statement Account Status
and
Bank Account Statements
Status
**1/21/2022**

**Chase**

| Last 4 | Missing and/or Incomplete Documents/Information |
|---|---|
| 3906 | December, 2016;Janunary 2017; proof of account opening |
| 8317 | December, 2016;Janunary 2017; proof of account opening |
| 8662 | December, 2016;Janunary 2017; proof of account opening |
| 9637 | December, 2016;Janunary 2017; proof of account opening |
| 7255 | ,December, 16;Janunary 2017; proof of account opening;February 21 - Present |
| 7387 | December 16; January 2017; proof of account opening;February 21 - present |
| 8878 | December 16;January 2017; proof of account opening;February 21 - present |
| 2699 | February 21 - Present |
| 2128 | December, 16; January 17; proof of account opening |
| 7071 | February 21 - Present |
| 8898 | December 16; January 17; proof of account opening;Feb 21 - present |
| 1798 | December 16; January 17; proof of account opening;Feb 21 - present |
| 3138 | February 21 - Present |
| 3509 | December16; January 17; proof of account opening;Feb 21 - present |
| 1379 | December 16; January 17; proof of account opening; Nov and Dec 18; Jan 19 |
| 0988 | December 16; January 17; proof of account opening; Feb 21 to present |
| 9022 | December 16;January and February 17; proof of account opening |

**BOA**

| Last 4 | Missing and/or Incomplete Documents/Information |
|---|---|
| 9206 | February 21 - Present |
| 7358 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 4831 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 4400 | February 21 - Present |
| 3162 | February 21 - Present |
| 2703 | December 16; July 18; proof of account opening; June 21 - present |
| 2855 | December 16 - July 18; proof of account opening' June 21 - present |
| 0102 | September 21 - Present |
| 9398 | Decenber 17 - July 18; proof of account opening; Feb 21 to present |
| 0696 | February 21 - Present |
| 5758 | February 21 - Present |
| 4662 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 9625 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 9641 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 5246 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 4102 | December 16 - July 18; proof of account opening; Sept 21 - present |
| 4076 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 0588 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 3283 | December 16 - July 18; proof of account opening; Feb 21 - present |
| 9138 | Feb 21 to present |
| 4483 | Feb 21 to present; proof of account opening and closing; December 16 - July 18 |
| 4470 | Feb 21 to present; proof of account opening and closing; December 16 - July 18 |
| 2536 | Feb 21 to present; proof of account closing |
| 6729 | Feb 21 to present; proof of account closing |