# Exhibit G:  Bank Account Matrix

# 96 WYTHE ACQUISITION LLC
## CASE NUMBER - 21-22108
### BANK STATEMENT LIST

JP Morgan Chase NA - Known

| | 96 Wythe Acquisition LLC Ending 2297 | 96 Wythe Acquisition LLC Ending 3906 | The Williamsburg Hotel BK LLC Ending in 8317 | The Williamsburg Hotel BK LLC Ending in 8662 | The Williamsburg Hotel BK LLC Ending in 9637 | Northside Development Holdings LLC Ending in 7255 | Northside Acquisition Partners LLC Ending in 7387 | Northside Acquisition Partners LLC Ending in 8878 | Northside Management LLC Ending in 2699 | Mint Development Corp Ending in 2128 | 564 St John's Partners LLC Ending in 7071 | 564 St John's Partners LLC Ending in 8898 | 564 St John's Partners LLC Ending in 1798 | 564 St Johns Partner LLC Chase Ending in 3138 | 562 St. John's Partner's LLC Chase Ending in 0092 | Brooklyn Bread Lab Ending in 3509 | Building Development Corp Chase Ending in 1379 | Miriam Gross Chase Ending in 3556 | FAI Capital Partners LLC Chase Ending in 1195 | 215 Moore St Acquisition LLC Ending in 0988 | 96 W Development LLC Ending 9022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2016** | | | | | | | | | | | | | | | | | | | | | |
| January | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | SR |
| August | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | |
| **2017** | | | | | | | | | | | | | | | | | | | | | |
| January | | C | C | C | C | C | | C | | | | | | | | | | | | | C |
| February | | C | C | C | C | C | C | C | | | S | | S | S | | S | S | | | C | C |
| March | | C | C | C | C | C | C | C | C | | S | | S | S | | S | S | | | S | C |
| April | | C | C | C | C | C | C | C | C | | S | | S | S | | S | S | | | S | C |
| May | | C | C | C | C | C | C | C | C | | S | | S | S | | S | S | | | S | C |
| June | | C | C | C | C | C | C | C | C | | S | | S | S | | S | S | | | S | C |
| July | | C | C | C | C | C | C | C | C | | S | | S | S | | S | S | | | S | C |
| August | | C | C | C | C | C | C | C | C | | S | 9/26/2017 | S | S | 9/26/2017 | S | S | | | S | C |
| September | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| October | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| November | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| December | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| **2018** | | | | | | | | | | | | | | | | | | | | | |
| January | | C | C | C | C | C | C | C | S | | S | S | S | S | S | S | S | | | S | C |
| February | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| March | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| April | | C | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| May | 5/5/2018 | 4/23/2018 | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| June | C | . | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| July | C | | C | C | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | C |
| August | C | | C | C | C | C | C | C | S | | S | S | S | S | S | S | S | | | S | C |
| September | C | | C | S | C | C | C | C | C | | S | S | S | S | S | S | S | | | S | S |
| October | C | | 9/28/2018 | 9/19/2018 | 9/28/2018 | C | C | C | C | | S | S | S | S | S | S | S | | | S | 9/28/2018 |
| November | C | | . | . | 0 | C | C | C | C | | S | S | S | S | S | S | 1/2/2019 | | | S | 0 |
| December | C | | | | | C | C | C | C | | S | S | S | S | S | S | 6.90 | | | S | |
| **2019** | | | | | | | | | | | | | | | | | | | | | |
| Jan | C | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Feb | C | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| March | C | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| April | C | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| May | C | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| June | C | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| July | 6/27/2019 | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Aug | . | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Sept | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Oct | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Nov | | | | | | C | C | C | C | 9/2/2020 | S | S | S | S | S | S | | | | S | |
| Dec | | | | | | C | C | C | C | 119.95 | S | S | S | S | S | S | | | | S | |
| **2020** | | | | | | | | | | | | | | | | | | | | | |
| Jan | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Feb | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| March | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| April | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| May | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| June | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| July | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Aug | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Sept | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Oct | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Nov | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Dec | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| **2021** | | | | | | | | | | | | | | | | | | | | | |
| Jan | | | | | | C | C | C | C | | S | S | S | S | S | S | | | | S | |
| Feb | | | | | | C | C | C | C | | | | | | | | | | | | |
| March | | | | | | C | C | C | C | | 4.62 | 2.75 | 2.42 | 1.02 | | 3,739.38 | | | | 3.41 | |
| April | | | | | | C | C | C | C | | | | | | | | | | | | |
| May | | | | | | C | C | C | C | | | | | | | | | | | | |
| June | | | | | | C | C | C | C | | | | | | | | | | | | |
| July | | | | | | C | C | C | C | | | | | | | | | | | | |
| Aug | | | | | | | C | C | C | | | | | | | | | | | | |
| Sept | | | | | | | C | C | C | | | | | | | | | | | | |
| Oct | | | | | | | C | C | C | | | | | | | | | | | | |
| November | | | | | | | C | C | C | | | | | | | | | | | | |
| December | | | | | | | C | C | C | | | | | | | | | | | | |

96 WYTHE ACQUISITION LLC
CASE NUMBER - 21-22108
BANK STATEMENT LIST

(Table content not transcribable at available resolution — rotated spreadsheet matrix listing bank accounts including 96 Wythe Acquisition LLC, The Williamsburg Hotel BK LLC variants, 96 W Development LLC, 232 Seigel Development/Acquisition LLC, Mint Development Corp, 564 St Johns Holdings LLC, Northside Development/Acquisition Partners LLC, 215 Moore St Development/Acquisition LLC, 875 4th Ave Acquisition LLC, 286 Rider Ave Acquisition LLC, and Heritage GC Watton Acquisition LLC, with monthly status markers across 2017–2021.)