**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

*Co-Counsel to the Debtor*
*and Debtor in Possession*

**BACKENROTH FRANKEL &**
**KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>                   Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

### NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN
### OF THE DEBTOR'S PENDING OBJECTIONS TO PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the hearings to consider the following objections to proofs of claim (the "Objections"), previously scheduled to be heard on March 8, 2022 at 10:00 a.m. (prevailing Eastern Time), are hereby adjourned to **April 7, 2022 at 10:00 a.m.** (prevailing Eastern Time), with the Debtor's deadline to file a reply (if any) to any responses to the Objections to be April 1, 2022:

745881720

    (i)    *Debtor's Objection to Claim No. 15 Filed by Consolidated Edison Company of New York Inc. Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 303];

    (ii)    *Debtor's (I) Objection to Claim No. 10 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 10 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 253];

    (iii)    *Debtor's (I) Objection to Claim No. 11 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 11 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 254];

    (iv)    *Debtor's (I) Objection to Claim No. 14 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 14 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 302];

    (v)    *Debtor's (I) Objection to Claim No. 18 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 18 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 306];

    (vi)    *Debtor's (I) Objection to Claim No. 5 Filed by Grandfield Realty Corp. and (II) Motion to Estimate Claim No. 5 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 247];

    (vii)    *Debtor's Objection to Claim No. 4 Filed by NBE Plumbing Corp* [ECF No. 251]; and

    (viii)    *Debtor's (I) Objection to Claim No. 6 Filed by Gerson Mencia, and (II) Motion to Estimate Claim No. 6 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 248].

The hearings may be rescheduled further by the Debtor on notice to the affected claimant(s).

Dated: March 7, 2022                            Respectfully submitted,
       New York, New York

By: /s/ *Douglas Spelfogel*
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: dspelfogel@mayerbrown.com
　　　　leisenberg@mayerbrown.com
　　　　jdchung@mayerbrown.com

*Co-Counsel to the Debtor
and Debtor in Possession*

Mark Frankel
**BACKENROTH FRANKEL &
KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544
Email: mfrankel@bfklaw.com

*Co-Counsel to the Debtor
and Debtor in Possession*