**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Co-Counsel to the Debtor
and Debtor in Possession*

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Motion by Gerson Mencia and for an Order Pursuant to Bankruptcy Rule 3018(a )* [ECF No. 324] and the *Motion of NBE Plumbing Corp for an Order for the Temporary Allowance of its Claim for Voting Purposes Pursuant to Fed. R. Bankr. P. 3018(a)* [ECF No. 369] in the above matter have been adjourned from March 8, 2022 @ 10:00 a.m. to **April 7, 2022 @ 10:00 a.m. (ET)**, on consent by all parties hereto, before the Honorable Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street,

744412857

White Plains, New York 10004 via Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated:  March 7, 2022
         New York, New York

Respectfully submitted,

By: /s/ *Douglas Spelfogel*
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910
Email: dspelfogel@mayerbrown.com
          leisenberg@mayerbrown.com
          dchung@mayerbrown.com

*Co-Counsel to the Debtor
and Debtor in Possession*

Mark Frankel
**BACKENROTH FRANKEL & KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544
Email: mfrankel@bfklaw.com

*Co-Counsel to the Debtor
 and Debtor in Possession*