**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
*Co-Counsel for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
                                                                  :
In re:                                                            :
                                                                  :   Chapter 11
96 WYTHE ACQUISITION LLC,                                         :
                                                                  :   Case No. 21-22108 (RDD)
                                    Debtor.                       :
                                                                  :
------------------------------------------------------------------ X

## LENDER'S RESPONSE TO DEBTOR'S REPLY SUPPORTING FIRST INTERIM FEE APPLICATION

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Benefit Street Partners Realty Operating Partnership, L.P.[1] ("**Benefit Street**" or "**Lender**") submits this response to the *Debtor's Reply Supporting First Interim Fee Application* [ECF No. 433] (the "**Reply**").

## RESPONSE

1. On Friday, March 4, 2022, the Debtor filed its Reply to the Lender's reservation of rights and, in its Reply, purportedly sought to use cash collateral on a non-consensual basis to pay the Debtor's professional fees. Thereafter, counsel for the Lender and Debtor conferred on this disputed use, and the Debtor has agreed not to seek to use cash collateral to pay professional fees at this time.[2] Any such request and corresponding dispute will be addressed in the future. Benefit Street files this response to reserve its rights with respect to any future interim or final fee applications and any future requests to use cash collateral.

2. Benefit Street submits this short statement to note that it disagrees with the characterizations and arguments made in the Reply. Among other things, valuation is heavily disputed in this case and, therefore, statements regarding the value of the Lender's collateral and ultimate allowed amount of the Lender's claim as being fully or undersecured are disputed. *See* Lender's Objection to Confirmation of Debtor's Second Amended Chapter 11 Plan of Reorganization ¶¶ 57-58, 64 [ECF No. 307]; Lender's Sur-Reply in Support of its Objection to Confirmation of Debtor's Second Amended Chapter 11 Plan of Reorganization ¶¶ 15, 20, 22, 34-

---

[1] Benefit Street is a wholly owned subsidiary of Franklin Resources, Inc. that, together with various subsidiaries, operates as Franklin Templeton. Franklin BSP Realty Trust is a publicly traded entity on the New York Stock Exchange under the ticker symbol FBRT.

[2] The Lender has consented to the submission of a further tenth interim order allowing the use of cash collateral for the Hotel's operations and, with the exception of payment of $13,500 for the Debtor's appraiser, no other Debtor professional is included in the cash collateral budget or order.

35 [ECF No. 425]. Benefit Street reserves all rights with respect to the arguments raised in the

Reply to be addressed at the appropriate time

Dated: March 7, 2022
      New York, New York

                        **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

                        /s/ Adam C. Rogoff
                        Adam C. Rogoff
                        P. Bradley O'Neill
                        Kramer Levin Naftalis & Frankel LLP
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Telephone: (212) 715-9100
                        Facsimile:  (212) 715-8000
                        Email: arogoff@kramerlevin.com
                                 boneill@kramerlevin.com

                        **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
                        Lee B. Hart, Esq.
                        201 17th Street, Suite 1700
                        Atlanta, Georgia 30363
                        Telephone: (404) 322-6000
                        Facsimile: (404) 322-6050

                        Gary M. Freedman, Esq.
                        2 South Biscayne Blvd., 21st Floor
                        Miami, Florida 33131
                        Telephone: (305) 373-9400
                        Facsimile: (305) 373-9443

                        *Co-counsel for Benefit Street Partners*
                        *Realty Operating Partnership, L.P.*