# EXHIBIT 1

## Budget

**The Williamsburg Hotel**
**96 Wythe Acquisition LLC**
**2- Week Budget - Cash Collateral Motion**

|  | Mar-22 (2/28 to 3/6) | | Mar-22 (3/7 to 3/13) | |
|---|---|---|---|---|
|  | PTD | % | PTD | % |
| Number of Rooms | 147 | | 147 | |
| Days | 7 | | 7 | |
| Available Rooms | 1,029 | | 1,029 | |
| Occupied Rooms | 648 | | 659 | |
| Occupancy Percent | 63.00% | | 64.00% | |
| Average Daily Rate | $186.00 | | $188.00 | |
| RevPAR | $117.18 | | $120.32 | |
| **Revenue** | | | | |
| Rooms | $120,578 | 58.02% | $123,809 | 57.26% |
| Food & Beverage | $80,000 | 38.50% | $85,000 | 39.31% |
| Rental & Other Income | $7,235 | 3.48% | $7,429 | 3.44% |
| **Gross Revenue** | **$207,813** | **100.00%** | **$216,238** | **100.00%** |
| **Department Expenses** | | | | |
| **Rooms** | | | | |
| **Payroll** | | | | |
| Salaries & Wages | $32,704 | 27.12% | $33,286 | 26.88% |
| Payroll Taxes | $3,761 | 3.12% | $3,828 | 3.09% |
| Employee Benefits | $2,453 | 2.03% | $2,496 | 2.02% |
| Contract Labor | $301 | 0.25% | $310 | 0.25% |
| **Total Payroll** | **$39,219** | **32.53%** | **$39,919** | **32.24%** |
| **Other Expenses** | | | | |
| Allocated F&B Payroll | $2,184 | 1.81% | $2,283 | 1.84% |
| Amenities & Supplies | $1,326 | 1.10% | $1,362 | 1.10% |
| Dues, Subscriptions & Services | $603 | 0.50% | $619 | 0.50% |
| Linen & Uniforms - Laundry & Replacement | $5,064 | 4.20% | $5,200 | 4.20% |
| Travel Agent Commissions | $11,455 | 9.50% | $11,762 | 9.50% |
| **Total Other Expenses** | **$20,632** | **17.11%** | **$21,226** | **17.14%** |
| **Total Rooms** | **$59,852** | **49.64%** | **$61,145** | **49.39%** |
| **Food & Beverage** | | | | |
| **Payroll** | | | | |
| Salaries & Wages | $36,400 | 45.50% | $38,050 | 44.76% |
| Payroll Taxes | $4,550 | 5.69% | $4,756 | 5.60% |
| Employee Benefits | $2,184 | 2.73% | $2,283 | 2.69% |
| Contract Labor | $1,200 | 1.50% | $1,275 | 1.50% |
| Allocated to Other Departments | ($3,327) | -4.16% | ($3,472) | -4.09% |
| **Total Payroll** | **$41,007** | **51.26%** | **$42,892** | **50.46%** |
| **Other Expenses** | | | | |
| Cost of Goods Sold | $19,800 | 24.75% | $21,038 | 24.75% |
| Equipment, Supplies & Services | $3,800 | 4.75% | $3,910 | 4.60% |
| Marketing & Promotion | $4,800 | 6.00% | $5,100 | 6.00% |
| **Total Other Expenses** | **$28,400** | **35.50%** | **$30,048** | **35.35%** |
| **Total Food & Beverage** | **$69,407** | **86.76%** | **$72,939** | **85.81%** |
| **Total Departmental Expenses** | **$129,259** | **62.20%** | **$134,085** | **62.01%** |
| **Departmental Profit** | | | | |
| Rooms | $60,726 | 50.36% | $62,664 | 50.61% |
| Food & Beverage | $10,593 | 13.24% | $12,061 | 14.19% |
| Rentals & Other Income | $7,235 | 100.00% | $7,429 | 100.00% |
| **Gross Operated Income** | **$78,554** | **37.80%** | **$82,153** | **37.99%** |

