**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**ORDER GRANTING MOTION TO EXTEND THE DEBTOR'S**
**EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

Upon the timely motion (the "Motion") of 96 Wythe Acquisition LLC, the debtor and debtor in possession herein (the "Debtor") for an order under 11 U.S.C. § 1121(d)(2)(B) extending the 180-day period in which only the Debtor may solicit acceptances of a chapter 11 plan (the "180 Day Period"), by approximately 60 days; and there being due and sufficient notice of the Motion; and there being no opposition to the requested relief; and upon the record of the hearing held by the Court on the Motion on March 8, 2022; and, after due deliberation and for the reasons stated by the Court at the hearing, the Court having determined that the Debtor has established sufficient cause for the requested extension, it is hereby

ORDERED, that the 180 Day Period is extended, without interruption, through and including April 18, 2022; and it is further

ORDERED, that this Order is without prejudice to the rights of the Debtor and/or other parties in interest to seek to further extend or to shorten or terminate the 180 Day Period for cause shown.

Dated: March 16, 2022
      White Plains, New York

                                                      */s/Robert D. Drain*
                                             HONORABLE ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE