**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Co-Counsel to the Debtor
and Debtor in Possession*

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**NOTICE OF HEARING ON APRIL 7, 2022 AT 10:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that a video hearing will be held on **April 7, 2022 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Robert D. Drain, through Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.plzoom.gov to consider the motion of the above-captioned debtor (the "Debtor") for the entry of an order approving *Debtor's Exigent Motion Requesting (A) Expedited Consideration and a Preliminary Ruling on Pending Insurance*

746930161

*Coverage Disputes as they Relate to Plan Confirmation and the Debtor's (I) Objections to Claim Nos. 5 and 6 Filed By Grandfield Realty Corp. and Gerson Mencia and (II) Motions to Estimate Claim Nos. 5 and 6 Pursuant to Sections 105 and 502 of the Bankruptcy Code and (B) Briefing and Hearing Schedule for Debtors Adversary Proceeding Complaint against Debtor's Insurer* [ECF No. 469].

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Pleadings shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York and shall be filed with the Court in accordance with the customary practices of the Court and General Order M-399. Objections must be filed no later than **March 31, 2022 at 4:00 p.m**. (Eastern Time) (the "Objection Deadline") and must be served so as to be received by the following parties no later than the Objection Deadline: (i) the co-counsel to the Debtor, Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10020 (Attn: Douglas Spelfogel and Leah Eisenberg), email: dspelfogel@mayerbrown.com and leisenberg@mayerbrown.com and Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022 (Attn: Mark Frankel) email: mfrankel@bfklaw.com; (ii) William K. Harrington, United States Trustee, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Rm 1006, New York, NY 10014 (Attn.: Greg M. Zipes), email: greg.zipes@usdoj.gov; and (iii) any other party who files a Notice of Appearance and a request for service pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the foregoing, the Hearing may be cancelled, continued or adjourned thereafter from time to time without further notice other than an electronic filing or an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that failure to either (a) timely file and serve a response or (b) appear at the Hearing may result in the Court granting the Objection without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Objection and any other pleadings may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: March 24, 2021<br>New York, New York | Respectfully submitted,<br><br>By: /s/ *Douglas Spelfogel*<br>Douglas Spelfogel<br>Leah Eisenberg<br>Dabin Chung<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>Email: dspelfogel@mayerbrown.com<br>          leisenberg@mayerbrown.com<br>          dchung@mayerbrown.com<br><br>*Co-Counsel to the Debtor*<br>*and Debtor in Possession*<br><br>Mark Frankel<br>**BACKENROTH FRANKEL &**<br>**KRINSKY, LLP**<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 593-1100<br>Facsimile: (212) 644-0544<br>Email: mfrankel@bfklaw.com<br><br>*Co-Counsel to the Debtor and Debtor in*<br>*Possession* |