**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners Realty*
*Operating Partnership, L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
*Co-Counsel for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 21-22108-RDD |

**APPENDIX OF TRANSCRIPTS IN SUPPORT OF**
**RENEWED MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Herein is an appendix of the transcripts cited in support of a renewed motion for the appointment of a Chapter 11 trustee (the "Motion") filed contemporaneously herewith by Benefit Street Partners Realty Operating Partnership, L.P. ("Benefit Street"). The transcripts cited and referred to in the Motion are as follows:

1. Transcript of Deposition of Jeremy Rauch taken March 14, 2022, by Benefit Street, as Exhibit A.

2. Transcript of Deposition of Toby Moskovits taken March 4, 2022, by Benefit Street, as <u>Exhibit B</u>.

3. Transcript of Deposition of David Goldwasser taken on March 15, 2022, by Benefit Street, as <u>Exhibit C</u>.

4. Transcript of Deposition of Michael Lichtenstein taken on March 10, 2022, by Benefit Street, as <u>Exhibit D</u>.

5. Transcript of Deposition of Michael Lichtenstein taken on March 23, 2022, by Benefit Street, as <u>Exhibit E</u>.

6. Transcript of Hearing before this Court on October 29, 2021 (Docket No. 176), as <u>Exhibit F</u>, and

7. Transcript of Hearing before the New York Supreme Court on February 23, 2021, as <u>Exhibit G</u>.

[SIGNATURES ON THE FOLLOWING PAGE]

Dated: March 28, 2022

By: /s/ Lee B. Hart
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone:     (404) 322-6000
Facsimile:      (404) 322-6050
Email: Lee.Hart@nelsonmullins.com

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone:     (305) 373-9400
Facsimile:      (305) 373-9443
Email: Gary.Freedman@nelsonmullins.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 715-9100
Facsimile:      (212) 715-8000

*Co-Counsel for Benefit Street Partners Realty Operating Partnership, L.P.*

[TRANSCRIPTS BEGIN ON THE FOLLOWING PAGE]

# Transcripts Not Filed Pursuant to Confidentiality Order