**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners Realty*
*Operating Partnership, L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
*Co-Counsel for Benefit Street Partners*
*Realty Operating Partnership, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition, LLC<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 21-22108-RDD |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that a virtual hearing will be held on April 8, 2022 at 10:00 a.m. (the "Hearing") through Zoom for Government (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) before the Honorable Robert D. Drain, to consider the *Lender's Renewed Motion for the Appointment of a Chapter 11 Trustee Based on Continuing Malfeasance* (Docket Nos. 476 & 477) and *Lender's Motion to Shorten Notice Period for Lender's Renewed Motion for the Appointment of a Chapter 11 Trustee Based on Continuing Malfeasance* (Docket No. 478),

filed by Benefit Street Partners Realty Operating Partnership, L.P. and previously served in this case.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, may be presented at the Hearing or filed with the Clerk of the Bankruptcy Court and served upon the undersigned counsels in advance of the Hearing.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted, this 30th day of March, 2022.

        NELSON MULLINS RILEY & SCARBOROUGH, LLP

        */s/ Lee B. Hart*
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443

Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners Realty Operating Partnership, L.P.*