---

**Jordan Hecht**

---

**From:** Jordan Hecht
**Sent:** Friday, March 19, 2021 3:05 PM
**To:** Patrick Cooney
**Subject:** RE:

So they are giving up on the coverage?

---

**From:** Patrick Cooney <pcooney@gvlaw.com>
**Sent:** Friday, March 19, 2021 3:01 PM
**To:** Jordan Hecht <hecht@lawyer1.com>
**Subject:** RE:

Just heard from client-
Must be cheaper to file Chapter 11. I am working on getting the particulars.

**Patrick J. Cooney**
**Gallo Vitucci Klar LLP**
100 Crossways Park West Suite 305  Woodbury, NY 11797
Phone: 646-695-1762  Fax: 516-226-1525
pcooney@gvlaw.com I www.gvlaw.com

# GALLO VITUCCI KLAR
———————————————————— LLP

---

**From:** Jordan Hecht <hecht@lawyer1.com>
**Sent:** Thursday, March 18, 2021 11:09 AM
**To:** Patrick Cooney <pcooney@gvlaw.com>
**Subject:** RE:

Nope. I just spoke to Josh. They should hire him, he can get the coverage sorted out

---

**From:** Patrick Cooney <pcooney@gvlaw.com>
**Sent:** Thursday, March 18, 2021 11:03 AM
**To:** Jordan Hecht <hecht@lawyer1.com>
**Subject:** RE:

I was told he was hired.

**Patrick J. Cooney**
**Gallo Vitucci Klar LLP**
100 Crossways Park West Suite 305  Woodbury, NY 11797
Phone: 646-695-1762  Fax: 516-226-1525
pcooney@gvlaw.com I www.gvlaw.com

# GALLO VITUCCI KLAR
———————————————————— LLP

1

A

**From:** Jordan Hecht <hecht@lawyer1.com>
**Sent:** Thursday, March 18, 2021 11:01 AM
**To:** Patrick Cooney <pcooney@gvlaw.com>
**Subject:**

Pat

Looks like your guys never hired Josh. Have you spoken to them about what they intend to do?

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
| --- |
| |
| NOTICE TO RECIPIENTS: Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |