# Jordan Hecht

**From:** Mark Frankel <mfrankel@bfklaw.com>
**Sent:** Friday, April 30, 2021 2:31 PM
**To:** Jordan Hecht
**Subject:** RE: 96 Wythe Acquisition

Client is reviewing and they will respond shortly.

Best Regards,

Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022
(212) 593-1100

---

**From:** Jordan Hecht <hecht@lawyer1.com>
**Sent:** Thursday, April 29, 2021 3:30 PM
**To:** Mark Frankel <mfrankel@bfklaw.com>
**Subject:** 96 Wythe Acquisition
**Importance:** High

Mr. Frankel

Just following up on my email from a few days ago. Have you reviewed the attached letter?

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS**

**NOTICE TO RECIPIENTS:** Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

C