# Jordan Hecht

**From:** Jordan Hecht
**Sent:** Thursday, May 6, 2021 12:16 PM
**To:** Mark Frankel
**Subject:** RE: 96 Wythe Acquisition

Mark

Any update on the assignment?

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
| --- |
| |
| NOTICE TO RECIPIENTS:  Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile.  E mails are not read outside business hours.  The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above.  This message may be an attorney/client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |

**From:** Mark Frankel <mfrankel@bfklaw.com>
**Sent:** Friday, April 30, 2021 2:31 PM
**To:** Jordan Hecht <hecht@lawyer1.com>
**Subject:** RE: 96 Wythe Acquisition

Client is reviewing and they will respond shortly.

Best Regards,

Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022
(212) 593-1100

1

D

# Jordan Hecht

**From:** Jordan Hecht
**Sent:** Tuesday, July 27, 2021 11:44 AM
**To:** Jason.Nagi@offitkurman.com
**Cc:** Berson & Budashewitz, LLP
**Subject:** Mencia

Jason

Are you available to discuss this today?

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
| --- |
| |
| **NOTICE TO RECIPIENTS:** Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |

# Jordan Hecht

| | |
|---|---|
| **From:** | Jordan Hecht |
| **Sent:** | Monday, August 9, 2021 9:47 AM |
| **To:** | Jason Nagi |
| **Cc:** | Berson & Budashewitz, LLP |
| **Subject:** | Stipulation to proceed |
| **Categories:** | Attached to SA |
| **AttachToSmartAdvocateNumber:** | 559723113 |
| **SA:** | -1 |

Jason

Are you available to discuss this today? Please get back to me.

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
|---|
| |
| NOTICE TO RECIPIENTS: Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |

# Jordan Hecht

| | |
|---|---|
| **From:** | Jordan Hecht |
| **Sent:** | Tuesday, August 17, 2021 11:42 AM |
| **To:** | Jason Nagi |
| **Cc:** | Berson & Budashewitz, LLP |
| **Subject:** | 96 Wythe |
| | |
| **Categories:** | Attached to SA |
| **SA:** | -1 |

Jason

Can you please call me to discuss the Mencia/96 Wythe issue. Please! (917) 626-0231

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS**

**NOTICE TO RECIPIENTS:** Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

1

# Jordan Hecht

| | |
|---|---|
| **From:** | Jordan Hecht |
| **Sent:** | Monday, August 23, 2021 9:55 AM |
| **To:** | Jason Nagi |
| **Cc:** | Patrick Cooney |
| **Subject:** | Mencia, Gerson v. 96 Wythe Acquisition LLC and Dimyon Development Corp - Case# XXX993 |
| **Categories:** | Attached to SA |
| **SA:** | -1 |

Jason

Can we connect on the stipulation language, I have literally sent 10 emails. Come on lets get this done!

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
|---|
| |
| NOTICE TO RECIPIENTS: Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |

1

# Jordan Hecht

| | |
|---|---|
| **From:** | Jordan Hecht |
| **Sent:** | Monday, August 23, 2021 12:01 PM |
| **Cc:** | Patrick Cooney; marion@northsidedev.com |
| **Subject:** | RE: Mencia, Gerson v. 96 Wythe Acquisition LLC and Dimyon Development Corp - Case# XXX993 |

Marion

Nice to meet you. When is a good time to chat?


Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street -Suite 1500
New York, New York 10036
(Tel) 212-490-5700
(Fax) 212-490-4800
(E-mail) hecht@lawyer1.com
www.lawyer1.com
www.heridos.com



-------- Original message --------
From: "Nagi, Jason" <Jason.Nagi@offitkurman.com>
Date: 8/23/21 11:47 AM (GMT-05:00)
To: Jordan Hecht <hecht@lawyer1.com>
Cc: Patrick Cooney <pcooney@gvlaw.com>, marion@northsidedev.com
Subject: RE: Mencia, Gerson v. 96 Wythe Acquisition LLC and Dimyon Development Corp - Case# XXX993


Jordan- I am no longer working on this case.  Please reach out to Marion Gross on this matter, cc'd here.

Best,




**Jason A. Nagi**

Chair - Distressed Real Estate
Head of FinTech
D  212.380.4108
M  646.251.3259
Jason.Nagi@offitkurman.com

590 Madison Ave
6th Floor
New York, NY 10022
T  212.545.1900
F  212.545.1656
offitkurman.com

in f 🐦 ⓘ

1



**From:** Jordan Hecht <hecht@lawyer1.com>
**Sent:** Monday, August 23, 2021 9:55 AM
**To:** Nagi, Jason <Jason.Nagi@offitkurman.com>
**Cc:** Patrick Cooney <pcooney@gvlaw.com>
**Subject:** Mencia, Gerson v. 96 Wythe Acquisition LLC and Dimyon Development Corp - Case# XXX993

Jason

Can we connect on the stipulation language, I have literally sent 10 emails. Come on lets get this done!

Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
| --- |
| NOTICE TO RECIPIENTS: Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

2

# Jordan Hecht

| | |
|---|---|
| **From:** | Jordan Hecht |
| **Sent:** | Monday, September 20, 2021 10:17 AM |
| **To:** | 'Nagi, Jason' |
| **Cc:** | Patrick Cooney; marion@northsidedev.com |
| **Subject:** | RE: Mencia, Gerson v. 96 Wythe Acquisition LLC and Dimyon Development Corp - Case# XXX993 |
| **Categories:** | Attached to SA |
| **SA:** | -1 |

Ms. Gross

I represent the plaintiff Gerson Mencia in connection with the pending LL 240 action against 96 Wythe. We are trying to move forward with an action against the insurance company to restore coverage for 96 Wythe and thereafter proceed against the insurance proceeds.

I would like to discuss this matter with you. When is a good time to chat


Jordan Hecht
Hecht, Kleeger & Damashek
19 West 44th Street – Suite 1500
New York, New York 10036
Tel – (212) 490-5700
Fax-(212) 490-4800
Direct – (646) 365-0342
hecht@lawyer1.com
www.lawyer1.com
www.heridos.com

| DISCLAIMER FOR ELECTRONIC COMMUNICATIONS |
|---|
| |
| **NOTICE TO RECIPIENTS:** Pursuant to CPLR Article 21, I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile. E mails are not read outside business hours. The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments). |

1