| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: May 17, 2022<br>HEARING TIME: 10:00 a.m. |

-------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 21-22108 (RDD)
96 WYTHE ACQUISITION LLC, :
:
                Debtor. :
-------------------------------------------------------- x

## AMENDED NOTICE OF MOTION TO REFLECT HEARING DATE

**PLEASE TAKE NOTICE** that the Court will consider the United States Trustee's motion to appoint a chapter 11 trustee (Dkt. No. 491) on May 17, 2022 at 10:00 a.m. The original application and memorandum of law are on file with the Clerk of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion shall be filed with the Court and personally served on the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, to the attention of Greg Zipes, Esq., **no later than seven (7) days prior to the return date**. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
       April 7, 2022

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE

                         By:   /s/ Greg M. Zipes_____
                                Greg M. Zipes
                                Trial Attorney
                                201 Varick Street, Room 1006
                                New York, New York 10014
                                Tel. No. (212) 510-0500
                                Fax. No. (212) 668-2255