**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsels to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**NOTICE OF ADJOURNMENT OF HEARINGS ON CERTAIN
OF THE DEBTOR'S PENDING OBJECTIONS TO PROOFS OF CLAIM**

  **PLEASE TAKE NOTICE** that the hearings to consider the following objections to proofs of claim, previously scheduled to be heard on April 7, 2022 at 10:00 a.m. (prevailing Eastern Time), are hereby adjourned to **June 2, 2022 at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10004 via Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

745881720

(i) *Debtor's (I) Objection to Claim No. 10 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 10 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 253];

(ii) *Debtor's (I) Objection to Claim No. 11 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 11 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 254];

(iii) *Debtor's (I) Objection to Claim No. 14 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 14 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 302];

(iv) *Debtor's (I) Objection to Claim No. 18 Filed by NYC Department of Finance and (II) Motion to Estimate Claim No. 18 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 306];

(v) *Debtor's (I) Objection to Claim No. 5 Filed by Grandfield Realty Corp. and (II) Motion to Estimate Claim No. 5 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 247];

(vi) *Debtor's Objection to Claim No. 4 Filed by NBE Plumbing Corp* [ECF No. 251]; and

(vii) *Debtor's (I) Objection to Claim No. 6 Filed by Gerson Mencia, and (II) Motion to Estimate Claim No. 6 Pursuant to Sections 105 and 502 of the Bankruptcy Code* [ECF No. 248].

The hearings may be rescheduled further by the Debtor on notice to the affected claimant(s).

| | |
|---|---|
| Dated:  April 20, 2022<br>         New York, New York | Respectfully submitted,<br><br>By:  /s/ *Douglas Spelfogel*<br>Douglas Spelfogel<br>Leah Eisenberg<br>Dabin Chung<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 506-2500<br>Facsimile:  (212) 262-1910<br>Email: dspelfogel@mayerbrown.com<br>          leisenberg@mayerbrown.com<br>          jdchung@mayerbrown.com |

Mark Frankel
**BACKENROTH FRANKEL &
KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544
Email: mfrankel@bfklaw.com

*Co-Counsels to the Debtor
 and Debtor in Possession*