**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsels to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>                        Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DEBTOR
PURSUANT TO 11 U.S.C. § 105 AND FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND
APPROVING A SETTLEMENT BETWEEN THE DEBTOR AND
WILLIAMSBURG HOTEL BK LLC**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Debtor Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving a Settlement Between the Debtor and Williamsburg Hotel BK LLC* [ECF No. 153] in the above matter has been adjourned from April 7, 2022 @ 10:00 a.m. to **June 3, 2022 @ 10:00 a.m. (ET)** before the

744412857

Honorable Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10004 via Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

| | |
|---|---|
| Dated: April 20, 2022<br>New York, New York | Respectfully submitted,<br><br>By: /s/ *Douglas Spelfogel*<br>Douglas Spelfogel<br>Leah Eisenberg<br>Dabin Chung<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>Email: dspelfogel@mayerbrown.com<br>        leisenberg@mayerbrown.com<br>        dchung@mayerbrown.com<br><br>Mark Frankel<br>**BACKENROTH FRANKEL & KRINSKY, LLP**<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 593-1100<br>Facsimile: (212) 644-0544<br>Email: mfrankel@bfklaw.com<br><br>*Co-Counsels to the Debtor*<br>*and Debtor in Possession* |