| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: May 17, 2022<br>HEARING TIME:  10:00 am |

------------------------------------------------------- x
: Chapter 11
In re  :
: Case No. 21-22108 (RDD)
96 WYTHE ACQUISITION LLC,  :
:
               Debtor.  :
------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF CERTAIN REQUESTED RELIEF IN TRUSTEE MOTION

**PLEASE TAKE NOTICE** that the United States Trustee withdraws that portion of his Motion for a Trustee [ECF Dk. No. 491] to the extent it seeks relief under 11 U.S.C. § 1104(a)(2).  The United States Trustee continues to seek relief under 11 U.S.C. § 1104(a)(1).

Dated: New York, New York
      May 7, 2022

                                            WILLIAM K. HARRINGTON
                                            UNITED STATES TRUSTEE

                    By:   /s/ Greg M. Zipes_____
                           Greg M. Zipes
                           Trial Attorney
                           201 Varick Street, Room 1006
                           New York, New York 10014
                           Tel. No. (212) 510-0500