Hearing Date & Time: May 17, 2022 @ 10:00 am (prevailing Eastern Time)

**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**DEBTOR'S AMENDED REPORT OF CREDITORS' ALBORO NATIONAL, B IN
POWER, DECORATIVE HOME NY INC., KJ ARTISTIC INC. AND VELOCITY
FRAMERS' JOINDERS IN OPPOSITION TO MOTIONS TO APPOINT TRUSTEE**

96 Wythe Acquisition LLC, Debtor and Debtor in Possession hereby files the within amended report of Creditors' Alboro National, Decorative Home NY Inc., B in Power, KJ Artistic Inc. and Velocity Framers' joinder in support of the *Debtor's Omnibus Objection to the Lender's and the United States Trustee's Motions for Appointment of a Chapter 11 Trustee* [Dkt. No. 539] and incorporate the arguments thereto as if set forth fully herein. The joinders are attached hereto as Exhibit A.

747716875

Dated: May 12, 2022  
      New York, New York

Respectfully submitted,

By: /s/ *Douglas Spelfogel*  
Douglas Spelfogel  
Leah Eisenberg  
Dabin Chung  
Mayer Brown LLP  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 506-2500  
Facsimile: (212) 262-1910  
Email: dspelfogel@mayerbrown.com  
        leisenberg@mayerbrown.com  
        dchung@mayerbrown.com

Mark Frankel  
**BACKENROTH FRANKEL & KRINSKY, LLP**  
800 Third Avenue  
New York, New York 10022  
Telephone: (212) 593-1100  
Facsimile: (212) 644-0544  
Email: mfrankel@bfklaw.com

*Co-Counsel to the Debtor and Debtor in Possession*

**EXHIBIT A**

Hearing Date and Time: May 17, 2022 @ 10 a.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

### CREDITORS' STATEMENT IN SUPPORT OF THE DEBTOR'S OMNIBUS OBJECTION TO THE LENDER'S AND THE UNITED STATES TRUSTEE'S MOTIONS FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

The undersigned (the "Creditor"), a creditor of the above-captioned debtor (the "Debtor") in this chapter 11 case (the "Chapter 11 Case"), hereby state its support for the Debtor's Omnibus Objection (the "Objection") to the motions of the Lender and the United States Trustee for an order appointing a Chapter 11 Trustee [Dkt. Nos. 476 & 491] (the "Motions"), and specifically, the Creditors join the Objection, oppose appointing a Chapter 11 Trustee, and support the Debtor's current efforts to reorganize through this Chapter 11 Case under its proposed Chapter 11 plan.

Accordingly, the Creditor requests that the Motions be denied and that the Debtor be permitted to seek confirmation of its proposed Chapter 11 plan.

Dated: May 9th, 2022
New York, New York

Creditor: *Alburo National*

Name: *Abe Schwebel*
Title: *President*

744145468.1

Hearing Date and Time: May 17, 2022 @ 10 a.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:                          | Chapter 11                   |
|---------------------------------|------------------------------|
| 96 WYTHE ACQUISITION LLC,       | Case No.: 21-22108 (RDD)     |
| Debtor.                         |                              |

**CREDITORS' STATEMENT IN SUPPORT OF THE DEBTOR'S OMNIBUS
OBJECTION TO THE LENDER'S AND THE UNITED STATES TRUSTEE'S
MOTIONS FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The undersigned (the "Creditor"), a creditor of the above-captioned debtor (the "Debtor") in this chapter 11 case (the "Chapter 11 Case"), hereby state its support for the Debtor's Omnibus Objection [Dkt.539] (the "Objection") to the motions of the Lender and the United States Trustee for an order appointing a Chapter 11 Trustee [Dkt. Nos. 476 & 491] (the "Motions"), and specifically, the Creditors join the Objection, oppose appointing a Chapter 11 Trustee, and support the Debtor's current efforts to reorganize through this Chapter 11 Case under its proposed Chapter 11 plan.

