UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 21-22108 (RDD)- |

## CERTIFICATE OF SERVICE

I, Donald W. Hom, do hereby affirm under the penalty of perjury that I am not a party to the action, and am over 18 years of age, and I am an employee of the law firm of Locke Lord LLP, 200 Vesey Street, New York, NY 10281.

On the 17th day of May 2022, I served a true and correct copy of the following documents upon the parties listed on the annexed Service List by electronic mailing:

- NOTICE OF ADJOURNMENT OF HEARING ON EXAMINER'S MOTION TO MODIFY AGGREGATE CAP ON COMPENSATION AND REIMBURSEMENT [ECF # 574];

- SECOND INTERIM APPLICATION OF LOCKE LORD LLP, AS EXAMINER'S COUNSEL, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH APRIL 30, 2022 [ECF # 575];

- SECOND INTERIM APPLICATION OF ERIC M. HUEBSCHER AND HUEBSCHER & CO. AS EXAMINER, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH APRIL 30, 2022 [ECF # 576].

Additionally, all parties receiving ECF/CM System Notifications of filings in the above-referenced case received ECF notice of same.

Dated: May 17, 2022
New York, New York

                                                                         _/s/ Donald W. Hom_
                                                                           Donald W. Hom

## SERVICE LIST

Shara Claire Cornell
DOJ UST
201 Varick Street
New York, NY 10017
Shara.cornell@usdoj.gov

*United States Trustee*

Greg M. Zipes
OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street
21st Floor
New York, NY 10001
Greg.zipes@usdoj.gov
USTPRegion02.nyecf@usdoj.gov

*United States Trustee*

James K. Greenberg
JAMES GREENBERG, PC
240 Kent Avenue, Suite B13
Brooklyn, NY 11249
jim@jamesgreenberglaw.com

*Unknown*
*Juan Ramirez*

Adam C. Rogoff
P. Bradley O'Neill
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
arogoff@kramerlevin.com
boneill@kramerlevin.com

*Creditor*
*Benefit Street Partners Realty Operating Partnership, L.P.*

Barry D. Haberman
254 South Main Street
Suite 401
New City, NY 10956
bdhlaw@aol.com

*Creditor*
*Grandfield Realty Corp.*

Jonathan S. Pasternak
Robert L. Rattet
James B. Glucksman
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, NY 10158
jsp@dhclegal.com
rlr@dhclegal.com
jbg@dhclegal.com
ch11esq@yahoo.com

*Interested Party*
*The Williamsburg Hotel BK LLC*

Edward N. Gewirtz
BRONSTEIN, GEWIRTZ & GROSSMAN LLC
60 East 42nd Street
Suite 4600
New York, NY 10165
chona@bgandg.com
G31777@notify.cincompass.com

*Creditor*
*NBE Plumbing*

Randy M. Kornfeld
KORNFELD & ASSOCIATES, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
rkornfeld@kornfeldassociates.com

*Creditor*
*Gerson Mencia*

Edward J. LoBello
MEYER SUOZZI ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530
elobello@msek.com

*Creditor*
*Town of Islip*

Mark A. Frankel
BECKENROTH FRANKEL & KRINSKY, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
mfrankel@bfklaw.com;
mark_frankel@yahoo.com
frankel.mark@gmail.com
frankelmr74702@notify.bestcase.com

*Debtor*
*96 Wythe Acquisition LLC*

Jason A. Nagi
OFFIT KURMAN, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Jason.nagi@offitkurman.com
rona.cohen@offitkurman.com

*Debtor*
*96 Wythe Acquisition LLC*

Paul B. O'Neill
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
boneill@kramerlevin.com

*Debtor*
*96 Wythe Acquisition LLC*

Pearl Shah
MCGRAIL & BENSINGER LLP
888-C 8th Avenue, #107
New York, NY  10019
pshah@mcgrailbensinger.com

*Debtor*
*96 Wythe Acquisition LLC*

Douglas E. Spelfogel
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY  10020-1001
dspelfogel@mayerbrown.com

*Debtor*
*96 Wythe Acquisition LLC*

Douglas A. Kellner
Derrick Ng
KELLNER HERLIHY GETTY & FRIEDMAN LLP
470 Park Avenue South
7th Floor
New York,, NY  10019-6819
dak@khgflaw.com
derrick.ng@khgflaw.com

*Temporary Receiver*
*Constantino Sagonas,*

Lee Hart
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW
Suite 1700
Atlanta, GA  30363
lee.hart@nelsonmullins.com

*Benefit Street Partners*
*Realty Operating Partnership, LLP*

Dabin Chung
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY  10020
dchung@mayerbrown.com

*96 Wythe Acquisitions LLC*

Jordan Hecht
HECHT KLEEGER & DAMASHEK, PC
19 West 44th Street
15th Floor
New York, NY  10036
hecht@lawyer1.com

*Gerson Mencia*

Adam Kohn
SAUL EWING ARNSTEIN & LEHR LLP
Centre Square Market
1500 Market Street, 38th Floor
Philadelphia, PA  19899
mayer.kohn@saul.com

*Miriam Gross*

Stephen B. Ravin
SAUL EWING LLP
555 Fifth Avenue
Suite 1700
New York,NY  10017
sravin@saul.com

*Miriam Gross*

Hugh H. Shull, III
NYC LAW DEPARTMENT
100 Church Street
Room 5-233
New York, NY  10007
hughs@law.nyc.gov

*NYC Department of Finance*
*NYC Water Board*

Daniel H. Tabak
COHEN & GRESSER LLP
800 Third Avenue
21st Floor
New York, NY  10022
dtabak@cohengresser.com

*Cohen & Gresser*

Robert A. Wolf
TARTER KRINSKY & DROGIN LLP
1350 Broadway
11th Floor
New York, NY  10018
rwolf@tarterkrinsky.com

*96 W. Development LLC*