**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Adam C. Rogoff, Esq.
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
*Co-Counsel for Benefit Street Partners Realty
Operating Partnership, L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Lee B. Hart, Esq.
201 17th Street, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

Gary M. Freedman, Esq.
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9400
Facsimile: (305) 373-9443
*Co-Counsel for Benefit Street Partners
Realty Operating Partnership, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 21-22108-RDD |

### NOTICE OF FILING REVISED VIDEO EXCERPTS AND DESIGNATED VIDEOTAPED DEPOSITION TESTIMONY

On May 13, 2022, Benefit Street Partners Realty Operating Partnership, L.P. ("Benefit Street") filed video excerpts of deposition testimony [ECF No. 568]. Based in part upon presentations made at the May 17, 2022 hearing on Benefit Street's *Motion for the Appointment of a Chapter 11 Trustee Based on Continuing Malfeasance* [ECF No. 476] and Supplement thereto [ECF No. 533], Benefit Street has narrowed certain excerpts and testimony for the Court's review.

These narrowed and more concise video excerpts are included on the thumb drive filed contemporaneously herewith.

Dated: May 20, 2022              By: /s/ Lee B. Hart
                                 Lee B. Hart, Esq.
                                 **NELSON MULLINS RILEY &
                                 SCARBOROUGH, LLP**
                                 201 17th Street, Suite 1700
                                 Atlanta, Georgia 30363
                                 Telephone:    (404) 322-6000
                                 Facsimile:    (404) 322-6050
                                 Email: Lee.Hart@nelsonmullins.com

                                 Gary M. Freedman, Esq.
                                 2 South Biscayne Blvd., 21st Floor
                                 Miami, Florida 33131
                                 Telephone:    (305) 373-9400
                                 Facsimile:    (305) 373-9443
                                 Email: Gary.Freedman@nelsonmullins.com

                                 **KRAMER LEVIN NAFTALIS &
                                 FRANKEL LLP**
                                 Adam C. Rogoff, Esq.
                                 P. Bradley O'Neill, Esq.
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Telephone:    (212) 715-9100
                                 Facsimile:    (212) 715-8000

                                 *Co-Counsel for Benefit Street Partners Realty
                                 Operating Partnership, L.P.*