UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
                                                    :    Case No. 21-22108 (RDD)
96 WYTHE ACQUISITION LLC,                           :
                                                    :
                   Debtor.                          :
------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

TO:   Stephen S. Gray
      Gray & Company LLC
      207 Union Wharf
      Boston MA 02109
      Telephone: (617) 875 6404

You are hereby notified of your appointment as Chapter 11 trustee of the estate of *96 Wythe Acquisitions LLC*, subject to Court approval, pursuant to the *Order Granting Motions to Appoint a Chapter 11 Trustee* [ECF No. 591], with all the rights, powers and duties authorized under 11 U.S.C. § 1106, including, but not limited to, operating the Debtor's hotel in the ordinary course of its business.

Dated:  New York, New York
        May 30, 2022

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
Region 2

By: /s/ *Greg M. Zipes*
Greg M. Zipes
Trial Attorney
201 Varick St. Rooms 1006
New York, New York 10014
Tel. No. (212) 510-0500