# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| 96 Wythe Acquisition, LLC, | ) Case No. 21-22108-RDD |
| | ) Chapter 11 |
| | ) |
| Debtor | ) |

### DECLARATION OF STEPHEN S. GRAY PURSUANT TO RULE 2014(a) IN SUPPORT OF THE APPOINTMENT AS CHAPTER 11 TRUSTEE

Pursuant to 28 U.S.C. § 1746, I, Stephen S. Gray, declare under the penalty of perjury:
I am the founder and Managing Member of Gray & Company, LLC ("G&CO"), a fiduciary and restructuring services firm. I submit this declaration pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with my appointed in the above-captioned case. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

1. For the past 42 years, I have been providing consulting and fiduciary services exclusively in the context of distressed and insolvent businesses. I founded The Recovery Group, Inc. ("TRG") in 1981 and was appointed to my first chapter 11 trusteeship in 1983. In 2007, I merged TRG with Corporate Revitalization Partners, LLC to form CRG Partners, LLC, a firm that became a leading middle market turnaround and restructuring firm in the US. In 2012, CRG was acquired by Deloitte Financial Services LLC. I resigned from Deloitte in 2014 to focus my practice on fiduciary assignments. Since 1983, I have served as chapter 11 and chapter 7 trustee, examiner, future claims representative, post confirmation trustee, State and Federal Court receiver, as well as financial advisor to debtors and creditors in a wide variety of industries, including hospitality businesses. My resume is attached hereto as **Exhibit 1**.

2. I am not related and, to the best of my knowledge, no other person to be utilized by my firm is related to any judge of the United States Bankruptcy Court for the Southern District of New York.

3. Neither I nor any person to be utilized by my firm in this engagement has, to the best of my knowledge, any current connection with any of the creditors herein or any parties in interest in this case or their respective attorneys and accountants, except as described below.

5. My commission as trustee will be subject to Section 326 of the Bankruptcy Code. My fees for services in other bankruptcy matters are at my current hourly billing rate of $850.00. Any non-working travel time will be charged to the estate at fifty percent (50%) of the hourly rate. All necessary out of pocket expenses will be charged to the estate at actual cost and subject to the Local Rules, orders of this Court and the guidelines of the U.S. Trustee.

6. I will maintain detailed records of fees and expenses incurred in connection with the rendering of the services described above, in accordance with applicable rules and guidelines.

7. To the best of my knowledge after diligent review, neither I or my firm has any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtor herein, his creditors, any other party-in-interest herein, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the United States Trustee (collectively, the "Case Parties"). A list of the Case Parties is attached hereto as **Schedule 1**.

8. However, I make the following disclosures of relationships I have, or have had with certain Case Parties:

- Saul Ewing Arnstein & Lehr LLP ("Saul Ewing") represents Mariam Gross, a creditor in this matter. Saul Ewing has represented me in past matters but does not represent me currently and has not represented me for six years.

- Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") represents the senior secured party in this matter, Benefit Street Partners Realty Operating Partnership, L.P. ("Benefit Street"). Kramer Levin has represented various parties in matters in which I have been involved in the past. Kramer Levin has never represented me.

- Benefit Street, the senior secured party in this matter, has been a participant in lender syndicates in matters in which I have been involved but has never been a client of my firm. Benefit Street is not involved in any active matters of my firm.

- Mark Podgainy ("Podgainy") of Getzler Henrich & Associates LLC ("Getzler Henrich") is a financial advisor to the Debtor. Podgainy was employed by my previous firm, The Recovery Group, Inc. ("TRG"). He resigned from TRG prior to its merger with Corporate Recovery Group and the formation CRG Partners LLC, the firm that acquired by Deloitte Financial Services LLC in 2012. I have not worked with Podgainy since approximately 2006 although I have worked on other matters in which Getzler Henrich was involved. I am not retained in any current matters in which Getzler Henrich is involved.

- Meyer Brown LLP is counsel to the Debtor in this matter. I have been involved in matters in which Meyer Brown was retained but not for a number of years

- Lock Lord LLP is counsel to Eric M. Huebscher, the Examiner in this matter. I serve as an independent director of UBS Holdings LLC, a company in its final stages of a long-term, out of court dissolution process which is represented by Lock Lord.

9. To the extent that any information disclosed herein requires amendment or modification upon my completion of further analysis or as additional party-in-interest information becomes available to me, I will submit a supplemental affidavit to this Court9. I believe that I am a disinterested person, and do not hold or represent an interest adverse to the Debtor's estate with respect to the matters for which I am to be employed, as required by Bankruptcy Code Section 328(c)

10. I will neither share nor agree to share with any person compensation received or to be received in this case.

11. I understand that all fees of all professional persons are subject to application or authorization by this Court, upon notice and an opportunity for a hearing, and agree to apply for

compensation under the terms set by the Bankruptcy Court or any Order that this Court may enter.

11. Based upon the foregoing, I declare under the penalty of perjury that the foregoing is true and correct.

May 28,2022

Stephen S. Gray

# EXHIBIT 1 to Gray Declaration

# GRAY
# & COMPANY LLC

### Resume
### Stephen S. Gray

Stephen Gray has more than 40 years of experience developing and implementing restructuring and crisis management plans for public and private companies, creditors and judicial bodies. Mr. Gray was the founder and CEO of The Recovery Group, Inc. (TRG) from 1981-2007. In 2007, TRG merged with Corporate Revitalization Partners (CRP) to form CRG Partners (CRG) where Mr. Gray served as Senior Managing Partner. CRG was acquired by Deloitte in 2012. Mr. Gray was the leader of Deloitte's Fiduciary Services Practice until he resigned in 2014 to form Gray & Company LLC, a practice specializing in providing restructuring and fiduciary services to clients and courts.

Mr. Gray has led the successful operational and financial restructuring of hundreds of companies serving as CEO, CRO, trustee, receiver, restructuring advisor and independent director. Mr. Gray is well known in the financial and legal communities throughout the U.S. for his work as a fiduciary. He has served as chapter 11 trustee in 25 cases, state or federal court receiver in 16 cases, examiner in bankruptcy 8 cases, post-confirmation trustee in 25 cases and as chapter 7 trustee in hundreds of cases. Some of his more significant engagements include:

- Plan administrator of Pier 1 Imports, a $1.4 billion retailer, responsible for the post confirmation monetization of its assets and corporate wind down

- Chapter 11 trustee of High Voltage Engineering, an international manufacturer of power electronics and industrial control systems

- Chapter 11 trustee of Molten Metals Technology, a high-tech nuclear waste processing company

- Chapter 11 trustee of Inyx USA, a contract manufacturer of pharmaceuticals

- Sole manager of Agera Energy, a large retail energy provider in its chapter 11 proceeding

- Executive chairman and interim CEO for Pivot Health Solutions, a physical therapy and occupational health company in an out of court restructuring

- Chief Restructuring Officer of a resort developer in an out-of-court restructuring of $1.6 billion of secured debt

- Chief Restructuring Officer of a $1.2 billion construction and real estate development company in an out-of-court restructuring

- Chief Restructuring Officer of CompUSA, a $1.8 billion retailer of consumer electronics, in an out-of-court restructuring

- Restructuring advisor for a $2.0 billion food processing company in an out-of-court restructuring

Prior to forming TRG, Mr. Gray was president of Gray and Company, a turnaround and workout consulting firm. He also served as vice president for Exeter Management Corp., a firm specializing in consulting for distressed businesses, and as a member of the Corporate Development Staff at Arthur D. Little, Inc.

Mr. Gray is a fellow of the American College of Bankruptcy, a member of the International Insolvency Institute, American Bankruptcy Institute and the Turnaround Management Association. He holds a bachelor's degree in engineering science from George Washington University and was a master's level teaching fellow in mechanical engineering at Tufts University.

Mr. Gray serves as a member of the post restructuring boards of directors of Pivot Health Solutions, a physical therapy and occupational health provider; URS Holdings, LLC, a financial services company; Lapmaster Holdings, Inc., a large international machine tool manufacturer; NorthStar Alarm Holdings, LLC, a security alarm company; and Datacon, Inc., a military electronics manufacturer. He also serves as a director of Liberty Power Holdings, LLC, an energy provider in its chapter 11 proceeding. In the last seven years, Mr. Gray has served as independent director for other companies in the diagnostics laboratory services, retail, consumer products, food processing, energy, security, auto rental and automotive supply industries. These matters have concluded.

## COURT APPOINTMENTS

**Chapter 11 Trustee Appointments**

| Debtor | Industry |
|---|---|
| American Shipyard Corporation | Ship Repair |
| Commercial Management Services | Equipment Leasing |
| CRT Food & Beverage, LLC | Food Service |
| Haskon, Inc. | Aerospace Products |
| High Voltage Engineering Corporation | Industrial Power Systems |
| Inyx USA, Ltd | Pharmaceutical Manufacturing |
| Tedesco Development | Real Estate Development |
| John Hinckley & Son Co., Inc. | Retail Lumber |
| Leading Edge Products, Inc. | Personal Computers |

| Locate Plus, Inc. | Internet Search |
|---|---|
| Lusoair International, Inc. | Air Charter |
| Edgartown Holding Corp | Real Estate |
| Molten Metal Technology | Nuclear Waste Processing |
| New England Physical Therapy | Physical and Sports Therapy Clinics |
| Oilgem, Inc. | Oil Distribution |
| Paris Industries Corporation, Inc. | Consumer Products |
| Polar Molecular Corporation | Fuel Additives Manufacturer |
| Sammy Eljamal | Gas Stations and Real Estate |
| Swansea Consolidated Resources | Golf |
| TexFi, Inc. | Textile Manufacturer |
| V&M Management, Inc. | Low Income Housing |
| WonderWork, Inc. | Public Charity |

## State and Federal Court Receiverships

| **Debtor** | **Industry** |
|---|---|
| American Baptist Elder Ministries of Massachusetts | Senior Living |
| Bridgetown Highlands Country Club | Golf and Real Estate |
| Business Funding Group, Inc. | Financial Services |
| Education Collection Services | Financial Services |
| Fuller Trust, Inc. | Senior Living |
| Indus Systems | Software |
| Longfellow Cable | Cable TV |
| O'Hara Chevrolet | Auto Dealerships |
| Interstate Credit Corp. | Subprime Auto |
| Ottman Customer Processors, Inc. | Meat Processing |
| Plazagal International, Inc. | Fine Art |
| Rosalco, Inc. | Furniture |
| Rose & Crown, Inc. | Food Service |
| The Windrows at Princeton | Senior Living |
| U.S. Fresh, Inc. | Seafood Processor |

## Post Confirmation Trusteeships

| **Debtor** | **Industry** |
|---|---|
| Arthur D. Little, Inc. | Consulting Firm |
| BankVest | Commercial Leasing |
| Business Express, Inc. | Commuter Airline |
| CABI | Real Estate |
| CTC Communications | Telecommunications |
| Commercial Management Services, Inc. | Equipment Leasing |
| Encryption Technology Corporation | Software Publisher |
| Environmental Compliance Corporation | Wastewater Treatment |
| Interspeed, Inc. | Telecommunications |
| Secure Point Technology, Inc. | Explosives Detection Device |
| Mosler Safe Company | Security Equipment |

| | |
|---|---|
| Parking Corporation America's Airports | Airport Parking |
| Pier 1 Imports, Inc. | Retail |
| Secure Point Technologies, Inc. | Explosives Detection |
| Spirit Technologies | Disc Drive Manufacturer |
| Storage Networks, Inc. | Software Developer |
| Thinking Machines | Supercomputer Technology |
| The Wiz | Consumer Electronics Retail |
| The Education Resource Institute | Student Loan Guarantor |

### Examinerships (Chapter 11)

| **Debtor** | **Industry** |
|---|---|
| Boston Filter Company, Inc. | Filter Manufacturer |
| BV Brooks | Community Newspapers |
| Hunter Panels, Inc. | Foam Insulation |
| Mason & Hamlin | Piano Manufacturer |
| Q-Scan | Medical Diagnostic Services |
| Sage Manufacturing, Inc. | Metal Jewelry Stamping |
| Village Food Stores | Convenience Store Chain |
| Weston Senior Care | Senior Living |

### Other Appointments

**Debtor**

| | | |
|---|---|---|
| ACT Manufacturing | Electronics | Solvency Expert |
| Divine, Inc. | Internet Investing | Forensic and Solvency Expert |
| Engage, Inc. | Software Developer | Solvency Expert |
| Nicholas Earth Printing | Printing | Expert Witness on value |
| ServiSense, Inc. | Telecom | Solvency Expert |
| Society of Jesus | Religious Order | Future Claims Representative |
| Milwaukee Archdiocese | Catholic Church | Future Claims Representative |
| GSI Group, Inc. | Laser Manufacturer | Expert Witness on Feasibility |
| Confidential | Telecommunications | Solvency Expert for Defense |

# SCHEDULE 1 to Gray Declaration

# Case Parties List

**96 W Development LLC, et al.**
c/o Tarter Krinsky & Drogin LLP
1350 Broadway 11th Floor
New York, NY 10018
*Added: 04/25/2022*
*(Interested Party)*

represented by

**Robert A. Wolf**
Tarter Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018
(212) 216-8000
(212) 216-8001 (fax)
rwolf@tarterkrinsky.com
*Assigned: 04/25/22*

**96 Wythe Acquisition LLC**
679 Driggs Ave
Brooklyn, NY 11211
Tax ID / EIN: 45-5412160
*Added: 02/23/2021*
*(Debtor)*

represented by

**Dabin Chung**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
212-506-2527
dchung@mayerbrown.com
*Assigned: 12/06/21*

**Mark A. Frankel**
Backenroth Frankel & Krinsky, LLP
800 Third Avenue
11th Floor
New York, NY 10022
(212) 593-1100
(212) 644-0544 (fax)
mfrankel@bfklaw.com
*Assigned: 02/23/21*

**Jason A Nagi**
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
646-251-3259
jason.nagi@offitkurman.com
*Assigned: 06/17/21*

**Paul B. O'Neill**

Kramer Levin Naftalis & Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9100
212-715-8000 (fax)
boneill@kramerlevin.com
*Assigned: 10/15/21*

**Pearl Shah**
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York
New York, NY 10019
908-801-6056
pshah@mcgrailbensinger.com
*Assigned: 05/24/21*

**Douglas E. Spelfogel**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
212-506-2500
212-262-1910 (fax)
dspelfogel@mayerbrown.com
*Assigned: 08/19/21*

**Backenroth Frankel & Krinsky,
LLP**
*Added: 02/14/2022*
*(Attorney)*

represented
by

**Mark A. Frankel**
Backenroth Frankel & Krinsky, LLP
800 Third Avenue
11th Floor
New York, NY 10022
(212) 593-1100
(212) 644-0544 (fax)
mfrankel@bfklaw.com
*Assigned: 02/14/22*

**Benefit Street Partners Realty
Operating Partnership, L.P.**
*Added: 03/01/2021*
*(Creditor)*

represented
by

**Gary M. Freedman**
Nelson Mullins Broad and Cassel
2 S. Biscayne Blvd
Ste 2100
Miami, FL 33131
305-373-9400
gary.freedman@nelsonmullins.com
*Assigned: 05/16/22*

2

**Lee Hart**
Nelson Mullins Riley & Scarborough
LLP
201 17th Street NW
Ste 1700
Atlanta, GA 30363
404-322-6000
404-322-6050 (fax)
lee.hart@nelsonmullins.com
*Assigned: 01/13/22*

**Paul B. O'Neill**
Kramer Levin Naftalis & Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9100
212-715-8000 (fax)
boneill@kramerlevin.com
*Assigned: 03/01/21*

**Adam C. Rogoff**
Kramer Levin Naftalis & Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9285
(212) 715-8000 (fax)
arogoff@kramerlevin.com
*Assigned: 03/01/21*

**City Of New York Department Of
Finance**
*Added: 01/20/2022*
*(Creditor)*

represented
by

**Hugh H. Shull, III**
NYC Law Department
100 Church Street
Room 5-233
New York, NY 10007
(212) 356-2138
(212) 788-0450 (fax)
hughs@law.nyc.gov
*Assigned: 01/20/22*

**Cohen & Gresser LLP**
*Added: 05/09/2022*
*(Creditor)*

represented
by

**Daniel H. Tabak**
Cohen & Gresser LLP
800 Third Avenue
21st Floor

New York, NY 10022
(212) 957-7600
(212) 957-4514 (fax)
dtabak@cohengresser.com
*Assigned: 05/09/22*

**Fair Harbor Capital, LLC**
PO Box 237037
New York, NY 10023
212 967 4035
212 967 4148 (fax)
vknox@fairharborcapital.com
*Added: 01/10/2022*
*(Creditor)*

**GC Realty Advisors LLC**
*Added: 01/18/2022*
*(Unknown)*

represented
by

**David Goldwasser**
3284 N 29th Ct suite 203
Hollywood, FL 33020
*Assigned: 04/14/22*
*LEAD ATTORNEY*

**Bonnie Lynn Pollack**
Cullen and Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 296-9143
(516) 357-3792 (fax)
bpollack@cullenanddykman.com
*Assigned: 01/18/22*

**Grandfield Realty Corp.**
114 Bowery, Suite 204
New York, NY 10013
*Added: 05/13/2021*
*(Creditor)*

represented
by

**Michael Phillip Berkley**
The Law Offices of Michael P.
Berkley, P.C.
100 Garden City Plaza
Suite 518
Garden City, NY 11530
516-227-2121
516-227-1250 (fax)
mberkley@mberkley.com
*Assigned: 05/25/22*

**Barry D. Haberman**
254 South Main Street
Suite 401
New City, NY 10956
(845) 638-4294

(845) 638-6080 (fax)
bdhlaw@aol.com
*Assigned: 05/13/21*

**Miriam Gross**
*Added: 02/15/2022*
*(Unknown)*

represented
by

**Adam Kohn**
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19899
215-972-7767
215-972-7725 (fax)
mayer.kohn@saul.com
*Assigned: 03/07/22*

**Stephen B. Ravin**
Saul Ewing LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017
973-286-6714
973-286-6814 (fax)
sravin@saul.com
*Assigned: 02/15/22*

**Eric M. Huebscher**
*Added: 11/23/2021*
*(Examiner)*

represented
by

**Chelsey Rosenbloom List**
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
212-912-2824
212-812-8394 (fax)
chelsey.list@lockelord.com
*Assigned: 11/29/21*

**Stephanie Wickouski**
Locke Lord LLP
Brookfield Place, 200 Vesey Street
Ste 20 th Floor
New York, NY 10281
212-415-8600
swickouski@lockelord.com
*Assigned: 11/23/21*

**GERSON MENCIA**
c/o KORNFELD & ASSOCIATES, P.C.
240 Madison Avenue

represented
by

**Jordan Hecht**
Hecht Kleeger & Damashek, PC
19 West 44th Street

8th flr.
NEW YORK, NY 10016
rkornfeld@kornfeldassociates.com
*Added: 10/29/2021*
*(Creditor)*

15th Floor
New York, NY 10036
212-490-5700
212-490-4800 (fax)
hecht@lawyer1.com
*Assigned: 01/19/22*

**Randy M. Kornfeld**
Kornfeld & Associates, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
(212) 759-6767
(212) 759-6766 (fax)
rkornfeld@kornfeldassociates.com
*Assigned: 10/29/21*

**NBE Plumbing Corp**
5 Kosnitz Dr #101
Monroe
718-280-9049 x 201
Abraham@mpiplumbingcorp.com
*Added: 05/27/2021*
*(Creditor)*

represented by

**Edward N Gewirtz**
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street
Suite 4600
New York, NY 10165
212-697-6484
212-697-7296 (fax)
chona@bgandg.com
*Assigned: 05/27/21*

**NYC Water Board**
*Added: 02/16/2022*
*(Creditor)*

represented by

**Hugh H. Shull, III**
NYC Law Department
100 Church Street
Room 5-233
New York, NY 10007
(212) 356-2138
(212) 788-0450 (fax)
hughs@law.nyc.gov
*Assigned: 02/16/22*

**JUAN RAMIREZ**
James Greenberg, P.C.
240 Kent Avenue
Brooklyn, NY 11249
United States
9172620745
9175914999 (fax)
jim@jamesgreenberglaw.com

represented by

**James K Greenberg**
James Greenberg, PC
240 Kent Avenue
Ste B13
Brooklyn, NY 11249
917-262-0745
917-591-4999 (fax)
jim@jamesgreenberglaw.com

*Added: 06/07/2021*
*(Unknown)*

*Assigned: 06/07/21*

**Constantino Sagonas**
240-51 68th Avenue
Douglaston, NY 11362
csagonas@msn.com
*Added: 03/01/2021*
*(Unknown)*

represented
by

**Douglas A. Kellner**
Kellner Herlihy Getty & Friedman
470 Park Avenue South
7th Floor
New York, NY 10016-6819
(212) 889-2121
(212) 684-6224 (fax)
dak@khgflaw.com
*Assigned: 03/01/21*

**Derrick Ng**
Kellner Herlihy Getty & Friedman
LLP
470 Park Avenue South
New York, NY 10016
347-848-2280
derrick.ng@khgflaw.com
*Assigned: 04/23/21*

**The Williamsburg Hotel BK LLC**
c/o Davidoff Hutcher & Citron LLP
120 Bloomingdale Road
Suite 100
White Plains, NY 10605
*Added: 08/09/2021*
*(Interested Party)*

represented
by

**James B. Glucksman**
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
914-381-7400
212-286-1884 (fax)
jbg@dhclegal.com
*Assigned: 08/09/21*

**Robert Leslie Rattet**
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
212-557-7200
rlr@dhclegal.com
*Assigned: 08/09/21*

**Town of Islip**
*Added: 11/15/2021*
*(Creditor)*

represented
by

**Edward J. LoBello**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530
516-741-6565
516-741-6706 (fax)

elobello@msek.com
*Assigned: 11/15/21*

**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500
(212) 668-2255 (fax)
USTPRegion02.NYECF@USDOJ.GOV
*Added: 02/23/2021*
*(U.S. Trustee)*

represented
by

**Shara Claire Cornell**
DOJ-Ust
201 Varick Street
New York, NY 10014
212-510-0500
shara.cornell@usdoj.gov
*Assigned: 03/17/21*

**Greg M. Zipes**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
greg.zipes@usdoj.gov
*Assigned: 04/29/21*

Fair Harbor Capital, LLC PO Box 237037
New York, NY 10023-0028

White Plains Division
300 Quarropas Street
White Plains, NY 10601-4140

Advanced Flameproofing Corp. 855 E 7th St
Brooklyn, NY 11230-2246

Altour International Travel Leaders Group, 1633 Broadway, 35th Floor New York, NY
10019-6770

Atlantis Cleaners, Inc. 873 Bedford Ave Brooklyn, NY 11205-3927

Barry D Haberman
254 S MAIN ST
SUITE 404
NEW CITY, NY 10956-3363

Benefit Street Partners
c/o Micah Goodman
1345 Avenue of the Americas, Suites 32A New York, NY 10105-3107

COD Services Corp
c/o Cristopher Vatter
Jaspan, Schlesinger & Hoffman, LLP 300 Garden City Plaza
Garden City, NY 11530-3333

Centennial Elevator Industries, Inc 24-35 47th Street
Astoria, NY 11103-1009

96 W Development LLC, et al. c/o Tarter Krinsky & Drogin LLP 1350 Broadway 11th Floor
New York, NY 10018-0947

Grandfield Realty Corp. 114 Bowery, Suite 204 New York, NY 10013-4997

A&L Cesspool Service Corp. 3788 Review Ave
Long Island City, NY 11101-2052

Agri Exotic Trading, Inc. 700 Route 46 West, Ste 5 Clifton, NJ 07013-1501

Amadeus Hospitality Americas, Inc 29618 Network Place
Chicago, IL 60673-1296

B In Power Inc.
199 Lee Ave
Suite 214
Brooklyn, NY 11211-8919

Benefit Street Partners Realty Operating Partnership L.P.
142 W. 57th Street
Suite 1201 New York, NY 10019-3300

Berry's Cooling & Heating 15 Meadow Street Brooklyn, NY 11206-1710

CONSOLIDATED EDISON COMPANY OF NEW YORK INC 4 IRVING PLACE
9th Floor
NEW YORK, NY 10003-3502

96 Wythe Acquisition LLC 679 Driggs Ave Brooklyn, NY 11211-4023

The Williamsburg Hotel BK LLC c/o Davidoff Hutcher & Citron LLP 120 Bloomingdale Road
Suite 100
White Plains, NY 10605-1519

A. Mayer Kohn
Saul Ewing Arnstein & Lehr LLP Centre Square West
1500 Market Street, 38th Floor Philadelphia, PA 19102-2100

Alboro National East Tremont Avene Suite 203
Bronx, NY 10465

Amanda Rose Disken
The Disken Law Firm, P.C. 1941 Wantagh Avenue, Ste 203 Wantagh, NY 11793-3950

Backenroth Frankel & Krinsky 800 Third Avenue
11th Floor
New York, NY 10022-7651

Benefit Street Partners Realty Operating Partnership, L.P.
c/o Micah Goodman
1345 Avenue of the Americas, Suite 32A New York, NY 10105-3107

CHAU MUI
1638-72nd Street Brooklyn, NY 11204-5120

Centenial Elevator Industries 24-35 47th Street
Astoria, NY 11103-1009

City of New York
NYC Law Department
100 Church St
New York, NY 10007-2668

Realty Operating Par

JPMORGAN CHASE BANK

Cohen & Gresser LLP 800 3rd Ave
21st Floor
21st Floor

New York, NY 10022-7611

Commtrak
7493 Nassau Commons Lewes, DE 19958

Cvent Inc.
P.O. Box 822699 Philadelphia, PA 19182-2699

Dynamic Electric
1046 Winthrop Street Brooklyn, NY 11212-2027

Fair Harbor Capital LLC as assignee of Top S PO box 237037
New York, NY 10023-0028

Fivepals, Inc.
P.O. Box 21529
New York, NY 10087-1529

Gerson Mencia
c/o Hecht Kleeger & Damashek 19 W 44 St. Ste 1500
New York, NY 10036-0120

Grandfield Realty Corp. 54 North 11th Street Brooklyn, NY 11249-1912

Grandfield Realty, Corp. Michael P. Berkley, Esq.
100 Garden City Plaza, Suite 518 Garden City, New York 11530-3224

Hudson Hotel & Hospitality Maintenance PO Box 3336
Annapolis, MD 21403-0336

Cohen & Gresser LLP
800 Third Avenue, 21st Floor New York, NY 10022-7611

Con Edison
Cooper Station
Po Box 138
New York, NY 10276-0138

Dairyland USA Corp.
PO Box 30943
New York, NY 10087-0943

Edison Parker & Associates LLC P.O. Box 190037
Brooklyn, NY 11219-0037

Fair Harbor Capital, LLC Ansonia Finance Station PO Box 237037
New York, NY 10023-0028

Gerson Augustine Mencia Maldonado 8919 171st Street
Apartment 6B
Jamaica, NY 11432-5401

Global Travel Solutions Group, Inc. 137 W 25th St., Floor 11
New York, NY 10001-7216

Grandfield Realty Corp. c/o Barry D. Haberman, Esq. 254 South Main Street, #404 NEW
CITY, NY 10956-3363

Hall PR LLC
161 West 23rd Street New York, NY 10011-2422

IEV Trucking Corp. c/o Michael Cassell Hogan & Cassell LLP 500 N Broadway Ste 153
Jericho, NY 11753-2128

COMMTRAK
17493 NASSAU COMMONS BLVD LEWES DE 19958-6283

Constantino Sagonas
240-51 68th Avenue
Douglaston, New York 11362-1876

Decorative Home NY Inc 944 McDonald Ave Brooklyn, NY 11218-5612

FIA HERITAGE HOLDINGS, LLC 7280 West Palmetto Park Road Boca Raton, FL 33433-3422

First In Service
130 West 42nd Street Suite 401
New York, NY 10036-7802

Gerson Mencia
Jordan Hecht
19 West 44th Street Suite 1500
New York, NY 10036-0120

Grandfield Realty Corp 2675 East 66th St Brooklyn, NY 11234-6848

Grandfield Realty Corp.
c/o Barry D. Haberman, Esq. 254 South Main Street, #404 New City, New York 10956-3363

Hecht, Kleeger & Damashek 19 West 44th Street Suite 1500
New York, NY 10036-0120

ISSM Protective Services 45 Forshay Road
Monsey, NY 10952-1535

ISSM Protective Services
c/o Garson, Segal Steinmetz Fladgate LLP 164 W 25 St. Suite 11R
New York, NY 10001-7423

International Tile
703 Myrtle Ave Brooklyn, NY 11205-3903

Jay Brodsky
240 East Shore Road
Apt. 444
Great Neck, NY 11023-2448

KJ Artistic Inc
105 Sanford St Suite 101 Brooklyn, NY 11205-3441

Lightning Mechanical
65 Newark Way Maplewood, NJ 07040-3309

Michael Berkley
585 Steward Ave
Garden City, NY 11530-4701

NYC Department of Finance 66 John Street
New York, NY 10038-3728

NYC Dept. of Environmental Protection 59-17 Junction Blvd
13th Floor
Elmhurst, NY 11373-5108

NYC Water Board
Andrew Rettig
Assistant Counsel
59-17 Junction Blvd, 13th Floor Elmhurst, NY 11373-5188

National Grid
300 Erie Boulevard West Syracuse, NY 13202-4250

In-Room Plus Inc.
2495 Main Street, Suite 217 Buffalo, NY 14214-2154

JUAN RAMIREZ
James Greenberg PC
240 Kent Avenue
Suite B-13
Brooklyn, NY 11249-4121

Juan Ramirez
3419 110th Street 1st Floor
Corona, NY 11368-1333

Keenan Witherspoon
c/o Hang & Associates, PLLC 136-20 38th Ave
Suite 10G
Flushing, NY 11354-4263

MPI Plumbing Corp / NBE Plumbing
C/O Bronstein, Gewirtz & Grossman LLC 60 E 42nd St #4600
New York, NY 10165-0022

Michael Lichtenshtein 679 Driggs Ave Brooklyn, NY 11211-4023

NYC Department of Finance
Legal Affairs
Collection Unit-Real Property Taxes 375 Pearl Street, 30th Fl. New York, New York
10038-1442

NYC Dept. of Finance
Office of Legal Affairs-Collection Unit 375 Pearl Street-30th Floor
New York, NY 10038-1442

NYC Water Board
PO Box 11863
Newark, NJ 07101-8163

National Grid
PO Box 11737
Newark, NJ 07101-4737

Internal Revenue Service
c/o US Attorney Claims Unit One Saint Andrews Plaza Rm 417 New York, NY 10007-1701

James K Greenberg
233 Broadway Suite 900 New York, NY 10279-0999

Juan and Carmen Ramirez 105 Foley St
Elmhurst, NY 11373

Kevin O'Neill
11 Broadway Suite 910 New York, NY 10004-1340

Mackenzie Sletten
c/o Linton Robinson & Higgins, LLP 39 Broaway, Suite 1701
New York, NY 10006-3076

NBE Plumbing
5 Kosnitz Dr
Monroe, NY 10950-1164

NYC Dept of Finance 375 Pearl St
New York, NY 10038-1444

NYC Dept. of Finance P.O. Box 680
Newark, NJ 07101-0680

NYS Dept of Tax & Finance Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

OES - Williamsburg Hotel LLC 160 Water Street
Brooklyn, NY 11201-1017

OES-Williamsburg Hotel LLC c/o Eric J. Snyder, Esq. Wilk Auslander LLP
825 Eighth Avenue, Suite 2900 New York, NY 10019-7574

Office of The United States Trustee U.S. Federal Office Building
201 Varick Street
Suite 1006

New York, NY 10014-4811

Park Pro Systems
1461 1st Ave
Suite 132
New York, NY 10075-2201

Philip Guarino
Harmon, Linder & Rogowsky, Esqs. 3 Park Avenue, Suite 2300
New York, NY 10016-5908

Protek
202 Terminal Drive Plainview, NY 11803-2318

ScentAir Technologies P.O. Box 978754 Dallas, TX 75397-8754

Stephen B. Ravin, Esq.
Saul Ewing Arnstein & Lehr LLP 1270 Avenue of the Americas Suite 2005
New York, NY 10020-1719

Target Exterminating Inc. 79-11 69th Drive
Middle Village, NY 11379-2904

Toby Moskovits
679 Driggs Ave Brooklyn, NY 11211-4023

Town of Islip
c/o MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 Broadway, Suite 1420
New York, New York 10018-7714
Attn: Edward J. LoBello, Esq.

Travel Leaders Group (Tzell) 1633 Broadway, 35th Floor New York, NY 10019-6770

Onyx CenterSource
2 Lincln Center
5420 LBJ Freeway, Suite 90 Dallas, TX 75240-6222

Pat LaFrieda Meat Purveyors 3701 Tonnelle Avenue
North Bergen, NJ 07047-2421

Power House Generators 1072 Madison Avenue Lakewood, NJ 08701-2650

R.A. Travel Inc.
39 W 14th Street, Ste 306 New York, NY 10011-7405

Srinivas Thimmappa
76 Forest Row
Great Neck, NY 11024-1939

Sunbelt Rentals Inc 522 Grand Blvd. Westbury, NY 11590-4742

The BMF Media Group, LLC
50 West 23rd Street, 7th Floor New York, NY 10010-5205

Top Shelf Staffing
68 West 39th Street, Suite 3W New York, NY 10018-3802

Town of Islip
c/o Meyer Suozzi English & Klein, PC Attn: Edward J. LoBello, Esq.
1350 Broadway, Suite 1420
New York, NY 10018-7714

Ultramar
14 East 47th Street New York, NY 10017-1922

OVATION TRAVEL GROUP ATTN STEPHANIE TITONE 666 THIRD AVENUE
4TH FLOOR NEW YORK NY 10017-4160

INC

Peter O'Dowd
675 Monmouth Street
Apt. #405
Jersey City, NJ 07310-1324

Prestige Services Inc. 21214 Schofield Drive Gretna, NE 68028-3977

Sabre Hospitality Solutions 7285 Collection Center Drive Chicago, IL 60693-0001

State of New York Attorney General's Office 120 Broadway
New York, NY 10271-0002

Tambourine
100 W. Cypress Creek Blvd. Suite 550 Fort Lauderdale, FL 33309-2181

The Winthrop Group, LLC 240-51 68th Ave
Little Neck, NY 11362-1876

Town of Islip
c/o Germano & Cahill PC
4250 Veterans Memorial Highway Suite 275 Attn: Michael J. Cahill, Esq.
Holbrook, NY 11741-4013

Travel Leaders Group (TL Corporate) 1633 Broadway, 35th Floor
New York, NY 10019-6770

United States Trustee
Office of the United States Trustee U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-7016

Vertical Systems Analysis Inc. Midtown Station - P.O. Box 716 New York, NY 10018-0025

William Lewis
c/o SILBERSTEIN,AWAD & ASSOCS. 600 OLD COUNTRY ROAD-SUITE 412 Garden City, NY 11530-2009

Constantino Sagonas 240-51 68th Avenue Douglaston, NY 11362-1876

GERSON MENCIA
c/o KORNFELD & ASSOCIATES, P.C. 240 Madison Avenue
8th flr.
NEW YORK, NY 10016-2878

Mark A. Frankel
Backenroth Frankel & Krinsky, LLP 800 Third Avenue
11th Floor
New York, NY 10022-7651

Chase Paymentech
8181 Communications Pkwy Plano, TX 75024

Commtrak
17493 Nassau Commons Lewis, DE 19958

Ovation Travel Group, Inc. 71 Fifth Avenue, 11th Floor New York, NY 10003

United States of America c/o U.S. Attorney
86 Chambers Street
New York, NY 10007-1825

William Carillo
c/o Joseph Kilada
100 Quentin Roosevelt Blvd Suite 208
Garden City, NY 11530-4844

Y&T Enterprises of Rockland Inc. 600 Chestnut Ridge Rd., Unit F Spring Valley, NY 10977-5661

Dabin Chung
Mayer Brown LLP
1221 Avenue of the Americas New York, NY 10020-1001

JUAN RAMIREZ
James Greenberg, P.C. 240 Kent Avenue Brooklyn, NY 11249-4121

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP 1177 Avenue of the Americas
New York, NY 10036-2714

Velocity Framers
5014 16th Ave
Suite 468
Brooklyn, NY 11204-1404

William Lewis
2200 Powell Avenue, Apartment D-21 Bronx, NY 10462-5124

Zurich American Insurance Co PO Box 68549
Schaumburg, IL 60168-0549

Douglas E. Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas New York, NY 10020-1001

Jason A Nagi
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor New York, NY 10022-8521

Pearl Shah
McGrail & Bensinger LLP 888-C 8th Avenue #107 New York
New York, NY 10019-8511

(u)Backenroth Frankel & Krinsky, LLP (u)Benefit Street Partners Realty Operating P
(u)City Of New York Department Of Finance

(u)Cohen & Gresser LLP

(u)GC Realty Advisors LLC

(u)Town of Islip

(u)Miriam Gross

(u)NBE Plumbing Corp 5 Kosnitz Dr #101 Monroe

(u)Daytree Custom Builders Inc. c/o Andrew Campanelli Campanelli & Associates, P.C
1757 Merrick Avenue, ste 204