UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
96 WYTHE ACQUISITION LLC,                                    :    Case No. 21-22108 (RDD)
                                                             :
                          Debtor.                            :
                                                             :
------------------------------------------------------------ x

## ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application, dated May 30, 2022, of the United States Trustee for an order approving the appointment of Stephen S. Gray as the Chapter 11 trustee in this case; and upon the accompanying declaration of Stephen S. Gray; and it appearing that the United States Trustee has appointed Stephen S. Gray as the Chapter 11 trustee in this Chapter 11 case and that Stephen S. Gray is a disinterested person as set forth in 11 U.S.C. § 101(14); and after due deliberation, and sufficient cause appearing, it is hereby

ORDERED, that the appointment of Stephen S. Gray as Chapter 11 trustee in this case, is approved pursuant to 11 U.S.C. § 1104(a)(2); and it is further

ORDERED, that Stephen S. Gray shall post a bond of $10,000 subject to adjustment after discussions with the United States Trustee.

Dated: White Plains, New York
       May 31, 2022

                                              */s/ Robert D. Drain*
                                              The Honorable Robert D. Drain
                                              United States Bankruptcy Judge