**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*-and-*

**BACKENROTH FRANKEL & KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsel to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>                         Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Motion to Extend Exclusivity* [ECF No. 509] in the above matter has been adjourned at a **date and time to be determined** from June 2, 2022 @ 10:00 a.m. (ET), before the Honorable Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10004 via Zoom® hearing. Participants are required to register their appearance by 4:00 PM the day before the scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

747866810

Dated: May 31, 2022  
     New York, New York

Respectfully submitted,

By: /s/ *Douglas Spelfogel*  
Douglas Spelfogel  
Leah Eisenberg  
Dabin Chung  
Mayer Brown LLP  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 506-2500  
Facsimile: (212) 262-1910  
Email: dspelfogel@mayerbrown.com  
       leisenberg@mayerbrown.com  
       dchung@mayerbrown.com

-and-

Mark Frankel  
**BACKENROTH FRANKEL & KRINSKY, LLP**  
800 Third Avenue  
New York, New York 10022  
Telephone: (212) 593-1100  
Facsimile: (212) 644-0544  
Email: mfrankel@bfklaw.com

*Co-Counsel to the Debtor and Debtor in Possession*