**MAYER BROWN LLP**
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

**BACKENROTH FRANKEL &
KRINSKY, LLP**
Mark Frankel
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544

*Co-Counsels to the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 Wythe Acquisition LLC,<br><br>                     Debtor. | Chapter 11<br><br>Case No.: 21-22108 (RDD) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DEBTOR
PURSUANT TO 11 U.S.C. § 105 AND FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND
APPROVING A SETTLEMENT BETWEEN THE DEBTOR AND
WILLIAMSBURG HOTEL BK LLC**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Debtor Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving a Settlement Between the Debtor and Williamsburg Hotel BK LLC* [ECF No. 153] in the above matter has been adjourned to a **date and time to be determined** from June 7, 2022 @ 10:00 a.m. (ET) before the

744412857

Honorable Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10004 via Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: May 31, 2022
      New York, New York

Respectfully submitted,

By: /s/ *Douglas Spelfogel*
Douglas Spelfogel
Leah Eisenberg
Dabin Chung
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: dspelfogel@mayerbrown.com
      leisenberg@mayerbrown.com
      dchung@mayerbrown.com

Mark Frankel
**BACKENROTH FRANKEL & KRINSKY, LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 593-1100
Facsimile: (212) 644-0544
Email: mfrankel@bfklaw.com

*Co-Counsels to the Debtor
and Debtor in Possession*