TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

Proposed Attorneys for Stephen S. Gray,
Not Individually But Solely in His Capacity
as Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                         :
In re                                                     :        Chapter 11
                                                                :
96 WHYTE ACQUISITION LLC,                :        Case No. 21-22108 (RDD)
                                                                :
                                         Debtor.      :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel to Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 Trustee in the above-captioned case and, pursuant to section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, plans, disclosure statements, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case be given and served upon:

|  | TOGUT, SEGAL & SEGAL LLP |
|---|---|
|  | One Penn Plaza, Suite 3335 |
|  | New York, New York 10119 |
| Attention: | Albert Togut, Esq. |
|  | Frank A. Oswald, Esq. |
|  | Neil Berger, Esq. |
| Telephone: | (212) 594-5000 |
| Facsimile: | (212)967-4258 |
| Email: | altogut@teamtogut.com |
|  | frankoswald@teamtogut.com |
|  | neilberger@teamtogut.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notice of any hearings, conferences, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, email or otherwise.

DATED: New York, New York
June 2, 2022

Respectfully submitted,

STEPHEN S. GRAY
Not Individually But Solely in His Capacity
as Chapter 11 Trustee
By His Proposed Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

      */s/ Albert Togut*
Albert Togut
A Member of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

2