UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

96 Wythe Acquisition LLC,

Debtor.

Chapter 11

Case No.: 21-22108 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) s.s.:
COUNTY OF NEW YORK        )

JOCELYN CAMPOS, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

2. On June 2, 2022, I served a true and correct copy of the *Notice of Adjournment of Confirmation Hearing at a date and time to be determined* [ECF No. 601] on the (i) parties requesting ECF notifications via the Court's CM/ECF case notification system; and (ii) by electronic mail listed in the attached service list annexed as Exhibit 1 hereto.

3. On June 3, 2022, I served a true and correct copy of the *Notice of Adjournment of Confirmation Hearing at a date and time to be determined* [ECF No. 601], by mailing a true copy in a postpaid envelope deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to attached mailing list annexed as Exhibit 2 hereto.

/s/Jocelyn Campos
Jocelyn Campos

Sworn to before me this
7th day of June, 2022

TED ROSE
Notary Public, State of New York
No. 01RO6018999
Qualified in New York County
Commission Expires February 1, 2023

# Exhibit 1

## SERVICE LIST

| Description | Name | Email |
|---|---|---|
| Cross Defendant RLI Insurance Company | Timothy E. Delahunt | tdelahunt@delahuntpllc.com |
| Creditor Grandfield Realty Corp. | Barry Haberman | bdhlaw@aol.com |
| Creditor GERSON MENCIA | Jordan Hecht | hecht@lawyer1.com |
| Creditor Grandfield Realty Corp. | Michael Phillip Berkley | mberkley@mberkley.com |
| U.S. Trustee United States Trustee | Shara Claire Cornell | shara.cornell@usdoj.gov |
| Creditor Benefit Street Partners Realty Operating Partnership, L.P. | Gary Freedman | Gary.Freedman@nelsonmullins.com |
| Creditor NBE Plumbing Corp | Edward N Gewirtz | chona@bgandg.com |
| Interested Party The Williamsburg Hotel BK LLC | James B. Glucksman | jbg@dhclegal.com |
| Juan Ramirez | James K Greenberg | jim@jamesgreenberglaw.com |
| Creditor Benefit Street Partners Realty Operating Partnership, L.P. Defendant Benefit Street Partners Realty Operating Partnership, L.P. | Lee Hart | lee.hart@nelsonmullins.com |
| Constantino Sagonas | Douglas A. Kellner | dak@khgflaw.com |
| Miriam Gross | Adam Kohn | mayer.kohn@saul.com |
| Creditor Gerson Mencia | Randy M. Kornfeld | rkornfeld@kornfeldassociates.com |
| Creditor Town of Islip | Edward J. LoBello | elobello@msek.com |
| On behalf of Debtor 96 Wythe Acquisition LLC | Nagi, Jason | Jason.Nagi@offitkurman.com |
| Derrick Ng on behalf of Unknown Constantino Sagonas | | derrick.ng@khgflaw.com |
| Creditor Benefit Street Partners Realty Operating Partnership, L.P. | Paul B. O'Neill | boneill@kramerlevin.com |
| on behalf of Unknown GC Realty Advisors LLC | Bonnie Lynn Pollack | bpollack@cullenanddykman.com |
| Interested Party The Williamsburg Hotel BK LLC | Robert Leslie Rattet | rlr@dhclegal.com |
| Miriam Gross | Stephen B. Ravin | sravin@saul.com |
| Creditor Benefit Street Partners Realty Operating Partnership, L.P. | Adam C. Rogoff | arogoff@kramerlevin.com |
| Examiner Eric M. Huebscher | Chelsey Rosenbloom List | chelsey.list@lockelord.com |
| Debtor 96 Wythe Acquisition LLC | Pearl Shah | pshah@mcgrailbensinger.com |
| Creditor City Of New York Department Of Finance | Hugh H. Shull, III | Shull2, Hugh (Law) hughs@law.nyc.gov |
| Creditor NYC Water Board | Hugh H. Shull, III | Shull2, Hugh (Law) hughs@law.nyc.gov |
| Defendant Jacques Jiha, Ph.D., in his capacity as the Commissioner of Finance of the City of New York | Hugh H. Shull, III | Shull2, Hugh (Law) hughs@law.nyc.gov |
| Examiner Eric M. Huebscher | Stephanie Wickouski | swickouski@lockelord.com |
| ConEd | | KWONS@coned.com |
| ConEd | | russell@russelljohnsonlawfirm.com |
| NBE Plumbing | | peretz@bgandg.com |
| Creditor MPI Plumbing Corp | | abraham@mpiplumbingcorp.com |
| Creditor MPI Plumbing Corp | | joel@mpiplumbingcorp.com |
| | Stephen Gray | ssg@grayandcompanyllc.com |

## Exhibit 2

Benefit Street Partners Realty, Operating
Partnership, L.P.
Attention: Adam C. Rogoff and P. Bradley
O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

NYC Dept. of Finance Office of Legal Affairs -
Collection Unit
375 Pearl Street - 30th Floor
New York, NY 10038

B In Power Mechanical Inc.
199 Lee Ave, Ste 214
Brooklyn, NY 11211

Centennial Elevator Industries, Inc.
24-35 47th Street
Astoria, NY 11103

MPI Plumbing Corp.
c/o Bronstein, Gewirtz & Grossman LLC
60 E 42nd St., #4600
New York, NY 10165

NBE Plumbing Corp,
c/o Bronstein, Gewirtz & Grossman LLC
60 E 42nd St., #4600
New York, NY 10165

NYC Water Board
Attn: Andrew Rettig, Assistant Counsel
59-17 Junction Blvd, 13th Floor
Elmhurst, NY 11137-5108

Sunbelt Rentals Inc.
522 Grand Blvd.
Westbury, NY 11590

A&L Cesspool Service Corp.
3788 Review Ave,
Long Island City, NY 11101

Agri Exotic Trading, Inc.
700 Route 46 West, Ste 5
Clifton, NJ 07013

Altour International Travel Leaders Group
1633 Broadway, 35th Floor
New York, NY 10019

Amadeus Hospitality Americas, Inc.
29618 Network Place
Chicago, IL 60673-1296

Atlantis Cleaners, Inc.
873 Bedford Ave
Brooklyn, NY 11205

B In Power Inc.
199 Lee Ave, Ste 214
Brooklyn, NY 11211

Berry's Cooling & Heating
15 Meadow Street
Brooklyn, NY 11206

Centennial Elevator Industries, Inc
24-35 47th Street
Astoria, NY 11103

Chase Paymentech
8181 Communications Pkwy
Plano, TX 75024

CHAU MUI
1638-72nd Street
Brooklyn, NY 11204

Cohen & Gresser LLP
Attn: Daniel H. Tabak, Esq.
800 3rd Ave, 21st Floor
New York, NY 10022

Commtrak
7493 Nassau Commons
Lewes, DE 19958

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

Cvent Inc.
P.O. Box 822699
Philadelphia, PA 19182-2699

Dairyland USA Corp.
PO Box 30943
New York, NY 10087-0943

Daytree Custom Builders Inc.
c/o Andrew Campanelli
Campanelli & Associates, P.C
1757 Merrick Avenue, Ste 204
Merrick, NY 11566

Decorative Home NY Inc
944 McDonald Ave
Brooklyn, NY 11218-5612

Dynamic Electric
1046 Winthrop Street
Brooklyn, NY 11212-2027

Edison Parker & Associates LLC
P.O. Box 190037
Brooklyn, NY 11219

First In Service
130 West 42nd Street, Ste 401
New York, NY 10036

Fivepals, Inc.
P.O. Box 21529
New York, NY 10087-1529

Gerson Mencia
 Attn: Jordan Hecht
Hecht Kleeger & Damashek
19 W 44 St., Ste 1500
New York, NY 10036

Gerson Augustine
Mencia Maldonado
8919 171st Street, Apt 6B
Jamaica, NY 11432

Global Travel Solutions Group, Inc.
137 W 25th St., Floor 11
New York, NY 10036

Grandfield Realty Corp.
c/o Barry D, Haberman, Esq.
254 South Main Street, #404
New City, NY 10956

Hudson Hotel & Hospitality Maintenance
PO Box 3336
Annapolis, MD 21403

IEV Trucking Corp.
c/o Michael Cassell
Hogan & Cassell LLP
500 N Broadway, Ste 153
Jericho, NY 11753

In-Room Plus Inc.
2495 Main Street, Ste 217
Buffalo, NY 14214

International Tile
703 Myrtle Ave
Brooklyn, NY 11205-3903

Jay Brodsky
240 East Shore Road, Apt. 444
Great Neck, NY 11023

Juan Ramirez
c/o James Greenberg, P.C.
240 Kent Avenue, Suite B-13
Brooklyn, NY 11249

Lightning Mechanical
65 Newark Way
Maplewood, NJ 07040

KJ Artistic Inc.
105 Sanford St., Ste 101
Brooklyn, NY 11205-3441

National Grid
PO Box 11737
Newark, NJ 07101-4737

Mackenzie Sletten
c/o Linton Robinson & Higgins, LLP
39 Broadway, Ste 1701
New York, NY 10006

Pat LaFrieda Meat Purveyors
3701 Tonnelle Avenue
North Bergen, NJ 07047

Onyx CenterSource
2 Lincoln Center
5420 LBJ Freeway, Ste 90
Dallas, TX 75240

Philip Guarino
c/o Mark Linder
Harmon, Linder & Rogowsky, Esqs.
3 Park Avenue, Suite 2300
New York, NY 10016

Peter O'Dowd
675 Monmouth Street, Apt. #405
Jersey City, NJ 07310

Prestige Services Inc.
21214 Schofield Drive
Gretna, NE 68028

Power House Generators
1072 Madison Avenue
Lakewood, NJ 08701

R.A. Travel Inc.
39 W 14th Street, Ste 306
New York, NY 10011-7489

Protek
202 Terminal Drive
Plainview, NY 11803

ScentAir Technologies
P.O. Box 978754
Dallas, TX 75397-8754

Sabre Hospitality Solutions
7285 Collection Center Drive
Chicago, IL 60693

Target Exterminating Inc.
79-11 69th Drive
Middle Village, NY 11379

Tambourine
100 W. Cypress Creek Blvd., Ste 550
Fort Lauderdale, FL 33309

The Winthrop Group, LLC
240-51 68th Ave
Little Neck, NY 11362

The BMF Media Group, LLC
50 West 23rd Street, 7th Floor
New York, NY 10010

Town of Islip
c/o Edward J. LoBello, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 1420
New York, NY 10018

Top Shelf Staffing
68 West 39th Street, Ste 3W
New York, NY 10018

Velocity Framers
5014 16th Ave, Suite 468
Brooklyn, NY 11204-1404

Travel Leaders Group (TL Corporate)
1633 Broadway, 35th Floor
New York, NY 10019

William Carillo
c/o Joseph Kilada
100 Quentin Roosevelt Blvd, Ste 208
Garden City, NY 11530

Vertical Systems Analysis Inc. Midtown Station
P.O. Box 716
New York, NY 10018

Y&T Enterprises of Rockland Inc.
600 Chestnut Ridge Rd., Unit F
Spring Valley, NY 10977

William Lewis
2200 Powell Avenue, Apt. D-21
Bronx, NY 10462

96 Wythe Borrower DE LLC
679 Driggs Ave
Brooklyn, NY 11211

Zurich American Insurance Co.
P.O. Box 68549
Schaumburg, IL 60196

City of New York
NYC Law Department
100 Church St.
New York, NY 10007-2668

96 Wythe Mezz DE LLC
679 Driggs Ave
Brooklyn, NY 11211

Michael Lichtenshtein
679 Driggs Ave
Brooklyn NY 11211-4023

Constantino Sagonas
c/o Douglas A. Kellner
470 Park Avenue South, 7th Floor
New York, NY 10016-6819

NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

NYC Dept. of Environmental Protection
59-17 Junction Blvd, 13th Floor
Elmhurst, NY 11373-5108

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn NY 11201-3743

Office of the Sheriff
111 Grove Street
White Plains NY 10601-2509

Toby Moskovits
679 Driggs Ave
Brooklyn NY 11211-4023

The Williamsburg Hotel BK LLC
Attn: J. Pasternak, R. Rattet, & J. Glucksman
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY 10605-1519

United States Attorney's Office, White Plains Division
300 Quarropas Street
White Plains, NY 10601-4140

United States Attorney's Office
86 Chambers Street
New York, NY 10007-1825

Westchester County Dept. of Public Safety
CIVIL BUREAU
110 Grove Street, Room L217
White Plains NY 10601-2519

United States Trustee Office of the United
States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-4811

ISSM Protective Services
c/o Garson, Segal Steinmetz Fladgate LLP
164 W 25 St., Ste 11R
New York, NY 10001

Internal Revenue Service c/o US Attorney
Claims Unit
One Saint Andrews Plaza, Rm 417
New York, NY 10007-1701

Kevin O'Neill
11 Broadway, Ste 910
New York, NY 10004

James K Greenberg
233 Broadway, Ste 900
New York, NY 10279

William Lewis
c/o Silberstein, Awad & Assocs.
600 Old Country Road, Ste 412
Garden City, NY 11530

Michael Berkley
100 Garden City Plaza, Suite 518
Garden City, NY 11530

Shara Claire Cornell
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Pearl Shah
McGrail & Bensinger LLP
888-C 8th Avenue, #107
New York, NY 10019-8511

Stephanie Wickouski
Locke Lord
200 Vesey Street, 20th Floor
New York, NY 10281-2101

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Hugh Shull, Esq.
NYC Law Department Tax and Bankruptcy
Litigation Division
100 Church Street
New York, NY 10007

Randy Kornfeld, Esq.
240 Madison Avenue, Fl 8
New York, NY 10016

Gary M. Freedman, Esq.
Nelson Mullins
2 South Biscayne Blvd. | 21st Floor
Miami, FL 33131

Lee B. Hart, Esq.
Nelson Mullins
Atlantic Station, Suite 1700
201 17th Street NW
Atlanta, GA 30363

Fair Harbor Capital, LLC
P.O. Box 237037
New York, NY 10023

Robert A. Wolf, Esq.
Tarter Krinsky & Drogin
1350 Broadway
New York, NY 10018

A. Mayer Kohn
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Stephen B. Ravin, Esq.
Saul Ewing Arnstein & Lehr LLP
1270 Avenue of the Americas, Suite 2005
New York, NY 10020

Timothy E. Delahunt
DELAHUNT LAW PLLC
295 Main Street, Suite 836
Buffalo, New York 14203