**LOCKE LORD LLP**
Stephanie Wickouski
Chelsey Rosenbloom List
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone:    (212) 415-8600
Facsimile:    (212) 812-8394
swickouski@lockelord.com
chelsey.list@lockelord.com
*Attorneys for Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-22108 (RDD) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 28, 2022 10:00 A.M.**

<u>Time and Date of Hearing</u>:    June 28, 2022 at 10:00 A.M. (prevailing Eastern Time)

<u>Location of Hearing</u>:  In accordance with General Order M-543, dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to participate in the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

**I. CONTESTED MATTERS**:

1. *Motion to Modify Aggregate Cap on Compensation and Reimbursement of Examiner's Fees and Expenses* [ECF # 400]

   <u>Response Deadline</u>: March 1, 2022 at 4:00 p.m. (Eastern Time)

   <u>Responses Filed</u>:

   A. *Omnibus (I) Objection to Examiner's Motion to Modify Aggregate Cap on Compensation and Reimbursement of Examiner's Fees and Expenses; First Interim Application of Eric M. Huebscher and Huebscher & Co. as Examiner;*

    *and First Interim Application of Locke Lord LLP, as Examiner's Counsel; and (II) Cross-Motion to Enforce Fee Cap and Limit Examiner Fees; Authorize Limited Discovery Against Examiner; Enforce Confidentiality; and for Related Relief* [ECF # 417]

  B. *Reply to Examiner's Response to Objection and Cross-Motion Regarding Motion to Modify Aggregate Cap on Compensation and Reimbursement of Examiner's Fees and Expenses; Examiner's Objection to Limited Discovery; and for Related Relief* [ECF # 441]

Related Documents:

  A. *Certification of Service* regarding ECF Nos. 400 and 401 [ECF # 406]

  B. *Examiner's Reply in Further Support of Motion to Modify Aggregate Cap on Compensation and Reimbursement of Examiner's Fees and Expenses* [ECF # 429]

  C. *Declaration of Chelsey Rosenbloom List in Support of Examiner's Reply in Further Support of Motion to Modify Aggregate Cap on Compensation and Reimbursement of Examiner's Fees and Expenses* [ECF # 430]

  D. *Notice of Agenda for March 8, 2022 Hearing* [ECF # 442]

  E. *Notice of Adjournment of Hearing on Examiner's Motion to Modify Aggregate Cap on Compensation and Reimbursement* [ECF # 447]

  F. *Certification of Service* regarding ECF No. 447 [ECF # 448]

  G. *Notice of Adjournment of Hearing on Examiner's Motion to Modify Aggregate Cap on Compensation and Reimbursement* [ECF # 574]

  H. *Certification of Service* regarding ECF Nos. 574, 576, 575

  I. *Notice of Adjournment of Hearing on Examiner's Second Interim Fee Applications and Motion to Modify Fee Cap* [ECF # 599]

  J. *Certification of Service* regarding ECF No. 599 [ECF # 600]

Status: This matter is going forward.

## II. UNCONTESTED MATTERS:

1.  *Second Interim Application of Locke Lord LLP, as Examiner's Counsel, for Allowance of Compensation and for Reimbursement of Expenses for the Period from January 1, 2022 through April 30, 2022* [ECF # 575]

    Response Deadline: May 31, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed: None. Informal responses were received from (1) counsel to Stephen Gray, the Chapter 11 trustee indicating that the Chapter 11 trustee has no objection to the application or to the entry of an order allowing the interim fees and expenses requested, subject to a 10% holdback and (2) the Office of the United States Trustee requesting a 10% holdback. The Examiner has agreed to the requested 10% holdback.

    Related Documents:

    A.  *Certification of Service* regarding ECF Nos. 547, 576, and 575 [ECF # 577]

    B.  *Notice of Adjournment of Hearing on Examiner's Second Interim Fee Applications and Motion to Modify Fee Cap* [ECF # 599]

    C.  *Certification of Service* regarding ECF No. 599 [ECF # 600]

    Status: This matter is going forward.

2.  *Second Interim Application of Eric M. Huebscher and Huebscher & Co. as Examiner, for Allowance of Compensation and for Reimbursement of Expenses for the Period from January 1, 2022 through April 30, 2022* [ECF # 576]

    Response Deadline: May 31, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed: None. Informal responses were received from (1) counsel to Stephen Grey, the Chapter 11 trustee indicating that the Chapter 11 trustee has no objection to the application or to the entry of an order allowing the interim fees and expenses requested, subject to a 10%

holdback and (2) the Office of the United States Trustee requesting a 10% holdback. The Examiner has agreed to the requested 10% holdback.

Related Documents:

    A.    *Certification of Service* regarding ECF Nos. 547, 576, and 575 [ECF # 577]

    B.    *Notice of Adjournment of Hearing on Examiner's Second Interim Fee Applications and Motion to Modify Fee Cap* [ECF # 599]

    C.    *Certification of Service* regarding ECF No. 599 [ECF # 600]

Status: This matter is going forward.

Respectfully Submitted,

Dated: New York, New York
June 24, 2022

**LOCKE LORD LLP**

By: */s/ Stephanie Wickouski*
Stephanie Wickouski
Chelsey Rosenbloom List
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101
Telephone: (212) 415-8600
Facsimile: (212) 812-8394
swickouski@lockelord.com
chelsey.list@lockelord.com
*Attorneys for Examiner*