Status Conference Date: July 14, 2022 at 11:00 AM (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

*Attorneys for Stephen S. Gray,
Not Individually But Solely in His Capacity
as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
96 WYTHE ACQUISITION LLC, : Case No. 21-22108 (SHL)
: 
Debtor. :
: 
----------------------------------------------------------------x

**NOTICE OF STATUS CONFERENCE (VIA ZOOM)**

**PLEASE TAKE FUTHER NOTICE** that at the request of Stephen Gray, in his capacity as the Chapter 11 Trustee for 96 Wythe Acquisition LCC, the debtor herein, a status conference (the "Status Conference") will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), on **July 14, 2022 at 11:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic, the Status Conference shall take place via *Zoom for Government*. Those wishing to appear before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be

entered no later than July 13, 2022 at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all case related filings can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, or (ii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: New York, New York
July 7, 2022

        Stephen S. Gray, not individually
        but solely in his capacity as
        Chapter 11 Trustee,
        By His Attorneys,
        TOGUT, SEGAL & SEGAL LLP,
        By:

        */s/ Frank A. Oswald*
        ALBERT TOGUT
        FRANK A. OSWALD
        NEIL BERGER
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000
        altogut@teamtogut.com
        frankoswald@teamtogut.com
        nberger@teamtogut.com