**EXHIBIT 3**

# United States of America
### United States Patent and Trademark Office

# THE WILLIAMSBURG HOTEL

**Reg. No. 6,285,046**  
**Registered Mar. 02, 2021**  
**Int. Cl.: 43**  
**Service Mark**  
**Supplemental Register**

Toby Moskovits  (UNITED STATES INDIVIDUAL)  
137-55 71st Avenue  
Flushing, NEW YORK 11367

CLASS 43: Hotel services

FIRST USE 12-31-2016; IN COMMERCE 12-31-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOTEL"

SER. NO. 88-591,837, FILED P.R. 08-25-2019; AM. S.R. 01-21-2021





Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office

