TOGUT, SEGAL & SEGAL LLP
Proposed Attorneys for Stephen S. Gray,
Not Individually But Solely in His
Capacity as Chapter 11 Trustee of
96 Wythe Acquisition LLC
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger
Griffin Quist

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
In re:                                          :    Chapter 11
                                                :    Case No. 21-22108 (SHL)
96 WYTHE ACQUISITION LLC,         :
                                                :
                    Debtor.                  :
                                                :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF NOTICE OF PROPOSED
ORDER AND APPLICATION FOR AN ORDER AUTHORIZNG
THE RETENTION AND EMPLOYMENT OF A&G REAL ESTATE PARTNERS, LLC
AND EASTDIL SECURED, LLC AS REAL ESTATE CO-BROKERS
FOR THE CHAPTER 11 TRUSTEE**

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK )

JONATHAN COHEN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Caldwell, New Jersey.

On July 26, 2022, deponent served a copy of the *Notice of Proposed Order and Application for an Order Authorizing the Retention and Employment of A&G Real Estate Partners, LLC and Eastdil Seucred, LLC as Real Estate Co-Brokers for the Chapter 11 Trustee* [Docket No. 632] upon all parties set forth on the service list annexed hereto by electronic mail.

/s/ Jonathan Cohen
JONATHAN COHEN

Sworn to before me this
28th day of June, 2022

/s/ Cynthia Juliano    `
NOTARY PUBLIC

## SERVICE LIST:

Kellner Herlihy Getty & Friedman, LLP
470 Park Avenue South, 7th Floor
New York, NY 10016-6819
Attn: Douglas A. Kellner
Attorneys for Temporary Receiver Constantino Sagonas
dak@khgflaw.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Adam C. Rogoff
P. Bradley O'Neill
David Braun
Attorneys for Benefit Street Partners Realty Operating Partnership, L.P.
arogoff@kramerlevin.com
boneill@kramerlevin.com
dbraun@kramerlevin.com

Barry D. Haberman, Esq.
254 South Main Street, #404
New City, New York 10956
Attorney for Grandfield Realty Corp.
bhdlaw@aol.com

Davidoff Hutcher & Citron LLP
Attn:  Jonathan S. Pasternak, Esq.
Robert L. Rattet, Esq.
120 Bloomingdale Road
White Plains, NY 10601
Attorneys for The Williamsburg Hotel BK LLC
jsp@dhclegal.com
rlr@dhclegal.com

Davidoff Hutcher & Citron LLP
Attn:  James B. Glucksman, Esq.
Robert L. Rattet, Esq.
120 Bloomingdale Road
White Plains, NY 10601
Attorneys for The Williamsburg Hotel BK LLC
jbg@dhclegal.com

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Douglas Spelfolgel
Leah Eisenberg
Jason I. Kirschner
Dabin Chung
Proposed Co-Counsel to the Debtor and Debtor in Possession
dspelfogel@mayerbrown.com
leisenberg@mayerbrown.com
jkirschner@mayerbrown.com
dchung@mayerbrown.com

Jason A. Nagi
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Proposed Co-Counsel to the Debtor and Debtor in Possession
jason.nagi@offitkurman.com

Paul B. O'Neill
Kramer Levin Naftalis & FrankelLLP
1177 Avenue of the Americas
New York, NY 10036
Proposed Co-Counsel to the Debtor and Debtor in Possession
boneill@kramerlevin.com

Pearl Shah
McGrail & Bensigner LLP
888-C 8th Avenue, #107
New York, NY 10019
Proposed Co-Counsel to the Debtor and Debtor in Possession
pshah@mcgrailbensigner.com

Blackenroth Frankel & Krinksky, LLP
Attn: Mark A. Frankel
800 Third Avenue, 11th Floor
New York, NY 10022
Proposed Co-Counsel to the Debtor and Debtor in Possession
mfrankel@bfklaw.com

Edward J. LoBello, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 1420
New York, New York 10018-0026
Attorneys for Town of Islip
elobello@msek.com

Jordan Hecht
Hecht, Kleeger & Damashek, P.C.
Co-Counsel for Gerson Mencia
19 West 44th Street - Suite 1500
New York, NY 10036
hecht@lawyer1.com

Stephen B. Ravin, Esq.
Saul Ewing Arnstein & Lehr LLP
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Attorneys for Non-Debtor Third-Party Miriam Gross
stephen.ravin@saul.com

A. Mayer Kohn
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Attorneys for Non-Debtor Third-Party Miriam Gross
mayer.kohn@saul.com

Daniel H. Tabak
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Attorneys for Creditor Cohen & Gresser LLP
dtabak@cohengresser.com

Michael P. Berkley, Esq.
The Law Offices of Michael P. Berkley, P.C.
100 Garden City Plaza, Suite 518
Garden City, New York 11530
Co-counsel for Grandfield Realty Corp.
mberkley@mberkley.com

Marc E. Hirschfield
Royer Cooper Cohen Braunfeld LLC
1120 6th Ave., 4th Floor
New York, NY 10036
Counsel to Debtor's Principles
mhirschfield@rccblaw.com

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shara Clair Cornell
shara.cornell@usdoj.gov

United States Trustee
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Greg M. Zipes
greg.zipes@usdoj.gov