**Presentment Date: August 11, 2022 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: August 10, 2022 at 4:00 p.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

*Attorneys for Stephen S. Gray,*
*Not Individually But Solely in His Capacity*
*as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                    :
                                                                                    :       Chapter 11
96 Wythe Acquisition, LLC,                                   :
                                                                                    :       Case No. 21-22108 (SHL)
                                        Debtor.                         :
                                                                                    :
---------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF ORDER REGARDING
## HOTEL OPERATING ASSETS AND INTELLECTUAL PROPERTY

**PLEASE TAKE NOTICE** that, Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate of 96 Wythe Acquisition LLC (the "Debtor"), will present for signature the annexed proposed order (the "Order") regarding the Williamsburg Hotel's operating assets and intellectual property to the Honorable Sean H. Lane, United States Bankruptcy Judge, in his Chambers, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10602-5008, on August 11, 2022 (the "Presentment Date") at 12:00 p.m. (**prevailing Eastern Time**).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Order must be made in writing and conform with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and be filed with the Clerk of the Bankruptcy Court at the address set forth above, with a copy delivered directly to

Bankruptcy Judge Lane's Chambers, and served upon the undersigned attorneys for the Trustee, so as to be filed and actually received by all of them not later than August 10, 2022 at 4:00 p.m. (**prevailing Eastern Time**). If no timely written objections are filed and received in accordance with the foregoing, the Order may be signed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, you may also obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

DATED: August 4, 2022
New York, New York

>STEPHEN S. GRAY
>Not Individually But Solely in His
>Capacity as Chapter 11 Trustee
>By His Attorneys,
>TOGUT, SEGAL & SEGAL LLP
>By:
>
>*/s/ Frank A. Oswald*
>ALBERT TOGUT
>FRANK A. OSWALD
>NEIL BERGER
>One Penn Plaza, Suite 3335
>New York, New York 10119
>(212) 594-5000

2