New Status Conference Time : September 13, 2022 at 2:00 p.m.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

*Attorneys for Stephen S. Gray, Not Individually
But Solely in His Capacity as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
96 WYTHE ACQUISITION LLC, : Case No. 21-22108 (SHL)
: 
Debtor. : 
: 
---------------------------------------------------------------x

### NOTICE OF TIME CHANGE OF SEPTEMBER 13, 2022 STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the start time for the status conference scheduled for September 13, 2022 at 10:00 a.m. has been changed to **2:00 p.m. (Prevailing Eastern Time)** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.  In light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government.  Those wishing to appear before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance

*[Remainder of page intentionally left blank]*

portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than September 12, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Dated: New York, New York
September 1, 2022

    STEPHEN S. GRAY
    Not Individually But Solely in His
    Capacity as Chapter 11 Trustee
    By His Attorneys,
    TOGUT, SEGAL & SEGAL LLP
    By:

    */s/ Frank A. Oswald*
    FRANK A. OSWALD
    A Member of the Firm
    One Penn Plaza, Suite 3335
    New York, New York 10119
    (212) 594-5000