TOGUT, SEGAL & SEGAL LLP
Attorneys for Stephen S. Gray,
Not Individually But Solely in His
Capacity as Chapter 11 Trustee of
96 Wythe Acquisition LLC
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
          In re:                    :        Chapter 11
:        Case No. 21-22108 (SHL)
96 WYTHE ACQUISITION LLC,         :
:
                 Debtor.    :
:
----------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF NOTICE OF ZOOM HEARING AND
TRUSTEE'S APPLICATION TO APPROVE SETTLEMENT AGREEMENT WITH
BENEFIT STREET PARTNERS OPERATING PARTNERSHIP, L.P.**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

        JONATHAN COHEN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Caldwell, New Jersey.

        On September 13, 2022, deponent served a copy of the *Notice of Zoom Hearing and Chapter 11 Trustee's Application to Approve Settlement Agreement with Benefit Street Partners Operating Partnership, L.P.* [Docket No. 679] upon all parties set forth on the service list annexed hereto by electronic mail.

                                                */s/ Jonathan Cohen*
                                                JONATHAN COHEN

Sworn to before me this
14th day of September, 2022

*/s/ Cynthia M. Sotomayor*
NOTARY PUBLIC

**SERVICE LIST:**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shara Clair Cornell
shara.cornell@usdoj.gov

United States Trustee
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Greg M. Zipes
greg.zipes@usdoj.gov

Kellner Herlihy Getty & Friedman, LLP
470 Park Avenue South, 7th Floor
New York, NY 10016-6819
Attn: Douglas A. Kellner
Attorneys for Temporary Receiver Constantino Sagonas
dak@khgflaw.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Adam C. Rogoff
P. Bradley O'Neill
Attorneys for Benefit Street Partners Realty Operating Partnership, L.P.
arogoff@kramerlevin.com
boneill@kramerlevin.com

Lee B. Hart, Esq.
Gary M. Freedman, Esq.
Nelson Mullins
Atlantic Station, Suite 1700
201 17th Street NW
Atlanta, GA 30363
Co-Counsel for Benefit Street Partners Realty Operating Partnership, L.P.
lee.hart@nelsonmullins.com
gary.freedman@nelsonmullins.com

Barry D. Haberman, Esq.
254 South Main Street, #404
New City, New York 10956
Attorney for Grandfield Realty Corp.
bhdlaw@aol.com
Tarter Krinsky & Drogin

Attn: Scott S. Markowitz, Esq.
Robert A. Wolf, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
Attorneys for the Williamsburg Hotel BK, LLC
smarkowtiz@tarterkrinsky.com
rwolf@tarterkrinsky.com

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: Douglas Spelfolgel
Leah Eisenberg
Jason I. Kirschner
Dabin Chung
Co-Counsel to the Debtor and Debtor in Possession
dspelfogel@mayerbrown.com
leisenberg@mayerbrown.com
jkirschner@mayerbrown.com
dchung@mayerbrown.com

Jason A. Nagi
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Counsel to Receiver
jason.nagi@offitkurman.com

Pearl Shah
McGrail & Bensinger LLP
888-C 8th Avenue, #107
New York, NY 10019
Proposed Special Litigation Counsel to Debtor
pshah@mcgrailbensinger.com

Backenroth Frankel & Krinksky, LLP
Attn: Mark A. Frankel
800 Third Avenue, 11th Floor
New York, NY 10022
Co-Counsel to the Debtor and Debtor in Possession
mfrankel@bfklaw.com

Edward J. LoBello, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 1420
New York, New York 10018-0026
Attorneys for Town of Islip
elobello@msek.com
Jordan Hecht, Esq.

Hecht, Kger & Damashek, P.C.
Co-Counsel for Gerson Mencia
19 West 44th Street - Suite 1500
New York, NY 10036
hecht@lawyer1.com

Stephen B. Ravin, Esq.
Saul Ewing Arnstein & Lehr LLP
1270 Avenue of the Americas
Suite 2005
New York, NY 10020
Attorneys for Non-Debtor Third-Party Miriam Gross
stephen.ravin@saul.com

A. Mayer Kohn
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Attorneys for Non-Debtor Third-Party Miriam Gross
mayer.kohn@saul.com

Daniel H. Tabak
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
Attorneys for Creditor Cohen & Gresser LLP
dtabak@cohengresser.com

Michael P. Berkley, Esq.
The Law Offices of Michael P. Berkley, P.C.
100 Garden City Plaza, Suite 518
Garden City, New York 11530
Co-counsel for Grandfield Realty Corp.
mberkley@mberkley.com

Leitner Berman
9 E 40th St. 9th Floor
New York, NY 10016
Appraiser to Debtor
jberman@leitnreberman.com

David Goldwasser (CRO) & GC Realty Advisors
dgoldwasser@fiacp.com

Stretto, Inc.
410 Exchange, Ste. 100
Irvine, CA 92602
Proposed Disbursing Agent to Chapter 11 Trustee

A&G Real Estate Partners
445 Broadhollow Road, Suite 410
Melville, New York 11797
Co-Broker to Chapter 11 Trustee
emilio@agrep.com

Ilana Volkov, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue, #107
New York, NY 10019
Counsel to A&G Real Estate Partners
ivolkov@mcgrailbensinger.com

Eastdil Secured, LLC
40 West 57th St.
New York, NY 10019
Co-Broker to Chapter 11 Trustee
jflaxer@golenbock.com
lhaut@golenbock.com
awimsatt@eastdilsecured.com

CohnReznick LLP
1301 6th Ave.
New York, NY 10019
Financial Advisor to Chapter 11 Trustee
chris.creger@cohnreznick.com
molly.jobe@cohnreznick.com

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525
Proposed Special Intellectual Property Counsel to Chapter 11 Trustee
jks@cll.com

Fragomen, Del Rey, Bernsen & Loewy, LLP
1400 Broadway
New York, NY 10018
Proposed Special Employment Counsel to Chapter 11 Trustee
dgrunblatt@fragomen.com

Glassratner Advisory & Capital Group, LLC d/b/a B Riley Advisory Services
11100 Santa Monica Blvd.
Los Angeles, CA 90025
Litigation Support Consultant to Debtor
jhoward@brileyfin.com

Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035
Tax Accountant to Chapter 11 Trustee
cjalbert@vlpc.com

Fern Flomenhalft, PLLC
26 Broadway
New York, NY 10004
Insurance Counsel to Debtor
fflomenhaft@fflomlaw.com

Hugh H. Shull, III, Esq.
Senior Counsel
City of New York Law Department
hughs@law.nyc.gov

Eric M. Huebscher, Examiner
c/o Chelsey Rosenbloom List, Esq.
chelsey.list@lockelord.com

Timothy Delahunt, Esq.
Counsel to RLI Insurance Company
tdelahunt@delahuntpllc.com