Omnibus Hearing Date:  October 19, 2022 at 2:00 p.m.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

*Attorneys for Stephen S. Gray,*
*Not Individually But Solely in His Capacity*
*as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re:                                                      :          Chapter 11
                                                            :
96 WYTHE ACQUISITION LLC,                                   :          Case No. 21-22108 (SHL)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------x

<u>NOTICE OF OMNIBUS ZOOM HEARING DATE</u>

       **PLEASE TAKE NOTICE** that an omnibus hearing will be held on

**October 19, 2022 at 2:00 p.m. (ET)** (the "<u>Omnibus Hearing Date</u>") before the Honorable

Sean H. Lane, United States Bankruptcy Judge United States Bankruptcy Judge for the

Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-

4140.

       **PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19

pandemic, the Omnibus Hearing shall take place via Zoom for Government.  Those

wishing to appear before the Court at the aforementioned hearing must register for

appearance utilizing the Electronic Appearance portal located at the Court's website:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be

entered no later than October 18, 2022 at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all case related filings can be

viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, or (ii)

by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern

District of New York.  Please note that a PACER password is required to access

documents on the Bankruptcy Court's Website.

Dated:  New York, New York
      September 16, 2022

                  STEPHEN S. GRAY
                  Not Individually But Solely in His
                  Capacity as Chapter 11 Trustee
                  By His Attorneys,
                  TOGUT, SEGAL & SEGAL LLP
                  By:

                  */s/ Frank A. Oswald*
                  ALBERT TOGUT
                  FRANK A. OSWALD
                  NEIL BERGER
                  One Penn Plaza, Suite 3335
                  New York, New York 10119
                  (212) 594-5000