**MAYER BROWN LLP**                                        **Hearing Date: 10/19/22**
Douglas Spelfogel                                         **Hearing Time: 2 p.m. ET**
Charles Kelley
Leah Eisenberg
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 506-2500
Facsimile:  (212) 506-1910

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>96 WYTHE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-22108 (SHL) |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION

Mayer Brown LLP hereby files this notice of withdrawal of limited objection and reservation of rights [ECF No. 735] (the "Limited Objection") with respect to the *Chapter 11 Trustee's Application To Approve Settlement Agreement with Benefit Street Partners Operating Partnership L.P.* [ECF No. 679] (the "Motion") in light of the amended proposed order filed by the Trustee [ECF No. 747].  All other rights are expressly reserved.

Dated:  October 19, 2022                    Respectfully submitted,
        New York, New York

                                            */s/ Douglas E. Spelfogel*
                                            Douglas Spelfogel
                                            Charles Kelley
                                            Leah Eisenberg
                                            **MAYER BROWN LLP**
                                            1221 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone:  (212) 506-2500
                                            Facsimile:  (212) 506-1910

750399595