TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger
Bryan M. Kotliar

*Attorneys for Stephen S. Gray,
Not Individually But Solely in His Capacity
as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
96 WYTHE ACQUISITION LLC, : Case No. 21-22108 (SHL)
: 
Debtor. : 
: 
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on November 15, 2022, the Court entered the *Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets; (B) Establishing Procedures to Designate a Stalking Horse Bidder and Enter Into a Stalking Horse Agreement with Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (F) Granting Related Relief* [Docket No. 784] (the "Bid Procedures Order").  Pursuant to the Bid Procedures Order, the Court scheduled (a) an Auction (as defined in the Bid Procedures Order), if necessary, to begin on December 14, 2022, and (b) a hearing to consider approval of the sale for December 20, 2022 at 2:00 p.m. (ET) (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, on December 14, 2022, Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 Trustee (the "Trustee") of 96 Wythe Acquisition LLC commenced the Auction (as defined in the Bid Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, the Auction has not concluded and the Trustee has determined, in the exercise of his reasonable business judgment, to adjourn (a) the Auction until December 21, 2022 at 11:00 a.m. (ET) and (b) the Sale Hearing until a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, (a) the Trustee reserves his right to further adjourn the Auction with the consent of the Secured Lender (as defined in the Bid Procedures Order) and (b) the Secured Lender reserves its right to credit bid in accordance with the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Trustee and his counsel will provide an update on the status of the sale to the Court at the hearing currently scheduled for December 20, 2022 at 2pm ET.

Dated: New York, New York  
December 15, 2022

STEPHEN S. GRAY  
Not Individually But Solely in His  
Capacity as Chapter 11 Trustee  
By His Attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:

/s/ Frank A. Oswald  
ALBERT TOGUT  
FRANK A. OSWALD  
NEIL BERGER  
BRYAN M. KOTLIAR  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000