TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger
Bryan M. Kotliar

*Attorneys for Stephen S. Gray,
Not Individually But Solely in His Capacity
as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 96 WYTHE ACQUISITION LLC, | : | Case No. 21-22108 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------x

**NOTICE OF (I) FURTHER ADJOURNMENT
OF AUCTION AND (II) SALE HEARING**

**PLEASE TAKE NOTICE** that on November 15, 2022, the Court entered the *Order (A) Approving Bid Procedures for the Sale of the Debtor's Assets; (B) Establishing Procedures to Designate a Stalking Horse Bidder and Enter Into a Stalking Horse Agreement with Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (F) Granting Related Relief* [Docket No. 784] (the "Bid Procedures Order"). Pursuant to the Bid Procedures Order, the Court scheduled (a) an Auction (as defined in the Bid Procedures Order), if necessary, to begin on December 14, 2022, and (b) a hearing to consider approval of the sale for December 20, 2022 at 2:00 p.m. (ET) (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, on December 14, 2022, Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 Trustee (the "Trustee") of 96 Wythe Acquisition LLC commenced the Auction (as defined in the Bid Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, the Auction has not concluded and the Trustee has determined, in the exercise of his reasonable business judgment, to further adjourn the Auction until December 28, 2022 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, the Sale Hearing has been scheduled by the Bankruptcy Court for January 17, 2023 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, (a) the Trustee reserves his right to further adjourn the Auction with the consent of the Secured Lender (as defined in the Bid Procedures Order) and (b) the Secured Lender reserves its right to credit bid in accordance with the Bid Procedures Order.

| | |
|---|---|
| Dated: New York, New York<br>December 21, 2022 | STEPHEN S. GRAY<br>Not Individually But Solely in His<br>Capacity as Chapter 11 Trustee<br>By His Attorneys,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>*/s/ Frank A. Oswald*<br>ALBERT TOGUT<br>FRANK A. OSWALD<br>NEIL BERGER<br>BRYAN M. KOTLIAR<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 |