UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                                      Chapter 11

96 WYTHE ACQUISITION LLC,                                        Case No. 21-22108 (SHL)

                                          Debtor.

---------------------------------------------------------------x

I am writing to the court in the matter referred to above. I Daniel Norensberg have no attorney I am responding to the contempt order issued by the Honorable Sean E Lane on January 13, 2023. I will first start by apologizing to the court for not attending the hearing on December 20, 2022. I had been under the weather with severe cold and only after that day I was reminded that I had a hearing. I make no excuses for my actions, I am simply letting the court know that I would never intentionally disobey a court order. I am the accountant for 96 Wythe Acquisition, LLC (debtor). I have prepared tax returns for the debtor for the years 2017, 2019, 2019 and 2020. I was ordered to produce any documents, emails, workpapers and similar materials for the attorney for the trustee. In May of 2022 I was ordered to attend a deposition in which I spent 7 hours being deposed. At that time, I produced all documents in my possession and was question on each. At the time I was ordered to produce documents in December 2022, I once again produced via upload to the trustee attorney any and all documents I had in my possession.

I am asking the court for another opportunity to address the court and any attorneys . I am deeply sorry for any harm I may have caused the court and I would love the opportunity to clear my name and have these sanctions lifted. I am a family man raising 5 children and this has become a burden to me.

I am available for a video hearing anytime the court wishes to make one available.

Respectfully,

Daniel Norensberg