**The Williamsburg Hotel**
**96 Wythe Acquisition LLC**
**2- Week Budget - Cash Collateral Motion**

|  | Mar-22 (2/28 to 3/6) | | Mar-22 (3/7 to 3/13) | |
|---|---:|---:|---:|---:|
|  | PTD | % | PTD | % |
| **General Hotel Expenses** | | | | |
| **Administrative and General** | | | | |
| Payroll | $35,603 | 17.13% | $35,707 | 16.51% |
| Allocated F&B Payroll | $416 | 0.20% | $432 | 0.20% |
| Banking & CC Processing Fees | $5,819 | 2.80% | $6,055 | 2.80% |
| Admin & General Expenses | $4,052 | 1.95% | $4,109 | 1.90% |
| Professional Fees (UST) | $1,872 | 0.90% | $1,924 | 0.89% |
| **Total Administrative & General** | **$47,762** | **22.98%** | **$48,227** | **22.30%** |
| | | | | |
| **Information & Telecom** | | | | |
| Cost of Phone & Internet Services | $520 | 0.25% | $541 | 0.25% |
| System Expenses | $1,766 | 0.85% | $1,838 | 0.85% |
| Dues, Subscriptions, Supplies & Services | $2,078 | 1.00% | $2,162 | 1.00% |
| **Total Information & Telecom** | **$4,364** | **2.10%** | **$4,541** | **2.10%** |
| | | | | |
| **Sales & Marketing** | | | | |
| Payroll | $14,120 | 6.79% | $14,212 | 6.57% |
| Allocated F&B Payroll | $312 | 0.15% | $324 | 0.15% |
| Dues, Subscriptions & Services | $1,870 | 0.90% | $1,946 | 0.90% |
| Marketing | $4,156 | 2.00% | $4,325 | 2.00% |
| **Total Sales & Marketing** | **$20,459** | **9.84%** | **$20,808** | **9.62%** |
| | | | | |
| **Property Operations & Maintenance** | | | | |
| Payroll | $15,602 | 7.51% | $15,760 | 7.29% |
| Allocated F&B Payroll | $416 | 0.20% | $432 | 0.20% |
| Repairs & Maintenance | $4,637 | 2.23% | $4,676 | 2.16% |
| Supplies | $2,286 | 1.10% | $2,379 | 1.10% |
| **Total Property Operations & Maintenance** | **$22,940** | **11.04%** | **$23,247** | **10.75%** |
| | | | | |
| **Utility Costs** | $11,118 | 5.35% | $11,569 | 5.35% |
| | | | | |
| **Total Undistributed Expenses** | **$106,642** | **51.32%** | **$108,391** | **50.13%** |
| | | | | |
| **Gross Operating Profit** | **($28,088)** | **-13.52%** | **($26,238)** | **-12.13%** |
| | | | | |
| Management Fee | $0 | 0.00% | $0 | 0.00% |
| **Income Before Fixed Charges** | **($28,088)** | **-13.52%** | **($26,238)** | **-12.13%** |
| | | | | |
| **Fixed Charges** | | | | |
| Property Taxes | $0 | 0.00% | $0 | 0.00% |
| Total Insurance | $0 | 0.00% | $0 | 0.00% |
| **Total Fixed Charges** | **$0** | **0.00%** | **$0** | **0.00%** |
| | | | | |
| **EBITDA** | **($28,088)** | **-13.52%** | **($26,238)** | **-12.13%** |

**The Williamsburg Hotel**
**96 Wythe Acquisition LLC**
**3- Week Budget - Cash Collateral Motion**

| | Mar-22 (3/14 to 3/20) | | Mar-22 (3/21 to 3/27) | | Mar-22 (3/28 to 4/3) | |
|---|---|---|---|---|---|---|
| | PTD | % | PTD | % | PTD | % |
| Number of Rooms | 147 | | 147 | | 147 | |
| Days | 7 | | 7 | | 7 | |
| Available Rooms | 1,029 | | 1,029 | | 1,029 | |
| Occupied Rooms | 741 | | 751 | | 761 | |
| Occupancy Percent | 72.00% | | 73.00% | | 74.00% | |
| Average Daily Rate | $200.00 | | $202.50 | | $205.00 | |
| RevPAR | $144.00 | | $147.83 | | $151.70 | |
| **Revenue** | | | | | | |
| Rooms | $148,176 | 54.32% | $152,112 | 53.94% | $156,099 | 53.60% |
| Food & Beverage | $115,000 | 42.15% | $120,000 | 42.55% | $125,000 | 42.92% |
| Rental & Other Income | $9,631 | 3.53% | $9,887 | 3.51% | $10,146 | 3.48% |
| **Gross Revenue** | **$272,807** | **100.00%** | **$281,999** | **100.00%** | **$291,246** | **100.00%** |
| **Department Expenses** | | | | | | |
| **Rooms** | | | | | | |
| **Payroll** | | | | | | |
| Salaries & Wages | $37,672 | 25.42% | $38,380 | 25.23% | $39,098 | 25.05% |
| Payroll Taxes | $4,332 | 2.92% | $4,414 | 2.90% | $4,496 | 2.88% |
| Employee Benefits | $2,825 | 1.91% | $2,879 | 1.89% | $2,932 | 1.88% |
| Contract Labor | $370 | 0.25% | $380 | 0.25% | $390 | 0.25% |
| **Total Payroll** | **$45,200** | **30.50%** | **$46,053** | **30.28%** | **$46,917** | **30.06%** |
| **Other Expenses** | | | | | | |
| Allocated F&B Payroll | $2,877 | 1.94% | $2,976 | 1.96% | $3,075 | 1.97% |
| Amenities & Supplies | $1,630 | 1.10% | $1,673 | 1.10% | $1,717 | 1.10% |
| Dues, Subscriptions & Services | $741 | 0.50% | $761 | 0.50% | $780 | 0.50% |
| Linen & Uniforms - Laundry & Replacement | $6,223 | 4.20% | $6,389 | 4.20% | $6,556 | 4.20% |
| Travel Agent Commissions | $14,077 | 9.50% | $14,451 | 9.50% | $14,829 | 9.50% |
| **Total Other Expenses** | **$25,548** | **17.24%** | **$26,249** | **17.26%** | **$26,958** | **17.27%** |
| **Total Rooms** | **$70,748** | **47.75%** | **$72,302** | **47.53%** | **$73,875** | **47.33%** |
| **Food & Beverage** | | | | | | |
| **Payroll** | | | | | | |
| Salaries & Wages | $47,950 | 41.70% | $49,600 | 41.33% | $51,250 | 41.00% |
| Payroll Taxes | $5,994 | 5.21% | $6,200 | 5.17% | $6,406 | 5.13% |
| Employee Benefits | $2,877 | 2.50% | $2,976 | 2.48% | $3,075 | 2.46% |
| Contract Labor | $1,725 | 1.50% | $1,800 | 1.50% | $1,875 | 1.50% |
| Allocated to Other Departments | ($4,377) | -3.81% | ($4,527) | -3.77% | ($4,677) | -3.74% |
| **Total Payroll** | **$54,168** | **47.10%** | **$56,049** | **46.71%** | **$57,929** | **46.34%** |
| **Other Expenses** | | | | | | |
| Cost of Goods Sold | $28,175 | 24.50% | $29,400 | 24.50% | $30,625 | 24.50% |
| Equipment, Supplies & Services | $5,175 | 4.50% | $5,400 | 4.50% | $5,625 | 4.50% |
| Marketing & Promotion | $5,750 | 5.00% | $6,000 | 5.00% | $6,250 | 5.00% |
| **Total Other Expenses** | **$39,100** | **34.00%** | **$40,800** | **34.00%** | **$42,500** | **34.00%** |
| **Total Food & Beverage** | **$93,268** | **81.10%** | **$96,849** | **80.71%** | **$100,429** | **80.34%** |
| **Total Departmental Expenses** | **$164,016** | **60.12%** | **$169,151** | **59.98%** | **$174,304** | **59.85%** |
| **Departmental Profit** | | | | | | |
| Rooms | $77,428 | 52.25% | $79,810 | 52.47% | $82,224 | 52.67% |
| Food & Beverage | $21,732 | 18.90% | $23,151 | 19.29% | $24,571 | 19.66% |
| Rentals & Other Income | $9,631 | 100.00% | $9,887 | 100.00% | $10,146 | 100.00% |
| **Gross Operated Income** | **$108,791** | **39.88%** | **$112,848** | **40.02%** | **$116,941** | **40.15%** |

**The Williamsburg Hotel**
**96 Wythe Acquisition LLC**
**3- Week Budget - Cash Collateral Motion**

|  | Mar-22 (3/14 to 3/20) | | Mar-22 (3/21 to 3/27) | | Mar-22 (3/28 to 4/3) | |
|---|---|---|---|---|---|---|
|  | PTD | % | PTD | % | PTD | % |
| **General Hotel Expenses** | | | | | | |
| **Administrative and General** | | | | | | |
| Payroll | $36,405 | 13.34% | $36,519 | 12.95% | $36,633 | 12.58% |
| Allocated F&B Payroll | $546 | 0.20% | $564 | 0.20% | $582 | 0.20% |
| Banking & CC Processing Fees | $7,639 | 2.80% | $7,896 | 2.80% | $8,155 | 2.80% |
| Admin & General Expenses | $5,320 | 1.95% | $5,499 | 1.95% | $5,534 | 1.90% |
| Professional Fees (UST) | $2,228 | 0.82% | $2,277 | 0.81% | $2,325 | 0.80% |
| **Total Administrative & General** | **$52,137** | **19.11%** | **$52,755** | **18.71%** | **$53,229** | **18.28%** |
| | | | | | | |
| **Information & Telecom** | | | | | | |
| Cost of Phone & Internet Services | $682 | 0.25% | $705 | 0.25% | $728 | 0.25% |
| System Expenses | $2,319 | 0.85% | $2,397 | 0.85% | $2,476 | 0.85% |
| Dues, Subscriptions, Supplies & Services | $2,728 | 1.00% | $2,764 | 0.98% | $2,767 | 0.95% |
| **Total Information & Telecom** | **$5,729** | **2.10%** | **$5,866** | **2.08%** | **$5,971** | **2.05%** |
| | | | | | | |
| **Sales & Marketing** | | | | | | |
| Payroll | $14,830 | 5.44% | $14,931 | 5.29% | $15,032 | 5.16% |
| Allocated F&B Payroll | $409 | 0.15% | $423 | 0.15% | $437 | 0.15% |
| Dues, Subscriptions & Services | $2,455 | 0.90% | $2,538 | 0.90% | $2,621 | 0.90% |
| Marketing | $5,456 | 2.00% | $5,640 | 2.00% | $5,825 | 2.00% |
| **Total Sales & Marketing** | **$23,151** | **8.49%** | **$23,532** | **8.34%** | **$23,915** | **8.21%** |
| | | | | | | |
| **Property Operations & Maintenance** | | | | | | |
| Payroll | $16,822 | 6.17% | $16,995 | 6.03% | $17,168 | 5.89% |
| Allocated F&B Payroll | $546 | 0.20% | $564 | 0.20% | $582 | 0.20% |
| Repairs & Maintenance | $5,501 | 2.02% | $5,653 | 2.00% | $5,806 | 1.99% |
| Supplies | $2,728 | 1.00% | $2,820 | 1.00% | $2,912 | 1.00% |
| **Total Property Operations & Maintenance** | **$25,597** | **9.38%** | **$26,032** | **9.23%** | **$26,469** | **9.09%** |
| | | | | | | |
| **Utility Costs** | $10,094 | 3.70% | $9,588 | 3.40% | $9,029 | 3.10% |
| | | | | | | |
| **Total Undistributed Expenses** | **$116,708** | **42.78%** | **$117,772** | **41.76%** | **$118,612** | **40.73%** |
| | | | | | | |
| **Gross Operating Profit** | **($7,917)** | **-2.90%** | **($4,924)** | **-1.75%** | **($1,670)** | **-0.57%** |
| | | | | | | |
| Management Fee | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Income Before Fixed Charges** | **($7,917)** | **-2.90%** | **($4,924)** | **-1.75%** | **($1,670)** | **-0.57%** |
| | | | | | | |
| **Fixed Charges** | | | | | | |
| Property Taxes | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Total Insurance | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Fixed Charges** | **$0** | **0.00%** | **$0** | **0.00%** | **$0** | **0.00%** |
| | | | | | | |
| **EBITDA** | **($7,917)** | **-2.90%** | **($4,924)** | **-1.75%** | **($1,670)** | **-0.57%** |

**The Williamsburg Hotel**
**96 Wythe Acquisition LLC**
**4- Week Budget - Cash Collateral Motion**

|  | Apr-22 (4/4 to 4/10) | | Apr-22 (4/11 to 4/17) | | Apr-22 (4/18 to 4/24) | | Apr-22 (4/25 to 5/1) | |
|---|---|---|---|---|---|---|---|---|
|  | PTD | % | PTD | % | PTD | % | PTD | % |
| Number of Rooms | 147 | | 147 | | 147 | | 147 | |
| Days | 7 | | 7 | | 7 | | 7 | |
| Available Rooms | 1,029 | | 1,029 | | 1,029 | | 1,029 | |
| Occupied Rooms | 751 | | 756 | | 761 | | 751 | |
| Occupancy Percent | 73.00% | | 73.50% | | 74.00% | | 73.00% | |
| Average Daily Rate | $230.00 | | $245.00 | | $252.50 | | $265.00 | |
| RevPAR | $167.90 | | $180.08 | | $186.85 | | $193.45 | |
| **Revenue** | | | | | | | | |
| Rooms | $172,769 | 56.99% | $185,297 | 57.47% | $192,269 | 57.17% | $199,060 | 56.71% |
| Food & Beverage | $120,000 | 39.59% | $126,000 | 39.08% | $132,500 | 39.40% | $140,000 | 39.89% |
| Rental & Other Income | $10,366 | 3.42% | $11,118 | 3.45% | $11,536 | 3.43% | $11,944 | 3.40% |
| **Gross Revenue** | **$303,135** | **100.00%** | **$322,415** | **100.00%** | **$336,305** | **100.00%** | **$351,004** | **100.00%** |
| **Department Expenses** | | | | | | | | |
| **Rooms** | | | | | | | | |
| **Payroll** | | | | | | | | |
| Salaries & Wages | $42,098 | 24.37% | $44,353 | 23.94% | $45,608 | 23.72% | $46,831 | 23.53% |
| Payroll Taxes | $4,841 | 2.80% | $5,101 | 2.75% | $5,245 | 2.73% | $5,386 | 2.71% |
| Employee Benefits | $3,157 | 1.83% | $3,327 | 1.80% | $3,421 | 1.78% | $3,512 | 1.76% |
| Contract Labor | $432 | 0.25% | $463 | 0.25% | $481 | 0.25% | $498 | 0.25% |
| **Total Payroll** | **$50,529** | **29.25%** | **$53,244** | **28.73%** | **$54,755** | **28.48%** | **$56,226** | **28.25%** |
| **Other Expenses** | | | | | | | | |
| Allocated F&B Payroll | $2,976 | 1.72% | $3,095 | 1.67% | $3,224 | 1.68% | $3,372 | 1.69% |
| Amenities & Supplies | $1,900 | 1.10% | $2,038 | 1.10% | $2,115 | 1.10% | $2,190 | 1.10% |
| Dues, Subscriptions & Services | $864 | 0.50% | $926 | 0.50% | $961 | 0.50% | $995 | 0.50% |
| Linen & Uniforms - Laundry & Replacemen | $7,256 | 4.20% | $7,782 | 4.20% | $8,075 | 4.20% | $8,361 | 4.20% |
| Travel Agent Commissions | $16,413 | 9.50% | $17,603 | 9.50% | $18,266 | 9.50% | $18,911 | 9.50% |
| **Total Other Expenses** | **$29,410** | **17.02%** | **$31,445** | **16.97%** | **$32,641** | **16.98%** | **$33,828** | **16.99%** |
| **Total Rooms** | **$79,939** | **46.27%** | **$84,689** | **45.70%** | **$87,395** | **45.45%** | **$90,055** | **45.24%** |
| **Food & Beverage** | | | | | | | | |
| **Payroll** | | | | | | | | |
| Salaries & Wages | $49,600 | 41.33% | $51,580 | 40.94% | $53,725 | 40.55% | $56,200 | 40.14% |
| Payroll Taxes | $6,200 | 5.17% | $6,448 | 5.12% | $6,716 | 5.07% | $7,025 | 5.02% |
| Employee Benefits | $2,976 | 2.48% | $3,095 | 2.46% | $3,224 | 2.43% | $3,372 | 2.41% |
| Contract Labor | $1,800 | 1.50% | $1,890 | 1.50% | $1,988 | 1.50% | $2,100 | 1.50% |
| Allocated to Other Departments | ($4,643) | -3.87% | ($4,868) | -3.86% | ($5,073) | -3.83% | ($5,303) | -3.79% |
| **Total Payroll** | **$55,933** | **46.61%** | **$58,144** | **46.15%** | **$60,578** | **45.72%** | **$63,394** | **45.28%** |
| **Other Expenses** | | | | | | | | |
| Cost of Goods Sold | $29,400 | 24.50% | $30,870 | 24.50% | $32,463 | 24.50% | $34,300 | 24.50% |
| Equipment, Supplies & Services | $5,400 | 4.50% | $5,670 | 4.50% | $5,963 | 4.50% | $6,300 | 4.50% |
| Marketing & Promotion | $6,000 | 5.00% | $6,300 | 5.00% | $6,625 | 5.00% | $7,000 | 5.00% |
| **Total Other Expenses** | **$40,800** | **34.00%** | **$42,840** | **34.00%** | **$45,050** | **34.00%** | **$47,600** | **34.00%** |
| **Total Food & Beverage** | **$96,733** | **80.61%** | **$100,984** | **80.15%** | **$105,628** | **79.72%** | **$110,994** | **79.28%** |
| **Total Departmental Expenses** | **$176,671** | **58.28%** | **$185,673** | **57.59%** | **$193,024** | **57.40%** | **$201,049** | **57.28%** |
| **Departmental Profit** | | | | | | | | |
| Rooms | $92,830 | 53.73% | $100,608 | 54.30% | $104,873 | 54.55% | $109,006 | 54.76% |
| Food & Beverage | $23,267 | 19.39% | $25,016 | 19.85% | $26,872 | 20.28% | $29,006 | 20.72% |
| Rentals & Other Income | $10,366 | 100.00% | $11,118 | 100.00% | $11,536 | 100.00% | $11,944 | 100.00% |
| **Gross Operated Income** | **$126,464** | **41.72%** | **$136,742** | **42.41%** | **$143,281** | **42.60%** | **$149,955** | **42.72%** |

**The Williamsburg Hotel**
**96 Wythe Acquisition LLC**
**4- Week Budget - Cash Collateral Motion**

| | Apr-22 (4/4 to 4/10) | | Apr-22 (4/11 to 4/17) | | Apr-22 (4/18 to 4/24) | | Apr-22 (4/25 to 5/1) | |
|---|---|---|---|---|---|---|---|---|
| | PTD | % | PTD | % | PTD | % | PTD | % |
| **General Hotel Expenses** | | | | | | | | |
| **Administrative and General** | | | | | | | | |
| Payroll | $36,780 | 12.13% | $37,018 | 11.48% | $37,190 | 11.06% | $37,371 | 10.65% |
| Allocated F&B Payroll | $606 | 0.20% | $645 | 0.20% | $673 | 0.20% | $702 | 0.20% |
| Banking & CC Processing Fees | $8,488 | 2.80% | $9,028 | 2.80% | $9,417 | 2.80% | $9,828 | 2.80% |
| Admin & General Expenses | $5,911 | 1.95% | $6,287 | 1.95% | $6,558 | 1.95% | $6,669 | 1.90% |
| Professional Fees (UST) | $2,356 | 0.78% | $2,452 | 0.76% | $2,524 | 0.75% | $2,607 | 0.74% |
| **Total Administrative & General** | **$54,141** | **17.86%** | **$55,429** | **17.19%** | **$56,360** | **16.76%** | **$57,177** | **16.29%** |
| **Information & Telecom** | | | | | | | | |
| Cost of Phone & Internet Services | $758 | 0.25% | $806 | 0.25% | $841 | 0.25% | $878 | 0.25% |
| System Expenses | $2,425 | 0.80% | $2,579 | 0.80% | $2,690 | 0.80% | $2,633 | 0.75% |
| Dues, Subscriptions, Supplies & Services | $2,728 | 0.90% | $2,902 | 0.90% | $2,926 | 0.87% | $2,984 | 0.85% |
| **Total Information & Telecom** | **$5,911** | **1.95%** | **$6,287** | **1.95%** | **$6,457** | **1.92%** | **$6,494** | **1.85%** |
| **Sales & Marketing** | | | | | | | | |
| Payroll | $15,162 | 5.00% | $15,372 | 4.77% | $15,524 | 4.62% | $15,685 | 4.47% |
| Allocated F&B Payroll | $455 | 0.15% | $484 | 0.15% | $504 | 0.15% | $527 | 0.15% |
| Dues, Subscriptions & Services | $2,728 | 0.90% | $2,902 | 0.90% | $3,027 | 0.90% | $3,159 | 0.90% |
| Marketing | $6,063 | 2.00% | $6,448 | 2.00% | $6,726 | 2.00% | $7,020 | 2.00% |
| **Total Sales & Marketing** | **$24,407** | **8.05%** | **$25,206** | **7.82%** | **$25,781** | **7.67%** | **$26,390** | **7.52%** |
| **Property Operations & Maintenance** | | | | | | | | |
| Payroll | $17,391 | 5.74% | $17,753 | 5.51% | $18,014 | 5.36% | $18,290 | 5.21% |
| Allocated F&B Payroll | $606 | 0.20% | $645 | 0.20% | $673 | 0.20% | $702 | 0.20% |
| Repairs & Maintenance | $6,002 | 1.98% | $6,320 | 1.96% | $6,549 | 1.95% | $6,792 | 1.93% |
| Supplies | $3,031 | 1.00% | $3,224 | 1.00% | $3,363 | 1.00% | $3,510 | 1.00% |
| **Total Property Operations & Maintenance** | **$27,031** | **8.92%** | **$27,942** | **8.67%** | **$28,599** | **8.50%** | **$29,294** | **8.35%** |
| Utility Costs | $8,639 | 2.85% | $8,383 | 2.60% | $7,769 | 2.31% | $8,073 | 2.30% |
| **Total Undistributed Expenses** | **$120,129** | **39.63%** | **$123,247** | **38.23%** | **$124,966** | **37.16%** | **$127,428** | **36.30%** |
| **Gross Operating Profit** | **$6,334** | **2.09%** | **$13,494** | **4.19%** | **$18,315** | **5.45%** | **$22,527** | **6.42%** |
| Management Fee | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Income Before Fixed Charges** | **$6,334** | **2.09%** | **$13,494** | **4.19%** | **$18,315** | **5.45%** | **$22,527** | **6.42%** |
| **Fixed Charges** | | | | | | | | |
| Property Taxes | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| Total Insurance | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% | $0 | 0.00% |
| **Total Fixed Charges** | **$0** | **0.00%** | **$0** | **0.00%** | **$0** | **0.00%** | **$0** | **0.00%** |
| **EBITDA** | **$6,334** | **2.09%** | **$13,494** | **4.19%** | **$18,315** | **5.45%** | **$22,527** | **6.42%** |