Accordingly, the Creditor requests that the Motions be denied and that the Debtor be permitted to seek confirmation of its proposed Chapter 11 plan.

Dated: May __, 2022
New York, New York

Creditor: _P. Jun_____

_B in Power_
Name: Pinchas
Title: member

744145468.1

**Hearing Date and Time: May 17, 2022 @ 10 a.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**CREDITORS' STATEMENT IN SUPPORT OF THE DEBTOR'S OMNIBUS OBJECTION TO THE LENDER'S AND THE UNITED STATES TRUSTEE'S MOTIONS FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The undersigned (the "Creditor"), a creditor of the above-captioned debtor (the "Debtor") in this chapter 11 case (the "Chapter 11 Case"), hereby state its support for the Debtor's Omnibus Objection (the "Objection") to the motions of the Lender and the United States Trustee for an order appointing a Chapter 11 Trustee [Dkt. Nos. 476 & 491] (the "Motions"), and specifically, the Creditors join the Objection, oppose appointing a Chapter 11 Trustee, and support the Debtor's current efforts to reorganize through this Chapter 11 Case under its proposed Chapter 11 plan.

Accordingly, the Creditor requests that the Motions be denied and that the Debtor be permitted to seek confirmation of its proposed Chapter 11 plan.

Dated: May 9, 2022
New York, New York

Creditor: DECORATIVE HOME M INC
Name: DAVID GOTTLIEB
Title: OWNER

744145468.1

Hearing Date and Time: May 17, 2022 @ 10 a.m. (ET)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

## CREDITORS' STATEMENT IN SUPPORT OF THE DEBTOR'S OMNIBUS OBJECTION TO THE LENDER'S AND THE UNITED STATES TRUSTEE'S <u>MOTIONS FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE</u>

      The undersigned (the "<u>Creditor</u>"), a creditor of the above-captioned debtor (the "<u>Debtor</u>") in this chapter 11 case (the "<u>Chapter 11 Case</u>"), hereby state its support for the Debtor's Omnibus Objection (the "<u>Objection</u>") to the motions of the Lender and the United States Trustee for an order appointing a Chapter 11 Trustee [Dkt. Nos. 476 & 491] (the "<u>Motions</u>"), and specifically, the Creditors join the Objection, oppose appointing a Chapter 11 Trustee, and support the Debtor's current efforts to reorganize through this Chapter 11 Case under its proposed Chapter 11 plan.

      Accordingly, the Creditor requests that the Motions be denied and that the Debtor be permitted to seek confirmation of its proposed Chapter 11 plan.

Dated: May 6, 2022
       New York, New York

Creditor: KJ Artistic Inc.

Name: Mayer Perlmutter
Title: Officer

744145468.1

Hearing Date and Time: May 17, 2022 @ 10 a.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

### CREDITORS' STATEMENT IN SUPPORT OF THE DEBTOR'S OMNIBUS OBJECTION TO THE LENDER'S AND THE UNITED STATES TRUSTEE'S MOTIONS FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

The undersigned (the "Creditor"), a creditor of the above-captioned debtor (the "Debtor") in this chapter 11 case (the "Chapter 11 Case"), hereby state its support for the Debtor's Omnibus Objection [Dkt.539] (the "Objection") to the motions of the Lender and the United States Trustee for an order appointing a Chapter 11 Trustee [Dkt. Nos. 476 & 491] (the "Motions"), and specifically, the Creditors join the Objection, oppose appointing a Chapter 11 Trustee, and support the Debtor's current efforts to reorganize through this Chapter 11 Case under its proposed Chapter 11 plan.

Accordingly, the Creditor requests that the Motions be denied and that the Debtor be permitted to seek confirmation of its proposed Chapter 11 plan.

Dated: May 9, 2022
New York, New York

Creditor: _/s/ Fed_____

VELOCITY FRAMERS
Name: Sol Feder
Title: